IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARY FREEDMAN, et al. | : | CIVIL ACTION |
| Plaintiffs | : | |
| v. | : | |
| | : | |
| STEVEN FISHER, M.D., et al. | : | NO. 13-3145 |
| Defendants | : | |

## ORDER

AND NOW, this 11th day of June, 2014, IT IS HEREBY ORDERED that Plaintiffs' motion to compel discovery responses (Dkt. 58) is GRANTED IN PART and DENIED IN PART. Specifically, and in accordance with the reasons set forth in the accompanying memorandum, it is ordered that:

1. Plaintiffs' motion to compel responses to *Plaintiffs' Supplemental Interrogatories and Requests for Production of Documents (Set VI) Addressed to Abington Memorial Hospital Regarding Plaintiffs' EMTALA Claim* (Requests #4 and #5) is GRANTED. Defendant Abington Memorial Hospital shall provide the requested documents within 14 days of this order.

2. Plaintiffs' motion to compel the medical records and other information concerning Linda Cohen, as set forth in *Plaintiffs' Fifth Supplemental Request for Production of Documents Addressed to Abington Memorial Hospital*, is DENIED.

BY THE COURT:

/s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR., J.