IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARY FREEDMAN, et al. : | | CIVIL ACTION |
| Plaintiffs : | | |
| : | | |
| v. : | | |
| : | | |
| STEVEN FISHER, M.D., et al. : | | No. 13-3145 |
| Defendants : | | |

**O R D E R**

**AND NOW**, this 30th day of September, 2014, upon consideration of the Motion of Defendants, Manoj Muttreja, M.D., and Abington Medical Specialists, P.C., for Judgment on the Pleadings, or in the alternative, for Summary Judgment as to Count VIII of Plaintiffs' Amended Complaint alleging negligent infliction of emotional distress (Doc. No. 70), and the response (Doc. No. 71), **I HEREBY ORDER** that:

1. Defendants' Manoj Muttreja, M.D., and Abington Medical Specialists, P.C., Motion to Dismiss Count VIII of Plaintiffs' Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(c) is **DENIED**.

2. Defendants' Manoj Muttreja, M.D., and Abington Medical Specialists, P.C., Motion for Summary Judgment as to Count VIII of the Plaintiff's Amended Complaint pursuant to Federal Rule of Civil Procedure 56 is **GRANTED.**

/s/ J. William Ditter, Jr.
**J. WILLIAM DITTER, JR., J.**