# UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GARY B. FREEDMAN, ESQUIRE, Administrator of the ESTATE OF ABRAHAM STRIMBER, deceased<br><br>and<br><br>BRACHA STRIMBER<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN FISHER, M.D., *et al.*<br><br>Defendants. | ) UNITED STATES DISTRICT COURT<br>) EASTERN DISTRICT OF<br>) PENNSYLVANIA<br>)<br>) No.: 2:13-cv-3145<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER GRANTING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT

AND NOW, this ____ day of _____, 2014, upon consideration of *Plaintiffs' Motion for Partial Summary Judgment Pursuant to Fed.R.Civ.P. 56* and any response in opposition thereto, it is hereby ORDERED and DECREED that said Motion is GRANTED. Partial Summary Judgment is entered against Abington Memorial Hospital insofar as it violated the Emergency Medical Treatment and Active Labor Act, 42 U.S.C. §1395dd, by failing to perform a proper "medical screening examination" and to determine if an "emergency medical condition existed" and failed to stabilize Abraham Strimber prior to discharging him from the Abington Memorial Hospital emergency department.

BY THE COURT:

_____
J. WILLIAM DITTER, USDCJ