# EXHIBIT "D"

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

- - -

GARY B. FREEDMAN,           : NO.
ESQUIRE, Administrator:     2:13-CV-3145-CDJ
of the ESTATE OF            :
ABRAHAM STRIMBER,           :
deceased, and               :
BRACHA STRIMBER             :
                            :
        v.                  :
                            :
STEVEN FISHER, M.D.,        :
et al.                      :

- - -

February 24, 2014

- - -

Oral deposition of STEVEN FISHER, M.D., taken pursuant to notice, was held at Abington Memorial Hospital, 1200 Old York Road, Abington, Pennsylvania 19001, beginning at 9:14 a.m., on the above date, before Holli Goldman, a Court Reporter and Notary Public in and for the Commonwealth of Pennsylvania.

- - -

MAGNA LEGAL SERVICES
(866) 624-6221
www.MagnaLS.com



```
                                    Page 2
 1  APPEARANCES:
 2
    LAW OFFICE OF LEON AUSSPRUNG, MD, LLC
 3  BY: LEON AUSSPRUNG, M.D., J.D., LL.M.,
    ESQUIRE
 4  One Commerce Square
    2005 Market Street, Suite 2300
 5  Philadelphia, Pennsylvania 19103
    (267) 809-8250
 6  LA@AussprungLaw.com
    Representing the Plaintiffs
 7
 8  CHRISTIE PABARUE MORTENSEN AND YOUNG
    BY: CAROLINE D. BAR, ESQUIRE
 9  1880 JFK Boulevard, Tenth Floor
    Philadelphia, Pennsylvania 19103
10  (215) 587-1685
    cbar@cpmy.com
11  Representing the Defendants,
    Kristina A. Martinez, CRNP; Margo
12  Turner, M.D.; and Abington
    Memorial Hospital
13
14  POST & SCHELL PC
    BY: DONALD N. CAMHI, ESQUIRE
15  Four Penn Center
    1600 John F. Kennedy Boulevard
16  Philadelphia, Pennsylvania 19103
    (215) 587-1015
17  dcamhi@postschell.com
    Representing the Defendants,
18  Steven Fisher, M.D. and Abington
    Emergency Physician Associates
19
20  GERMAN, GALLAGHER & MURTAGH, P.C.
    BY: JOHN P. SHUSTED, ESQUIRE
21  200 South Broad Street
    The Bellevue, Suite 500
22  Philadelphia, Pennsylvania 19102
    (215) 545-7700
23  shustedj@ggmfirm.com
    Representing the Defendant,
24  Manoj R. Muttreja, M.D.
```

```
                                    Page 3
 1            - - -
 2         INDEX
 3            - - -
 4  Testimony of: STEVEN FISHER, M.D.   PAGE
 5
    BY MR. AUSSPRUNG..............5, 192
 6
    BY MR. SHUSTED...................183
 7
 8
              - - -
 9
         EXHIBITS
10
              - - -
11
12  NO.    DESCRIPTION            PAGE
13
    Fisher-1   Curriculum Vitae.........5
14
15  Fisher-2   Response to Plaintiffs'
               Interrogatories.........15
16
    Fisher-3   Emergency Room Chart...24
17
    Fisher-4   EKG....................103
18
    Fisher-5   CT Report..............169
19
20
              - - -
21
22
23
24
```

```
                                    Page 4
 1            - - -
 2       DEPOSITION SUPPORT INDEX
 3            - - -
 4
 5  Direction to Witness Not to Answer
 6  Page Line    Page Line    Page Line
 7   182   2
 8
 9
10  Request for Production of Documents
11  Page Line    Page Line    Page Line
12   54   21
13   58   21
14
15  Stipulations
16  Page Line    Page Line    Page Line
17    5   5-12
18
19
20  Question Marked
21  Page Line    Page Line    Page Line
22  (None)
23
24
```

```
                                    Page 5
 1            - - -
 2         (Whereupon, Exhibit Fisher-1
 3  was marked for identification.)
 4            - - -
 5         (It is hereby stipulated and
 6  agreed by and among counsel for
 7  the respective parties that
 8  sealing, filing and certification
 9  are waived; and that all
10  objections, except as to the form
11  of the questions, be reserved
12  until the time of trial.)
13            - - -
14         STEVEN FISHER, M.D., after
15  having been duly sworn, was
16  examined and testified as
17  follows:
18            - - -
19         EXAMINATION
20            - - -
21  BY MR. AUSSPRUNG:
22      Q.  Good morning.
23      A.  Good morning.
24      Q.  Could you state your full
```


MAGNA LEGAL SERVICES

Page 38

```
 1           MS. BAR: I'm sorry. Can
 2    you keep your voice up a little
 3    bit?
 4           MR. AUSSPRUNG: Me or him?
 5           MS. BAR: The doctor.
 6    Sorry.
 7           THE WITNESS: I feel like
 8    I'm shouting, otherwise, but I
 9    forgot that you were at that end.
10           MR. AUSSPRUNG: The lawyer
11    for the hospital would like to
12    hear your answers. She actually
13    represents Dr. Turner, so --
14    BY MR. AUSSPRUNG:
15       Q.   Did you have one
16    conversation or more than one
17    conversation with Dr. Turner, or do you
18    just not know?
19       A.   I had at least one
20    conversation with Dr. Turner.
21       Q.   You remember one
22    conversation?
23       A.   I do. Although, some of
24    that is certainly -- my recollection is
```

Page 39

```
 1    based upon the review of the chart.
 2       Q.   I understand.
 3           Your conversation with
 4    Dr. Turner, was it face to face, on the
 5    phone, or some other way?
 6       A.   It was face to face.
 7       Q.   Okay. So she came down to
 8    the emergency department?
 9       A.   Correct.
10       Q.   Tell what you remember about
11    that conversation.
12       A.   I remember that we were
13    perplexed as to the source of this
14    gentleman's symptoms.
15       Q.   What symptoms were those?
16       A.   Abdominal pain and other GI
17    symptoms; vomiting, diarrhea.
18       Q.   Do you remember anything
19    else about your conversation with
20    Dr. Turner?
21       A.   Nothing specifically.
22       Q.   Okay. There was some
23    cardiologists involved in Mr. Strimber's
24    care.
```

Page 40

```
 1           Did you have any
 2    conversations with any cardiologists?
 3       A.   I did not.
 4       Q.   Other than Dr. Turner, do
 5    you have any memory of any conversations
 6    with any other attending physicians?
 7       A.   No.
 8       Q.   Do you remember any other
 9    conversations with any other residents,
10    nurse practitioners, other covering
11    people?
12       A.   No.
13       Q.   There was a nurse
14    practitioner who --
15           MR. CAMHI: Martinez.
16    BY MR. AUSSPRUNG:
17       Q.   Nurse Practitioner Martinez,
18    who later had some involvement in
19    responding to problems that Mr. Strimber
20    had, did you have any conversations with
21    Ms. Martinez?
22       A.   No.
23       Q.   Do you know who she is?
24       A.   I do.
```

Page 41

```
 1       Q.   Would it be fair to say that
 2    once Mr. Strimber was admitted, your
 3    involvement in his care ended?
 4       A.   Correct.
 5       Q.   Do you know what time that
 6    was?
 7       A.   Well, if I look at the
 8    chart --
 9       Q.   Please.
10       A.   -- it -- I believe
11    Dr. Turner had started her -- forgive me.
12    This is just my portion. But I believe
13    that she had started her portion of
14    the --
15           MR. CAMHI: Do you need to
16    see the other part of the chart to
17    answer that question, because
18    he'll give it to you?
19    BY MR. AUSSPRUNG:
20       Q.   Well, can you tell from the
21    emergency department chart what time he
22    left the emergency department?
23       A.   I can.
24           Well, he was admitted to the
```



Page 42

1  observation unit at 14:09, and I don't
2  readily have what time he left the
3  department.
4      Q.  Okay. What is the
5  observation unit?
6      A.  Forgive me. That's
7  something that's usually recorded, when
8  the patient leaves the department. I'm
9  not sure why it's not on this last page.
10         MR. CAMHI: He asked you
11     what is the observation unit.
12         THE WITNESS: The
13     observation unit is an area that
14     is utilized to sequester patients
15     that are admitted to observations
16     so that they follow more of a
17     routine so that their care can be
18     coordinated and expedited.
19 BY MR. AUSSPRUNG:
20     Q.  My question is little more
21  simplistic than that, what I intended.
22         That's an inpatient area?
23     A.  No. It's technically an
24  outpatient area.

Page 43

1      Q.  Is it part of the emergency
2  department?
3      A.  It is not.
4      Q.  So it's technically an
5  outpatient area where patients are
6  observed pending being placed on a
7  inpatient floor somewhere?
8      A.  It's an area where they
9  receive further care until they may meet
10 criteria, if you will, to be admitted to
11 the hospital.
12     Q.  But it is not an area that
13 is manned or staffed by emergency
14 department personnel?
15     A.  Correct.
16     Q.  Who mans or staffs that
17 area?
18     A.  A physician assistant under
19 the direction of -- well, other primary
20 care physicians as well as hospitalist
21 teams.
22     Q.  Okay. So your understanding
23 is that the patient went to the -- and I
24 recognize you weren't the attending

Page 44

1  physician anymore once he went to the
2  observation area, correct?
3      A.  Correct.
4      Q.  So once Mr. Strimber gets in
5  the observation area, was it your
6  understanding that Dr. Turner and the
7  physician assistant in the area were
8  providing care?
9      A.  Correct.
10     Q.  All right. What was
11 Mr. Strimber chief complaint in the
12 emergency department?
13     A.  What he provided to me or --
14     Q.  Yes.
15     A.  Abdominal pain.
16     Q.  Okay. Why on the very first
17 page of patient data, where it says
18 "Complaint" at the top, does it say,
19 "Complaint: Chest pain"?
20     A.  That would have been
21 generated by the nurse who met him at the
22 triage window, I believe.
23     Q.  So that is a field that is
24 filled in by that triage nurse?

Page 45

1      A.  I hesitate, because it may
2  have been something that was generated by
3  the nurse seated at the window, but then
4  possibly repopulated by the primary
5  nurse. I'm not sure.
6      Q.  Okay. That can be -- you
7  say repopulated, meaning that part of the
8  form can be changed by the nurse?
9      A.  No. I -- I'm not sure. I'm
10 not sure exactly how that was generated
11 that day.
12     Q.  Okay. Well, on the very
13 first line, it says, "chest pain"; and
14 then if you go down under "Triage," about
15 five lines down, there's a spot for
16 complaint, and it again says, "chest
17 pain," correct?
18     A.  It does.
19     Q.  And the second place where
20 it says "chest pain," there's a date and
21 time and a nurse's initials, correct?
22     A.  It does.
23     Q.  And who is LS?
24     A.  Lynne Stebulis.

MAGNA
LEGAL SERVICES

Page 50

1  as to what ESI level a patient is?
2      A.  The triage nurse.
3      Q.  And is there a hospital or
4  emergency department written document
5  that lays out the criteria for each ESI
6  level?
7      A.  Likely, yes.
8      Q.  Likely or you know there is?
9      A.  I haven't seen it.
10     Q.  Well, ESI is a national
11 triage protocol, correct?
12     A.  I understand that.
13     Q.  You agree with me?
14     A.  Yes.
15     Q.  Okay. And when you look up
16 ESI levels, there are specific criterias
17 for assigning patients to different ESI
18 categories, correct?
19     A.  Yes.
20     Q.  Okay. So what are the
21 criteria for assigning a patient to an
22 ESI 2 category?
23     A.  I --
24     MR. CAMHI: Go ahead. I

Page 51

1  thought he answered the question,
2  but -- do you have a different
3  answer than the one you gave
4  before?
5      THE WITNESS: No.
6      MR. CAMHI: It's the same
7  question.
8      MR. AUSSPRUNG: What was the
9  answer?
10     MR. CAMHI: You actually
11 repeated it back. You heard it
12 twice.
13     Concerning complaint without
14 significant vital sign
15 abnormalities.
16     We heard it twice.
17 BY MR. AUSSPRUNG:
18     Q.  What is a concerning
19 complaint?
20     A.  It is a complaint that could
21 be indicative of significant pathology
22 versus in, like, an ankle strain.
23     Q.  Okay. All patients with
24 emergency life-threatening conditions,

Page 52

1  such as major traumas, cardiac arrests,
2  are placed in ESI Category 1, correct?
3      A.  Yes.
4      Q.  Okay. Patients that have
5  complaints that could be emergency and
6  life threatening are all triaged into
7  Category 2, correct?
8      A.  I can't say that all
9  definitively are, but I think that's
10 reasonable, yes.
11     Q.  Are all chest pain patients
12 placed in ESI Level 2?
13     A.  I can't answer that.
14     Q.  Does Abington Hospital or
15 the emergency department or your
16 emergency medicine group have a protocol
17 or policy on evaluating patients
18 complaining of chest pain?
19     A.  Yes. We have a protocol
20 regarding EKGs.
21     Q.  Regarding only EKGs?
22     A.  Well, that, you know, one
23 needs to be obtained within a certain
24 interval.

Page 53

1      Q.  What is the title of that
2  policy or procedure?
3      A.  I don't know the specific
4  policy name. I'm sorry.
5      Q.  Where is it located?
6      A.  Likely, on the Bing.
7      Q.  The Bing?
8      A.  The Bing, yes.
9      Q.  What is the Bing?
10     A.  It's the hospital's sort of
11 intranet, if you will.
12     Q.  Is it called a policy on
13 chest pain?
14     A.  I mentioned I didn't know
15 exactly what it was called.
16     Q.  Okay. Isn't there a
17 requirement for an emergency department
18 to have a policy on the management of
19 patients with chest pain?
20     A.  Yes.
21     Q.  Who makes that requirement?
22     A.  Well, the hospital or, you
23 know, there could be some recommendations
24 made by societies to which the hospital

14 (Pages 50 to 53)

MAGNA
LEGAL SERVICES

Page 54

1  would like to be engaged with.
2      Q.  You don't know the name of
3  the group that requires hospitals and
4  emergency departments to have chest pain
5  protocols?
6      A.  The Joint Commission has.
7      Q.  Thank you.
8          The Joint Commission
9  requires a chest pain protocol; and
10 Abington Hospital has one, right?
11     A.  Right.
12     Q.  Okay.  Have you reviewed
13 that prior to today?
14     A.  No.
15     Q.  When was the last time you
16 looked at that?
17     A.  I don't recall.
18     Q.  Is it located here in the
19 emergency room?
20     A.  On the Bing.
21     Q.  Can you get it for us?
22         MR. CAMHI: Right now? No.
23         MR. AUSSPRUNG: Why not?
24         MR. CAMHI: Because you're

Page 55

1  not going to.
2          Do you have another
3  question?
4          MR. AUSSPRUNG: Well, I
5  already requested this in
6  Interrogatories --
7          MR. CAMHI: Right. I
8  believe we have 30 days to
9  respond.
10         MR. AUSSPRUNG: Okay. Well,
11 we can come back and talk about
12 that if you'd like, or we can have
13 him print it out, you can look at
14 it, and we can talk about it now.
15         MR. CAMHI: We're not
16 printing it out. You can ask
17 another question.
18         MR. AUSSPRUNG: Okay. I
19 just want to make it clear that
20 I'm going to have to ask him
21 questions about the chest pain
22 protocol of the hospital, so I
23 will -- I guess you're going to
24 make me file a motion to bring him

Page 56

1  back and ask those questions?
2          MR. CAMHI: Yes. I mean,
3  why didn't you ask for that policy
4  months ago when you filed a
5  lawsuit? You could have had it
6  months ago.
7          MR. AUSSPRUNG: I believe
8  all relevant documents were
9  requested.
10         MR. CAMHI: I'm not sure
11 what relevance that document has
12 to this case, but --
13         MR. AUSSPRUNG: The chest
14 pain protocol?
15         MR. CAMHI: Yes. But you
16 can ask --
17         MR. AUSSPRUNG: The
18 complaint was chest pain.
19         MR. CAMHI: Do you have any
20 questions you want to ask?
21         MR. AUSSPRUNG: Yes. I'd
22 like to know why that protocol
23 hasn't been provided to me prior
24 to today's deposition.

Page 57

1          MR. CAMHI: Okay. It will
2  be provided to you in accordance
3  with the federal rules of civil
4  procedure, so that would be the
5  reason why I haven't provide it.
6          I believe I was first made
7  aware of the question within the
8  last two weeks.
9  BY MR. AUSSPRUNG:
10     Q.  And we have the ability to
11 print that out today, correct, Doctor?
12         MR. CAMHI: You need to ask
13 another question and move on.
14         MR. AUSSPRUNG: No, I don't.
15 I can ask whatever questions I
16 want to.
17         You can instruct him not to
18 answer if you want. That's the
19 way it works.
20         MR. CAMHI: Okay. Well,
21 he's already answered your
22 question, so what's the next
23 question?
24 BY MR. AUSSPRUNG: