# EXHIBIT "E"

Abington Memorial Hospital
1200 Old York Road
Abington, PA 19001

Outpatient Coding Summary

| Facility | | | | | | |
|---|---|---|---|---|---|---|
| Abington Memorial Hospital | | | | | | |
| Patient Name STRIMBER, ABRAHAM | | Sex Male | Birth Date 11/14/1950 | Age 61 | MR Number A0482935 | Account Number 1205350964 |
| Admit Date 02/22/12 12:35 PM | Discharge Date 02/22/12 10:49 PM | LOS 1 | Primary Insurance BLUE CROSS PERSONAL CHOICE [309] | | Disposition EXPIRED [20] | |
| Attending Physician WATSON, ROBERT | | Patient Type Observation | | | Chart Status Record has been sent to billing | |

**Admit Diagnosis**

78650 Unspecified chest pain

**Primary Diagnosis**

4411 Thoracic aneurysm, ruptured

**Secondary Diagnosis**

42789 Cardiac dysrhythmia
4589 Hypotension, unspecified
42611 First degree atrioventricular block
V433 Heart valve replacement status

| Procedures | Provider | Date |
|---|---|---|
| | | |

| CPT Procedures and Modifiers | Provider | Date |
|---|---|---|
| | | |

| APC | CPT | APC Text | APC Weight | APC Pct |
|---|---|---|---|---|
| | | | | |

| Chart Notes | Coder cfrederick | Record Completion Date 02/24/12 |
|---|---|---|

MR number: A0482935
Admit date: 02/22/12 12:35 PM

Account number: 1205350964
Discharge date: 02/22/12 10:49 PM

Patient name: STRIMBER, ABRAHAM
Date printed: 2/29/2012
Confidential

Page: 1