# EXHIBIT "F"

 **Abington Memorial Hospital**

|  |  |  |
|---|---|---|
| | History & Physical | **HP** |
| Summary   02/22/2012 00:00   through  02/22/2012 23:59 | | Permanent Chart Copy |

| DCOBV | STRIMBER, ABRAHAM | | MM__ |
|---|---|---|---|
| MR#: 0482935 | FIN#: 1205350964 | DOB: 11/14/1950 | AdmitDate: 02/22/2012 |
| DR: Watson, Robert | | Age: 61y | Service: Observation |

**History & Physical**                      *** This Document Has Been Modified ***

*Originally Created:2/22/2012 4:09:00 PM*
*By: Turner, Margo (MD)*

**SERVICES:**
- Div/Dept                          Internal Medicine

**CHIEF COMPLAINT:**
.:
    Chief Complaint: chest / epigastric / back pain , n/v/d
    History Source: patient, spouse

**HISTORY OF PRESENT ILLNESS:**
.:
    HPI: Patient is a 61 year old man who is s/p valve replacement surgery ( avr & ?? mvr) who presents to
    ER for c/o legs vibrating and abdomen feeling  like it is going to explode. Pt reports that abdominal
    pain is mid epigastric, pt had one episode of diarrhea yesterday and has vomited once in ER.
    Pt describes eating radishes, tomatoes ,  eggs and lox today and feeling these symptoms after that.
    Pt had non contrast ct abd in ER and is admitted for further evaluation and management.

**MEDICATIONS TAKEN AT HOME (entered in Sunrise Med Rec):**
    Warfarin.., mg, PO, DAILY (2100); patient dose varies between 5 and 7.5 mg daily depending on inr
    results, 22-Feb-2012, Historical
    Metoprolol, (LOPRESSOR) Tablet\par        12.5 mg, ORAL, DAILY, 22-Feb-2012, Historical
    Multivitamin Therapeutic, Tablet\par    1 tablet(s), ORAL, DAILY, 22-Feb-2012, Historical

**ALLERGIES:**
- Iodinated contrast: Z_Anaphylaxis
- Iodinated radiocontrast dyes: Undefined
- IVP dye: Undefined
- Iodinated radiocontrast agents: Z_Entered brand

**REVIEW OF SYSTEMS:**
Comments:
    .: All other system are noncontributory.

**PHYSICAL EXAM TEXT:**
Physical Exam Text:
    Physical Exam Text:vs : bp 131/59    p 70   r 18
    heart :  s1 & s2 in rr
    lungs : bs + both lung fields
    abd : nabs, soft, non tender, no cval

 Abington Memorial Hospital

## History & Physical

Summary   02/22/2012 00:00   through 02/22/2012 23:59

HP
Permanent Chart Copy

| DCOBV | STRIMBER, ABRAHAM | | | MM__ |
|---|---|---|---|---|
| MR#: 0482935 | FIN#: 1205350964 | DOB: 11/14/1950 | AdmitDate: 02/22/2012 | |
| DR: Watson, Robert | | Age: 61y | Service: Observation | |

ext : no e / no p
neuro : non focal examination

LAB RESULTS:

22-Feb-2012 12:37

| | |
|---|---|
| PTT | 40 |
| Glucose (Random) | 141 |
| BUN | 14 |
| Creatinine | 1.32 |
| Sodium Level | 141 |
| Potassium | 3.7 |
| Chloride | 105 |
| Carbon Dioxide | 23 |
| Anion Gap | 17 |
| AST | 26 |
| ALT | 18 |
| Alkaline Phosphatase | 68 |
| Calcium Level | 8.9 |
| Albumin | 4.3 |
| Total Protein | 6.6 |
| Calculated GFR | 55 |
| GFR African American | >60 |
| Bilirubin, Total | 0.5 |
| CK w/Reflexive MB | 161 |
| INR | 2.8 |
| WBC | 12.4 |
| RBC | 5.02 |
| Hemoglobin | 15.0 |
| Hematocrit | 43.8 |
| Platelets | 192 |
| MCV | 87.4 |
| MCH | 29.9 |
| MCHC | 34.2 |
| RDW | 12.7 |



### Abington Memorial Hospital

### History & Physical

Summary    02/22/2012 00:00   through   02/22/2012 23:59

**HP**
**Permanent Chart Copy**

| DCOBV | STRIMBER, ABRAHAM | | MM |
|---|---|---|---|
| MR#: 0482935 | FIN#: 1205350964 | DOB: 11/14/1950 | AdmitDate: 02/22/2012 |
| DR: Watson, Robert | | Age: 61y | Service: Observation |

| | |
|---|---|
| MPV | 8.1 |
| Neutrophils | 80 |
| Lymphs | 11 |
| Monocytes | 8 |
| EOS. | 1 |
| Basos | 0 |
| Absolute Neutro | 9.7 |
| Absolute Mono. | 1.0 |
| Absolute EO | 0.1 |
| Absolute Baso. | 0.0 |
| Absolute Lymph. | 1.3 |

OTHER RESULTS:
Radiology Results:

Cat Scan:

22-Feb-2012 12:57, CT ABD/Pelvis W-O Contrast

CT ABD/Pelvis W-O Contrast: FINALCT ABD PEL W O CONTRASTHISTORY: Mild upper abdominal and back pain. TECHNIQUE: Helical axial images were obtained from the domes of the diaphragm through the pubic symphysis. Neither oral nor intravenous contrast was administered.Coronal and sagittal reformatted images were also evaluated. Comparison: None. FINDINGS: The patient is status post median sternotomy. The heart is enlarged. There is no pericardial effusion. There is dependent atelectasis at the lung bases posteriorly. Evaluation of the abdominal and pelvic organs is limited without intravenous contrast. The liver is unremarkable without evidence of solid mass or biliary ductal dilatation. The gallbladder is unremarkable in appearance. The spleen isnormal in appearance. The pancreas is unremarkable. The right adrenal gland is unremarkable. There is a subcentimeter low-attenuation nodule in the left adrenal gland which likely represents an adenoma. There are no abnormally enlarged mesenteric, retroperitoneal, pelvic, or inguinal lymph nodes. There is a small fat containing left inguinal hernia. The prostate gland is unremarkable. The urinary bladder is normal in appearance without focal mass or wall thickening. There is no bowel obstruction, bowel wall thickening, or free air. No free fluid is visualized. A normal appendix is visualized.  No hydronephrosis or renal calculus is seen. There is a cystic lesion in the lower pole the left kidney, which is likely a simple cyst, however isincomplete characterized on this noncontrast examination. Repeat study with intravenous contrast and be helpful to better characterize the nature of this lesion. There is minimal aortoiliac atherosclerosis. There is no aneurysmal dilatation or evidence of dissection or rupture on this noncontrast study. There are mild scoliotic and degenerative changes of the spine. No destructive bony lesions are visualized. Impression: Somewhat limited study without intravenous contrast.  Cystic lesion



## Abington Memorial Hospital

| | History & Physical | | |
|---|---|---|---|
| Summary   02/22/2012 00:00   through   02/22/2012 23:59 | | HP **Permanent Chart Copy** | |

| DCOBV | STRIMBER, ABRAHAM | | MM__ |
|---|---|---|---|
| MR#:  0482935 | FIN#: 1205350964 | DOB: 11/14/1950 | AdmitDate: 02/22/2012 |
| DR:  Watson, Robert | | Age: 61y | Service: Observation |

in the left kidney is likely a simple cyst , however it is incompletely characterized without intravenous contrast. Ultrasound of the kidneys or CT scan with intravenous contrast would be helpful to better determine the nature of this lesion. No abdominal aortic aneurysm. No evidence of dissection on this noncontrast study. Cardiomegaly.      Signed by: GOLDMAN, YEDIDA  Signed on: 02/22/2012 13:31:31

### PLAN COMMENTS:
.:

Comments (Assessment and Plan): 1) chest / epigastric / back pain - ne ct  abd done, telemetry, hrend co, ekg ,  anti emetics and analgesics
2) history of valve replacement surgery - inr 2.8, coumadin on hold as pt is npo - await further recommendations
3) n/v/d - npo, ivf, stool culture & stool for c. diff
Meds and plans as per orders.

Electronic Signatures:
Turner, Margo (MD)  (Signed 22-Feb-2012 20:20)
*Entered: SERVICES, CHIEF COMPLAINT, HISTORY OF PRESENT ILLNESS, MEDICATIONS TAKEN AT HOME (entered in Sunrise Med Rec), OMP, ALLERGIES, REVIEW OF SYSTEMS, PHYSICAL EXAM TEXT, LAB RESULTS, OTHER RESULTS, ASSESSMENT & PLAN, PLAN COMMENTS,*
*Authored: SERVICES, CHIEF COMPLAINT, HISTORY OF PRESENT ILLNESS, MEDICATIONS TAKEN AT HOME (entered in Sunrise Med Rec), OMP, ALLERGIES, REVIEW OF SYSTEMS, PHYSICAL EXAM TEXT, LAB RESULTS, OTHER RESULTS, ASSESSMENT & PLAN, PLAN COMMENTS*
*Last Updated: 22-Feb-2012 20:20*

Edit History
HPI
   Patient is a 61 year old man who is s/p valve replacement surgery ( avr & ?? mvr) who presents to
ER for c/o legs vibrating and abdomen feels like it is going to explode.  Pt reports that abdominal pain is mid epigastric, pt had one episode of diarrhea yesterday and has vomited once in ER.
Pt describes eating radishes, tomatoes , eggs and lox [Originally Entered by: Turner, Margo (MD) on: 2/22/2012 4:28:30 PM]
Patient is a 61 year old man who is s/p valve replacement surgery ( avr & ?? mvr) who presents to
ER for c/o legs vibrating and abdomen feeling  like it is going to explode.  Pt reports that abdominal pain is mid epigastric, pt had one episode of diarrhea yesterday and has vomited once in ER.
Pt describes eating radishes, tomatoes , eggs and lox today and feeling these symptoms after that.
Pt had non contrast ct abd in ER and is admitted for further evaluation and management. [Changed to this value by: Turner, Margo (MD) on: 2/22/2012 8:20:12 PM]



### Abington Memorial Hospital

| History & Physical | |
|---|---|
| Summary 02/22/2012 00:00 through 02/22/2012 23:59 | HP<br>Permanent Chart Copy |

| | | | MM__ |
|---|---|---|---|
| DCOBV | STRIMBER, ABRAHAM | | |
| MR#: 0482935 | FIN#: 1205350964 | DOB: 11/14/1950 | AdmitDate: 02/22/2012 |
| DR: Watson, Robert | | Age: 61y | Service: Observation |

Medications taken at home (entered in Sunrise Med
Warfarin.., mg, PO, DAILY (2100); patient dose varies between 5 and 7.5 mg daily depending on inr results, 22-Feb-2012,
Historical    [Selected by: Turner, Margo on: 2/22/2012 4:15:46 PM]
Metoprolol, (. LOPRESSOR) Tablet]2.5 mg, ORAL, DAILY, 22-Feb-2012, Historical    [Selected by: Turner, Margo on:
2/22/2012 4:15:46 PM]
Multivitamin Therapeutic, Tablet] tablet(s), ORAL, DAILY, 22-Feb-2012, Historical    [Selected by: Turner, Margo on:
2/22/2012 4:15:46 PM]

ALLERGIES
Iodinated contrast, Z_Anaphylaxis    [Selected by: Turner, Margo on: 2/22/2012 4:15:46 PM]
iodinated radiocontrast dyes, Undefined    [Selected by: Turner, Margo on: 2/22/2012 4:15:46 PM]
IVP dye, Undefined    [Selected by: Turner, Margo on: 2/22/2012 4:15:46 PM]
Iodinated radiocontrast agents, Z_Entered brand    [Selected by: Turner, Margo on: 2/22/2012 4:15:46 PM]



### Abington Memorial Hospital

## History & Physical

Summary   02/22/2012 00:00   through   02/22/2012 23:59

HP
Permanent Chart Copy

MM__

| DCOBV | STRIMBER, ABRAHAM | | |
|---|---|---|---|
| MR#: 0482935 | FIN#: 1205350964 | DOB: 11/14/1950 | AdmitDate: 02/22/2012 |
| DR: Watson, Robert | | Age: 61y | Service: Observation |

LAB RESULTS
    22-Feb-2012 12:37

    PTT.    40
    Glucose (Random)    141
    BUN    14
    Creatinine    1.32
    Sodium Level    141
    Potassium    3.7
    Chloride    105
    Carbon Dioxide    23
    Anion Gap    17
    AST    26
    ALT    18
    Alkaline Phosphatase    68
    Calcium Level    8.9
    Albumin    4.3
    Total Protein    6.6
    Calculated GFR    55
    GFR African American    >60
    Bilirubin,Total    0.5
    CK w/Reflexive MB    161
    INR    2.8
    WBC    12.1
    RBC    5.02
    Hemoglobin.    15.0
    Hematocrit    43.8
    Platelets    192
    MCV    87.4
    MCH    29.9
    MCHC    34.2
    RDW    12.7
    MPV    8.1
    Neutrophils    80
    Lymphs    11
    Monocytes    8
    EOS.    1
    Basos    0
    Absolute Neutro    9.7
    Absolute Mono.    1.0
    Absolute EO    0.1
    Absolute Baso.    0.0
    Absolute Lymph.    1.3
        [Selected by: Turner, Margo on: 2/22/2012 4:15:46 PM]



## Abington Memorial Hospital

| History & Physical | |
|---|---|
| Summary   02/22/2012 00:00  through  02/12/2012 23:59 | HP |
| | Permanent Chart Copy |

| DCOBV | STRIMBER, ABRAHAM | | MM__ |
|---|---|---|---|
| MR#: 0482935 | FIN#: 1205350964 | DOB: 11/14/1950 | AdmitDate: 02/22/2012 |
| DR: Watson, Robert | | Age: 61y | Service: Observation |

Radiology Results

CT ABD/Pelvis W-O Contrast, U, FINALCT ABD PEL W O CONTRASTHISTORY: Mid upper abdominal and back pain. TECHNIQUE: Helical axial images were obtained from the domes of the diaphragm through the pubic symphysis. Neither oral nor intravenous contrast was administered.Coronal and sagittal reformatted images were also evaluated. Comparison:  None. FINDINGS:  The patient is status post median sternotomy. The heart is enlarged. There is no pericardial effusion.  There is dependent atelectasis at the lung bases posteriorly. Evaluation of the abdominal and pelvic organs is limited without intravenous contrast.  The liver is unremarkable without evidence of solid mass or biliary ductal dilatation. The gallbladder is unremarkable in appearance.  The spleen isnormal in appearance. The pancreas is unremarkable. The right adrenal gland is unremarkable. There is a subcentimeter low-attenuation nodule in the left adrenal gland which likely represents an adenoma. There are no abnormally enlarged mesenteric, retroperitoneal, pelvic, or inguinal lymph nodes.  There is a small fat containing left inguinal hernia. The prostate gland is unremarkable.  The urinary bladder is normal in appearance without focal mass or wall thickening. There is no bowel obstruction, bowel wall thickening, or free air. No free fluid is visualized.  A normal appendix is visualized. No hydronephrosis or renal calculus is seen. There is a cystic lesion in the lower pole the left kidney, which is likely a simple cyst, however isincomplete characterized on this noncontrast examination. Repeat study with intravenous contrast and be helpful to better characterize the nature of this lesion. There is minimal aortoiliac atherosclerosis. There is no aneurysmal dilatation or evidence of dissection or rupture on this noncontrast study. There are mild scoliotic and degenerative changes of the spine. No destructive bony lesions are visualized.  Impression: Somewhat limited study without intravenous contrast. Cystic lesion in the left kidney is likely a simple cyst , however it is incompletely characterized without intravenous contrast. Ultrasound of the kidneys or CT scan with intravenous contrast would be helpful to better determine the nature of this lesion.  No abdominal aortic aneurysm. No evidence of dissection on this noncontrast study. Cardiomegaly.      Signed by: GOLDMAN, YEDIDA  Signed on: 02/22/2012 13:31:31   [Selected by: Turner, Margo on: 2/22/2012 4:15:46 PM]

Comments (Assessment and Plan)

1) chest / epigastric / back pain - nc ct  abd done, telemetry, trend ce, ekg , consult Cardiology, anit emetics and analgesics
2) history of valve replacement surgery - inr 2.8, coumadin on hold as pt is npo - await Cardiology recommendations
3) n/v/d - nop, ivf, stool culture

Meds and plans as per orders. [Originally Entered by: Turner, Margo (MD) on: 2/22/2012 4:15 PM]

1) chest / epigastric / back pain - nc ct  abd done, telemetry, trend ce, ekg , anti emetics and analgesics
2) history of valve replacement surgery - inr 2.8, coumadin on hold as pt is npo - await further  recommendations
3) n/v/d - npo, ivf, stool culture & stool for c. diff

Meds and plans as per orders. [Changed to this value by: Turner, Margo (MD) on: 2/22/2012 8:20:12 PM]

Last Updated / Modified 02/22/2012 20:20:12

Turner, Margo (MD)