# EXHIBIT "G"

```
ep 16, 2013 by BTF                                             Page: 1
                        ABINGTON EMERGENCY PHYSICIANS
                                 PO BOX 3012
                            WILMINGTON DE 19804

                                 8884566062

                              Tax ID: 232624943

                             Statement of Account

Account No:00M0WJ
  Patient :STRINGER, ABRAHAM        Resp Party:STRINGER, ABRAHAM
  Address :609 OAKFIELD LANE        Address   :609 OAKFIELD LANE
  Develop :                         Develop   :
  City    :PHILA                    City      :PHILA
  State   :PA     Zip:19115         State     :PA     Zip:19115
  Phone   :215-698-7511             Phone     :215-698-7511
  Birth dt:11/14/50                 Birth dt  :11/14/50

   Prim Dr:924 STEVEN F. FISHER, M
 Iag: 786.50 CHEST PAIN
 Iag: 789.06 EPIGASTRIC ABD PAIN

 Date    Code Mod  Description              Charge     Pnt/Adj
 2/22/12 99285     EMERGENCY DEPT VISIT     478.00
 3/22/12           INDEPENDENCE BLUE CROSS              213.23
 3/22/12           INDEPENDENCE BLUE CROSS              264.77

    Chgs:  478.00  Credits:  478.00  Bal:     .00
```