# EXHIBIT "H"



# Abington Memorial Hospital

## Nightly Orders - Daily Orders (Perm)

Summary 02/22/2012 00:00 through 02/22/2012 23:59

ORD
Permanent Chart Copy

| 3H-3HOV-1. | STRIMBER, ABRAHAM | | | MM__ |
|---|---|---|---|---|
| MR#: 0482935 | FIN#: 1205350964 | DOB: 11/14/1950 | AdmitDate: 02/22/2012 | |
| DR: .Dept of Med Green NONTEACH, AMH | | Age: 61y | Service: Observation | |

| Code Status | Date | Status | Requested By |
|---|---|---|---|
| Code Orders | 02/22/2012 16:01 | Active | Turner, Margo MD |

001LJMVKS     Full Code, Per Patient

Entered by: Turner, Margo MD

| Adm, Obs, Discharge, Transfer | Date | Status | Requested By |
|---|---|---|---|
| Place Patient in Observation Status | 02/22/2012 14:27 | Performed | Fisher, Steven MD |

001LJMKQC
...     Observation started: 22-Feb-2012, 14:27
        Additional Instructions: Reason for Observation (type-in) chest pain;Under the Care of hosp green

Entered by: Majeski, Jeniffer AA

Majeski, Jeniffer AA

| Medications | Date | Status | Requested By |
|---|---|---|---|
| Morphine Injectable | 02/22/2012 12:38 | Active | Fisher, Steven MD |

001LJLYTD
              4 mg, IntraVenous Push, ONCE.
              Nurse Instructions: STAT(ETC)

Entered by: Fisher, Steven MD

| Ondansetron Injectable | 02/22/2012 14:42 | Active | Fisher, Steven MD |

001LJMMGH
              8 mg, IntraVenous Push, ONCE.
              Nurse Instructions: STAT(ETC)

Entered by: Fisher, Steven MD

| Ondansetron Injectable | 02/22/2012 14:49 | Active | Fisher, Steven MD |

001LJMMXJ     (. ZOFRAN Injectable)
              8 mg, IntraVenous Push, ONCE
              Nurse Instructions: Push over 1 minute.

✋ <Session:>Standard Orders;*Auto Activate.
Source: Phone

Entered by: Mazzochetti, Carly Pharm.D



| Ondansetron Injectable | 02/22/2012 14:49 | Discontinued | Fisher, Steven MD |

001LJMMGH
              8 mg, IntraVenous Push, ONCE,
              Nurse Instructions: STAT(ETC)

D/C: Clarification of Order - 22-Feb-2012 14:49.