# EXHIBIT "I"



## Abington Memorial Hospital

### Nightly Orders - Daily Orders (Perm)

Summary 02/22/2012 00:00 through 02/22/2012 23:59

ORD
Permanent Chart Copy

| 3H-3HOV-1. | STRIMBER, ABRAHAM | | MM__ |
|---|---|---|---|
| MR#: 0482935 | FIN#: 1205350964 | DOB: 11/14/1950 | AdmitDate: 02/22/2012 |
| DR: .Dept of Med Green NONTEACH, AMH | | Age: 61y | Service: Observation |

| Laboratory | Date | Status | Requested By |
|---|---|---|---|
| Basic Metabolic Panel | 02/22/2012 22:43 | Collected | |
| 001LJNRCD    Collect Date: 22-Feb-2012 STAT | | | |

Entered by: Buddhdev, Bhuvin MD
Collected By: Buddhdev, Bhuvin MD

| | | | |
|---|---|---|---|
| CBC/Diff/Platelets | 02/22/2012 22:43 | Collected | |
| 001LJNRCG    Collect Date: 22-Feb-2012 STAT | | | |

Entered by: Buddhdev, Bhuvin MD
Collected By: Buddhdev, Bhuvin MD

| | | | |
|---|---|---|---|
| Comprehensive Metabolic Pnl | 02/22/2012 22:50 | Pending Collection | *Buddhdev, Bhuvin MD* |
| 001LJNRHL | | | |

Entered by: HL7 interfaces, Interfaces IT

| Radiology | Date | Status | Requested By |
|---|---|---|---|
| CT ABD/Pelvis W-O Contrast | 02/22/2012 12:32 | Active | *Fisher, Steven MD* |
| 001LJLYKZ           Indications: Aortic Aneurysm w/o Rup | | | |

Entered by: Fisher, Steven MD

| Cardiac Cath Lab | Date | Status | Requested By |
|---|---|---|---|
| Heart Cath - Lt. - CC Lab | 02/22/2012 21:24 | Active | *Watson, Robert MD* |
| 001LJNNQG | | | |

Source: Protocol
Entered by: Higgins, Angela Card Staff

| Cardiology | Date | Status | Requested By |
|---|---|---|---|
| EKG (Routine/12 Lead) | 02/22/2012 12:28 | Performed | *Fisher, Steven MD* |
| 001LJLYDM  Requested Date: 22-Feb-2012  Requested Time: 12:25  Indications: Abdominal Pain  Special Instructions: WITH Diagnostic Rhythm Strip | | | |

Entered by: Fisher, Steven MD
Fisher, Steven MD

| | | | |
|---|---|---|---|
| EKG (Routine/12 Lead) | 02/22/2012 16:02 | Pending | *Turner, Margo MD* |
| 001LJMVLK  Requested Date: 23-Feb-2012  Requested Time: AM  Indications: Chest Pain | | | |

**EXHIBIT 21**