# EXHIBIT "J"

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
- - -

GARY B. FREEDMAN,          :
ESQUIRE, Administrator     : NO.
of the ESTATE OF           : 2:13-cv-3145-CDJ
ABRAHAM STRIMBER,          :
deceased                   :
and                        :
BRACHA STRIMBER,           :
                           :
            Plaintiffs,    :
                           :
       v.                  :
                           :
STEVEN FISHER, M.D.,       :
et al.,                    :
                           :
            Defendants.    :

- - -

Tuesday, March 18, 2014

- - -

Videotape deposition of
MARGO E. TURNER, M.D., taken pursuant to
notice, was held at the law offices of
Christie, Pabarue & Young, 1880 JFK
Boulevard, 10th Floor, Philadelphia,
Pennsylvania, commencing at 10:40 a.m.,
on the above date, before Amy M. Murphy,
a Professional Court Reporter and Notary
Public there being present.

- - -

MAGNA LEGAL SERVICES
(866) 624-6221
www.MagnaLS.com

MAGNA LEGAL SERVICES



Page 2

```
 1   APPEARANCES:
 2
     LAW OFFICE OF LEON AUSSPRUNG, MD, LLC
 3   BY: LEON AUSSPRUNG, M.D., J.D., LL.M.,
     ESQUIRE
 4   One Commerce Square
     2005 Market Street, Suite 2300
 5   Philadelphia, Pennsylvania 19103
     267-809-8250
 6   Representing the Plaintiffs
 7
     LAW OFFICE OF LEON AUSSPRUNG, MD, LLC
 8   BY: JAMES HOCKENBERRY, ESQUIRE
     One Commerce Square
 9   2005 Market Street, Suite 2300
     Philadelphia, Pennsylvania 19103
10   267-809-8250
     Representing the Plaintiffs
11
12   CHRISTIE PABARUE AND YOUNG
     BY: JAMES A. YOUNG, ESQUIRE
13   1880 JFK Boulevard, 10th Floor
     Philadelphia, Pennsylvania 19103
14   215-587-1625
     Representing the Defendant,
15   Kristina Martinez, Dr. Turner, Abington
     Hospital
16
17   POST & SCHELL, PC
     BY: DONALD N. CAMHI, ESQUIRE
18   Four Penn Center
     1600 JFK Boulevard
19   Philadelphia, Pennsylvania 19103
     215-587-1015
20   Representing the Defendant, Steven
     Fisher, M.D., Abington Emergency
21   Physician Associates
22
23
24
```

Page 3

```
 1   APPEARANCES CONTINUED....
 2
 3   GERMAN, GALLAGHER & MURTAGH, PC
     BY: CHILTON G. GOEBEL, III, ESQUIRE
 4   The Bellevue
     200 S. Broad Street, Suite 500
 5   Philadelphia, Pennsylvania 19102
     215-875-4023
 6   Representing the Defendant, Dr. Muttreja
 7
 8
 9
10
11
12
13
14
15
16   ALSO PRESENT:
17   MATT MERIN - VIDEOGRAPHER
18        - - -
19
20
21
22
23
24
```

Page 4

```
 1         - - -
 2        INDEX
 3         - - -
 4
     Testimony of: MARGO E. TURNER, M.D.  PAGE
 5
 6    By Mr. Aussprung            7
 7
           - - -
 8
          EXHIBITS
 9
           - - -
10
     NO.    DESCRIPTION              PAGE
11
12   Turner-1  Curriculum Vitae        11
13   Turner-2  Physician Employment
               Agreement              19
14
     Turner-3  Delineation of
15             Privileges             22
16   Turner-4  Emergency Department
               Record                 41
17
     Turner-5  Emergency Department
18             Record                 51
19   Turner-6  Department of Radiology
               Record                 71
20
     Turner-7  History & Physical      79
21
     Turner-8  Consultation Report     98
22
     Turner-9  Nursing Note           101
23
     Turner-10 Nursing Note           107
24
```

Page 5

```
 1         - - -
 2     DEPOSITION SUPPORT INDEX
 3         - - -
 4
 5   Direction to Witness Not to Answer
 6   Page Line   Page Line   Page Line
 7   None
 8
 9
10   Request for Production of Documents
11   Page Line   Page Line   Page Line
12   None
13
14
15   Stipulations
16   Page Line   Page Line   Page Line
17   None
18
19
20   Question Marked
21   Page Line   Page Line   Page Line
22   None
23
24
```



2 (Pages 2 to 5)

```
                                               Page 54
 1      Q.   Well, does morphine only
 2   treat pain in the abdomen?
 3      A.   It does not.
 4      Q.   Okay.
 5      A.   But the indication for the
 6   pain was not for chest pain. The
 7   indication for the morphine was abdominal
 8   pain in the ER.
 9      Q.   Do you believe that the
10   patient never had any chest pain?
11      A.   I believe he reported he had
12   chest pain to the triage nurse.
13      Q.   Do you believe the patient
14   never had any chest pain?
15      A.   Do I believe the patient
16   never had any --
17      Q.   Never actually had chest
18   pain.
19      A.   I believe the patient had
20   chest pain.
21      Q.   And why do you believe that?
22      A.   I don't have any reason to
23   doubt what he spoke to the triage nurse
24   about.
```

```
                                               Page 55
 1      Q.   And in fact, you now know
 2   today that he had a thoracic aortic
 3   aneurysm; correct?
 4      A.   I do.
 5      Q.   And that would be consistent
 6   with chest pain; correct?
 7      A.   That would be.
 8      Q.   And then this had some other
 9   things in it. So after it has the two
10   diagnoses it says, IP Area Request:
11   Observation, dash, Telemetry.
12           What does that mean?
13      A.   IP probably means inpatient
14   area requested. Observation status is
15   the status the patients are admitted to
16   for the evaluation of symptoms that are
17   felt to require a less than 24-hour
18   evaluation, observation.
19      Q.   So he went to an inpatient
20   observation area?
21      A.   That is correct.
22      Q.   He didn't go to, like, a
23   medical floor though?
24      A.   He went to a medical floor.
```

```
                                               Page 56
 1   He went to a medical floor. He went to
 2   telemetry, but he went in under
 3   observation status.
 4      Q.   Meaning the expectation was
 5   he would be less than 24 hours?
 6      A.   Correct.
 7      Q.   Then it says, not an AO
 8   admission. What does that mean?
 9      A.   Not an admitting resident
10   service, not a resident service
11   admission.
12      Q.   Okay. Meaning that it was
13   being covered by you as the unreferred
14   service?
15      A.   That's correct.
16      Q.   Then the next order, you
17   said that's a call to the floor, to the
18   nurse about him coming up?
19      A.   The next -- the next request
20   time of 14:29?
21      Q.   Right.
22      A.   Observation, telemetry,
23   admit.
24      Q.   And there's an admitting bed
```

```
                                               Page 57
 1   assigned, 3H02?
 2      A.   Yes. That's an admission.
 3      Q.   So, that's a call to an
 4   administrative person about finding a
 5   bed?
 6      A.   To the bed, to the board,
 7   yes.
 8      Q.   Do you have any
 9   understanding as to whether or not you
10   saw the patient before or after there was
11   a decision to admit the patient to the
12   observation area?
13      A.   Yes.
14      Q.   What's your understanding?
15      A.   The decision to admit is
16   made and then I'm called.
17      Q.   So you believe that the
18   decision to admit to the observation
19   telemetry unit was made by whom?
20      A.   It's usually made by the
21   emergency unit physician.
22      Q.   You did not make that
23   decision for Mr. Strimber?
24      A.   No.
```

