# EXHIBIT "M"

| MRN | AGE | SEX | CHIEF COMPLAINT | CHEST XRAY | CHEST STUDY | FINAL DIAGNOSIS |
|---|---|---|---|---|---|---|
| 1283962 | 50 | M | CHEST PAIN | YES | NO | CHEST PAIN [NOS] AND HX CAD |
| 405281 | 61 | F | CHEST PAIN | YES | ECHO 2-D DOPPLER AND M-MODE | CHEST PAIN [NOS] AND HX CAD |
| 661906 | 20 | F | CHEST PAIN | YES | NO | BACK PAIN - THORACIC AND CHEST PAIN, MUSCULOSKELETAL |
| 5053773 | 61 | F | CHEST PAIN | YES | NO | CHEST PAIN [NOS] |
| 1161066 | 56 | F | CHEST PAIN | NO | NO | ACUTE ST ELEVATION MI |
| 835999 | 53 | M | CHEST PAIN | YES | YES (CT OF CHEST W/ CONTRAST) | CHEST PAIN [NOS] |
| 5053433 | 58 | F | CHEST PAIN | YES | NO | UNSPECIFIED CHEST PAIN [NOS] |
| 213372 | 76 | M | CHEST PAIN | YES | ECHO 2-D DOPPLER AND M-MODE | CHEST PAIN [NOS]; CONGESTIVE HEART FAILURE; RENAL INSUFFICIENCY |
| 958320 | 13 | F | CHEST PAIN | YES | NO | CHEST PAIN [NOS] |
| 5052201 | 23 | M | CHEST PAIN | NO | NO | BILIARY COLIC; ELEVATED LFT'S |
| 1297851 | 32 | F | CHEST PAIN | YES | NO | UPPER RESPIRATORY INFECTION |
| 829326 | 70 | F | CHEST PAIN | YES | NO | CHEST PAIN [NOS] |
| 755984 | 54 | M | CHEST PAIN | YES | ECHO 2-D DOPPLER AND M-MODE | CHEST PAIN [NOS] |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1192549 | 65 | M | CHEST PAIN | YES [abd. Obstruction w/ chest] | NO | CHEST PAIN [NOS] |
| 973039 | 54 | M | CHEST PAIN | YES | NO | CHEST PAIN [NOS] |
| 1387627 | 43 | F | CHEST PAIN | YES | NO | UNSPECIFIED CHEST PAIN [NOS] |
| 1176965 | 37 | M | CHEST PAIN | YES | CT CHEST W/ CONTRAST PE | PLEURISY |
| 1347332 | 50 | M | CHEST PAIN | YES | ECHO 2-D DOPPLER AND M-MODE | CHEST PAIN [NOS]; POSITIVE TROPONIN |
| 669133 | 57 | M | CHEST PAIN | YES [chest portable] | ECHO 2-D DOPPLER AND M-MODE | CHEST PAIN [NOS] |
| 1035238 | 95 | F | CHEST PAIN | YES | NO | UNSTABLE ANGINA |
| 867001 | 46 | F | CHEST PAIN | YES | NO | CHEST PAIN [NOS]; NEAR SYNCOPE |
| 439812 | 56 | F | CHEST PAIN | YES | NO | PALPITATIONS |
| 365950 | 46 | M | CHEST PAIN | YES | NO | CHEST PAIN |
| 566203 | 24 | M | CHEST PAIN | YES | NO | CHEST PAIN [NOS] |
| 1267057 | 38 | M | CHEST PAIN | YES [chest portable] | NO | CHEST PAIN [NOS]; ESRD, HYPERTENSION |
| 1077451 | 31 | M | CHEST PAIN | YES | ECHO 2-D DOPPLER AND M-MODE | CHEST PAIN [NOS] |
| 744585 | 67 | F | CHEST PAIN | YES | ECHO 2-D DOPPLER AND M-MODE | CHEST PAIN [NOS] |
| 1258850 | 42 | F | CHEST PAIN | YES | NO | CHEST PAIN OF UNCLEAR ETIOLOGY; NAUSEA |
| 1314951 | 29 | F | CHEST PAIN | YES [one view only] | NO | PALPITATIONS |
| 985022 | 58 | M | CHEST PAIN | YES | NO | CHEST PAIN [NOS]; S/P MI |

| | | | | | |
|---|---|---|---|---|---|
| 5053905 | 52 | M | CHEST PAIN | YES [abd. Obstruction w/ chest] | NO [but had CT of abd/pelvis w/ contrast] | NAUSEA AND VOMITING; ABDOMINAL PAIN; UTI |
| 1380005 | 45 | F | CHEST PAIN | YES | YES (CT OF CHEST W/ CONTRAST) | ACUTE RENAL FAILURE; DEHYDRATION; DYSPENA, R/O PE; TACHYCARDIA |
| 1278443 | 42 | M | CHEST PAIN | NO [hit in chest playing soccer] | YES [ribs - left][reported heart and lungs normal] | CHEST CONTUSION |
| 1072603 | 57 | M | CHEST PAIN | NO | CT OF CHEST AND THORAX W/ AND W/O CONTRAST | CHEST PAIN [NOS]; PE; S/P AORTIC DISSECTION REPAIR |
| 728969 | 52 | M | CHEST PAIN | YES | ECHO 2-D DOPPLER AND M-MODE | CHEST PAIN [NOS] |
| 1058628 | 85 | F | CHEST PAIN | YES [abd. Obstruction w/ chest] | NO [but had CT of abd/pelvis w/ contrast] | CHEST PAIN [NOS]; ABDOMINAL PAIN |
| 131897 | 68 | F | CHEST PAIN | YES | ECHO 2-D DOPPLER AND M-MODE | CHEST PAIN [NOS]; ABNORMAL EKG |
| 1357339 | 37 | M | CHEST PAIN | YES | NO | CHEST PAIN; PERICARDITIS |
| 635213 | 55 | M | CHEST PAIN | YES | NO | CHEST PAIN [NOS]; GERD |
| 5053046 | 43 | M | CHEST PAIN | YES [chest portable] | ECHO 2-D DOPPLER AND M-MODE | CHEST PAIN; RENAL FAILURE |
| 1051886 | 49 | F | CHEST PAIN | YES | NO | CHEST PAIN |
| 1294898 | 56 | F | CHEST PAIN | YES | NO | PREMATURE VENTICULAR CONTRACTIONS |
| 701465 | 19 | F | CHEST PAIN | YES | NO | CHEST PAIN [NOS] |

| | | | | | | |
|---|---|---|---|---|---|---|
| 667855 | 43 | F | CHEST PAIN | YES | ECHO 2-D DOPPLER AND M-MODE | CHEST PAIN [NOS] |
| 651986 | 67 | F | CHEST PAIN | YES | CT CHEST AND THORAX W/ CONTRAST | NEUTROPENIA; CHEST PAIN [NOS]; HYPOKALEMIA; NON-HODGINS LYMPHOMA; ORAL THRUSH |
| 986638 | 31 | M | CHEST PAIN | YES | NO | UNSPECIFIED CHEST PAIN [NOS]; ANXIETY |
| 1340295 | 39 | M | CHEST PAIN | YES | NO | GASTRITIS - ACUTE, NO BLEEDING; ACUTE ALCOHOL INTOXICATION |
| 1134963 | 20 | M | CHEST PAIN | YES | NO | CHEST WALL STRAIN |
| 5011284 | 46 | F | CHEST PAIN | YES | CT CHEST AND THORAX W/ CONTRAST | CHEST PAIN [NOS] |
| 5053505 | 81 | F | CHEST PAIN | YES | NO | CHEST PAIN [NOS] |
| 399233 | 85 | F | CHEST PAIN | YES | NO | PNEUMONIA [NOS] ABNORMAL EKG |
| 286033 | 74 | F | CHEST PAIN | YES | ECHO 2-D DOPPLER AND M-MODE | SEPSIS -UNSPECIFIED; CHEST PAIN [NOS]; ELEVATED TROPONIN; HYPOKALEMIA; HYPONATREMIA |
| 173733 | 47 | M | CHEST PAIN | YES | NO | CHEST PAIN OF UNCLEAR ETIOLOGY; NAUSEA |
| 5022493 | 54 | F | CHEST PAIN | YES | CT CHEST AND THORAX W/ CONTRAST | CHEST PAIN [NOS]; DYSPNEA |
| 930477 | 63 | F | CHEST PAIN | YES | CT CHEST AND THORAX W/ CONTRAST | CHEST PAIN [NOS] |
| 464573 | 40 | F | CHEST PAIN | YES | ECHO 2-D DOPPLER AND M-MODE | CHEST PAIN [NOS]; UNSTABLE ANGINA |
| 354947 | 30 | F | CHEST PAIN | YES | NO | CHEST PAIN [NOS] |
| 1091338 | 89 | F | CHEST PAIN | YES | ECHO 2-D DOPPLER AND M-MODE | ACUTE MYOCARDIAL INFARCTION |

| | | | | | | |
|---|---|---|---|---|---|---|
| 570123 | 87 | F | CHEST PAIN | YES | CT CHEST AND THORAX W/ CONTRAST | HYPERTENSIVE URGENCY; CHRONIC AORTIC DISSECTION PALPITATIONS; HYPERTENSION (RESOLVED); HYPOKALEMIA |
| 1258522 | 54 | F | CHEST PAIN | YES | NO | |
| 507175 | 47 | F | CHEST PAIN | YES | NO | CHEST PAIN - RESOLVED; CHEST PAIN |
| 655828 | 86 | F | CHEST PAIN | YES | NO | CHEST PAIN [NOS]; ATRIAL FIBRILLATION |
| 417954 | 71 | F | CHEST PAIN | YES [abd. Obstruction w/ chest] | CT CHEST AND THORAX W/OUT CONTRAST; CT CHEST/ABD AND PELVIS W/ CONTRAST | CHEST PAIN; HYPONATREMIA |
| 425596 | 61 | F | CHEST PAIN | YES | ECHO 2-D DOPPLER AND M-MODE | CHEST PAIN |
| 1404496 | 29 | F | CHEST PAIN | YES | NO | CHEST PAIN - ANTERIOR CHEST WALL |
| 472612 | 29 | F | CHEST PAIN | YES | NO | CHEST PAIN [NOS]; PALPITATIONS |
| 880285 | 59 | M | CHEST PAIN | YES | ECHO 2-D DOPPLER AND M-MODE | CHEST PAIN |
| 5054966 | 18 | F | CHEST PAIN | YES | NO | CHEST PAIN [NOS]; ESOPHAGEAL REFLUX |
| 976195 | 37 | M | CHEST PAIN | YES | NO | CHEST PAIN [NOS]; HYPERTENSION |
| 5053568 | 46 | M | CHEST PAIN | YES | NO | CHEST PAIN [NOS]; ANXIETY |
| 1057737 | 69 | M | CHEST PAIN | YES [abd. Obstruction w/ chest] | NO [but had CT of abd/pelvis w/ contrast] | ABDOMINAL PAIN - LLQ |
| 970558 | 68 | F | CHEST PAIN | YES | CT CHEST AND THORAX W/ CONTRAST | CHEST PAIN [NOS] |

| | | | | | | |
|---|---|---|---|---|---|---|
| 339503 | 78 | M | CHEST PAIN | YES | ECHO 2-D DOPPLER AND M-MODE | CHEST PAIN |
| 1219296 | 59 | M | CHEST PAIN | YES | NO | CHEST PAIN [NOS] |
| 753494 | 56 | F | CHEST PAIN | YES | NO | CHEST PAIN [NOS]; ANXIETY |
| 335558 | 83 | F | CHEST PAIN | YES | NO | CHEST PAIN [NOS] |
| 5002896 | 13 | M | CHEST PAIN | YES | NO | CHEST PAIN [NOS] |
| 1334637 | 76 | F | CHEST PAIN | YES | NO | CHEST PAIN |
| 5054982 | 44 | M | CHEST PAIN | YES | NO [but had CT of abd/pelvis w/ contrast] | CHEST PAIN; ELEVATED LFT'S |
| 1346628 | 25 | F | CHEST PAIN | YES | CT CHEST AND THORAX W/ CONTRAST | TACHYCARDIA; ABNORMAL EKG; DYSPNEA |
| 840337 | 55 | F | CHEST PAIN | YES | NO | CHEST PAIN [NOS] |
| 648785 | 62 | M | CHEST PAIN | YES | NO | CHEST PAIN |
| 1095242 | 29 | F | CHEST PAIN | YES | NO | CHEST PAIN; PREGNANCY |
| 5052776 | 31 | F | CHEST PAIN | YES | CT CHEST AND THORAX W/ CONTRAST | CHEST PAIN [NOS] |
| 1328881 | 37 | F | CHEST PAIN | YES | NO | COUGH; BRONCHITIS (SUB-ACUTE) |
| 764081 | 52 | F | CHEST PAIN | YES | NO | CHEST PAIN [NOS] |
| 1241458 | 29 | F | CHEST PAIN | YES | NO | CHEST PAIN [NOS]; DYSPNEA |
| 482935 | 61 | M | CHEST PAIN | NO | NO [but had CT of abd/pelvis without contrast] | CHEST PAIN [NOS]; EPISGASTRIC PAIN |
| 889611 | 51 | F | CHEST PAIN | YES | NO | CHEST PAIN [NOS] |
| 5053797 | 48 | F | CHEST PAIN | NO | NO | CHEST PAIN [NOS]; PANIC ATTACK |

| 1002709 | 43 | M | CHEST PAIN | YES | NO | CHEST PAIN [NOS] |
| 5054843 | 55 | M | CHEST PAIN | YES [portable} | NO | ACUTE CORONARY SYNDROME |
| 559386 | 78 | M | CHEST PAIN | YES | NO | CHEST PAIN |
| 1309492 | 46 | F | CHEST PAIN | YES | NO | CHEST PAIN [NOS]; EDEMA |
| 685329 | 61 | M | CHEST PAIN | YES | NO [but had CT of abd/pelvis w/ contrast] | CHEEST PAIN [NOS]; ABDOMINAL PAIN |
| 794661 | 50 | F | CHEST PAIN | YES | ECHO 2-D DOPPLER AND M-MODE | CHEST PAIN [NOS]; CHEST PAIN-ANTERIOS CHEST WALL; MORBID OBESITY |
| 158851 | 73 | F | CHEST PAIN | YES | NO | UNSPECIFIED CHEST PAIN [NOS]; OTALGIA |
| 417232 | 84 | F | CHEST PAIN | YES | NO | CHEST PAIN [NOS] |
| 5054983 | 62 | M | CHEST PAIN | YES | NO | CHEST PAIN |
| 1207829 | 46 | M | CHEST PAIN | YES | NO | CHEST PAIN |
| 5052960 | 65 | M | CHEST PAIN | YES | NO | UNSTABLE ANGINA |
| 817010 | 58 | F | CHEST PAIN | YES | NO | CHEST PAIN, R/O MI; EKG CHANGE |
| 926201 | 89 | M | CHEST PAIN | YES [abd. Obstruction w/ chest] | NO | DEHYDRATION [HYPOVOLEMIA]; VOMITING |
| 283252 | 83 | F | CHEST PAIN | YES | NO | CHEST PAIN [NOS] |
| 1233037 | 54 | F | CHEST PAIN | YES | NO | CHEST PAIN [NOS]; ASTHMA |
| 1316233 | 41 | M | CHEST PAIN | YES | NO | CHEST PAIN [NOS] |
| 394976 | 94 | F | CHEST PAIN | YES | CT CHEST AND THORAX W/ CONTRAST | CHEST PAIN - PRECORDIAL; DYSPNEA |
| 319972 | 51 | F | CHEST PAIN | YES | NO | MUSCLE STRAIN; CERVICAL RADICULOPATHY; MUSCLE SPASM |
| 857294 | 40 | F | CHEST PAIN | YES | NO | CHEST PAIN [NOS] |
| 1117516 | 39 | F | CHEST PAIN | YES | NO | CHEST PAIN [NOS]; HYPERTENSION (RESOLSVED); HYPERTHYROIDISM |
| 756761 | 17 | F | CHEST PAIN | YES | NO | CHEST PAIN [NOS] |

| | | | | | | |
|---|---|---|---|---|---|---|
| 753211 | 17 | F | CHEST PAIN | NO | NO | CHEST PAIN [NOS]; ABNORMAL LIVER FUNCTION TESTS, VIRAL |
| 5054067 | 65 | F | CHEST PAIN | YES | ECHO 2-D DOPPLER AND M-MODE; AND CT OF CHEST AND THORAX W/ CONTRAST | ATRIAL FIBRILLATION; CHEST PAIN [NOS] |
| 229500 | 45 | M | CHEST PAIN | YES | CT CHEST AND THORAX W/OUT AND WITH CONTRAST | PNEUMONIA [NOS] |
| 5054287 | 50 | M | CHEST PAIN | YES | NO | VOMITING; TRANSIENT CHEST PAIN - RESOLVED |
| 454091 | 78 | M | CHEST PAIN | YES | NO | CHEST PAIN [NOS] |
| 5055301 | 84 | F | CHEST PAIN | YES | ECHO 2-D DOPPLER AND M-MODE | CHEST PAIN [NOS]; PULMONARY EDEMA |
| 1319100 | 47 | M | CHEST PAIN | YES [portable} | NO | ACUTE MYOCARDIAL INFARCTION |
| 5055346 | 53 | M | CHEST PAIN | YES | CT OF CHEST AND THORAX W/ CONTRAST | PLEURITIC CHEST PAIN |
| 430046 | 76 | F | CHEST PAIN | YES | NO | CHEST PAIN; PULMONARY EMBOLISM; THROMBOCYTOSIS |
| 1141022 | 81 | M | CHEST PAIN | YES | NO | CHEST PAIN [NOS]; LIGHT-HEADEDNESS |

| 651945 | 88 | F | CHEST PAIN | YES | CT OF CHEST AND THORAX W/ CONTRAST | CHEST PAIN [NOS]; HYPOXIA |
| 988247 | 41 | F | CHEST PAIN | YES | NO | CHEST PAIN [NOS]; DENTAL PAIN |
| 458093 | 78 | M | CHEST PAIN | YES | ECHO 2-D DOPPLER AND M-MODE | CHEST PAIN |
| 1038797 | 24 | F | CHEST PAIN | NO | NO | COSTOCHONDRITIS |
| 594851 | 28 | M | CHEST PAIN | YES | NO | CHEST PAIN [NOS] |
| 1037016 | 69 | F | CHEST PAIN | YES | ECHO 2-D DOPPLER AND M-MODE | CHEST PAIN [NOS] |
| 672649 | 20 | M | CHEST PAIN | YES | NO | CERVICAL STRAIN; CHEST WALL CONTUSION |
| 5054160 | 11 | M | CHEST PAIN | YES | NO | CHEST PAIN |
| 347631 | 45 | M | CHEST PAIN | YES | CT OF CHEST AND THORAX W/ CONTRAST | CHEST PAIN [NOS] |
| 665898 | 50 | F | CHEST PAIN | YES | CT OF CHEST AND THORAX W/ CONTRAST | ATYPICAL CHEST PAIN; HYPERTENSION |
| 552610 | 60 | F | CHEST PAIN | YES | CT OF CHEST AND THORAX W/ CONTRAST | CHEST PAIN [NOS] |
| 620837 | 60 | M | CHEST PAIN | YES | ECHO 2-D DOPPLER AND M-MODE | CHEST PAIN [NOS] |
| 1122989 | 9 | F | CHEST PAIN | YES | NO | UNSPECIFIED CHEST PAIN [NOS] |

| | | | | | CT OF CHEST, ABD. AND PELVIS WITH CONTRAST | |
|---|---|---|---|---|---|---|
| 1306027 | 47 | M | CHEST PAIN | NO | | PULMONARY EMBOLISM; ABDOMINAL PAIN - RUQ; BACK PAIN - THORACIC, INTRACTABLE CHEST PAIN; |
| 755594 | 89 | M | CHEST PAIN | YES [abd. Obstruction w/ chest] | NO | ABOMINAL PAIN/GASTRITIS |
| 1094270 | 38 | M | CHEST PAIN | YES | NO | CHEST PAIN [NOS] |
| 5053394 | 54 | M | CHEST PAIN | YES [portable} | NO | MI - ANTERIOR |
| 1200876 | 30 | F | CHEST PAIN | YES | NO | CHEST PAIN [NOS]; ABNORMAL EKG, PARASTHESIAS |
| 1072281 | 36 | F | CHEST PAIN | NO | NO | HYPERGLYCEMIA; CHEST PAIN - ANTERIOR CHEST WALL, PREGNANCY [FOR USE WITH RELATED SYMPTOMS] |
| 1311692 | 37 | M | CHEST PAIN | YES | NO | CHEST PAIN [NOS]; ELEVATED INR |
| 5016748 | 59 | F | CHEST PAIN | YES | NO | CHEST PAIN [NOS] |
| 818403 | 60 | M | CHEST PAIN | NO | NO | PCI ALERT |
| 910497 | 51 | M | CHEST PAIN | YES | NO | CHEST PAIN [NOS] |
| 734309 | 52 | M | CHEST PAIN | YES | NO | CHEST PAIN [NOS] |
| 964465 | 20 | F | CHEST PAIN | YES | NO | ABSCESS - AXILLA; UNSPECIFIED CHEST PAIN |
| 1169380 | 29 | F | CHEST PAIN | YES | NO | ESOPHAGEAL REFLUX |

| | | | | | | |
|---|---|---|---|---|---|---|
| 371596 | 55 | F | CHEST PAIN | YES | ECHO 2-D DOPPLER AND M-MODE | CHEST PAIN [NOS]; MORBID OBESITY |
| 5042605 | 26 | M | CHEST PAIN | YES | NO | BRONCHITIS (ACUTE) |
| 498663 | 60 | M | CHEST PAIN | YES | CT OF CHEST AND THORAX W/ CONTRAST | CHEST PAIN [NOS]; HYPERTENSIVE URGENCY; LIVER CA |
| 1151040 | 50 | F | CHEST PAIN | YES | NO | CHEST PAIN; ANXIETY |
| 333116 | 48 | F | CHEST PAIN | NO | NO | PRESCRIPTION REFILL |
| 1092557 | 28 | F | CHEST PAIN | YES | NO | COSTOCHONDRITIS |
| 1153108 | 64 | M | CHEST PAIN | YES [portable} | NO | ACUTE MYOCARDIAL INFARCTION |
| 205133 | 63 | F | CHEST PAIN | YES | NO | CHEST PAIN [NOS] |
| 1300392 | 78 | M | CHEST PAIN | YES | CT OF CHEST AND THORAX W/ CONTRAST | CHES PAIN |
| 1391695 | 68 | F | CHEST PAIN | YES | NO | CHEST PAIN [NOS] |
| 1383005 | 48 | M | CHEST PAIN | YES | NO | CHEST PAIN [NOS] |
| 746104 | 45 | F | CHEST PAIN | YES | NO | GASTRITIS |
| 482482 | 65 | F | CHEST PAIN | YES | NO | CHEST PAIN [NOS] |
| 1228966 | 46 | M | CHEST PAIN | YES | NO | EVALUATION OF CHEST PAIN; DRUG SEEKING BEHAVIOR |
| 1290803 | 36 | M | CHEST PAIN | YES | NO | CHEST PAIN [NOS] |
| 284212 | 79 | F | CHEST PAIN | YES | NO | CHEST PAIN [NOS] |
| 392930 | 87 | F | CHEST PAIN | YES | NO | CHEST PAIN [NOS] |
| 1261372 | 79 | M | CHEST PAIN | YES | ECHO 2-D DOPPLER AND M-MODE | CHEST PAIN [NOS]; ABNORMAL EKG |
| 176315 | 51 | M | CHEST PAIN | YES | NO | CHEST PAIN [NOS] |

| 5054007 | 37 | M | CHEST  PAIN | YES | NO | UNSPECIFIED CHEST PAIN [NOS] |
|---|---|---|---|---|---|---|
| 1247073 | 35 | F | CHEST PAIN | YES | NO | MUSCULOSKELTAL CHEST PAIN |
| 1203585 | 36 | F | CHEST PAIN | YES | NO | UNSPECIFIED CHEST PAIN [NOS] |
| 1244741 | 40 | M | CHEST PAIN | YES | NO | CHEST PAIN [NOS] |
| 351500 | 69 | F | CHEST PAIN | YES | NO | CHEST PAIN |
| 810489 | 48 | M | CHEST PAIN | YES | ECHO 2-D DOPPLER AND M-MODE | CHEST PAIN [NOS] |
| 810791 | 40 | F | CHEST PAIN | YES | NO | UPPER RESPIRATORY INFECTION; CHEST PAIN [NOS] |
| 5053749 | 22 | M | CHEST PAIN | YES | NO | UNSPECIFIED CHEST PAIN [NOS] |
| 5052745 | 45 | M | CHEST PAIN | YES | NO | PARASTHESIA; CHEST PAIN - ANTERIOR CHEST WALL |
| 480034 | 59 | F | CHEST PAIN | YES | NO | UNSPECIFIFIED CHEST PAIN [NOS] |
| 1116909 | 64 | M | CHEST PAIN | YES | NO | CHEST PAIN [NOS] |
| 764509 | 18 | F | CHEST PAIN | YES | NO | CHEST PAIN [NOS]; ANXIETY |
| 1232842 | 48 | F | CHEST PAIN | YES | NO | CHEST PAIN [NOS] |
| 5053820 | 63 | M | CHEST PAIN | YES | NO | ABDOMINAL PAIN - RUQ |
| 1377114 | 23 | M | CHEST PAIN | YES | NO | ESOPHAGEAL REFLUX; AYPTICAL CHEST PAIN |
| 512384 | 58 | M | CHEST PAIN | YES | ECHO 2-D DOPPLER AND M-MODE | CHEST PAIN R/O MI |

| 1302884 | 32 | F | CHEST PAIN | YES | NO | CHEST PAIN; PANIC ATTACK |
|---|---|---|---|---|---|---|
| 5053689 | 22 | M | CHEST PAIN | YES | NO | PERICARDITIS (ACUTE) |
| 582223 | 59 | M | CHEST PAIN | YES | NO | CHEST PAIN [NOS] |
| 411351 | 52 | F | CHEST PAIN | NO | CT OF CHEST AND THORAX W/ CONTRAST | CHEST PAIN [NOS] SHOULDER STRAIN |
| 775729 | 84 | F | CHEST PAIN | YES [portable} | CT OF CHEST AND THORAX WOW CONTRAST | CHEST PAIN [NOS]; DYSPNEA; TRANSIENT HYPOTENSION |
| 1193539 | 49 | F | CHEST PAIN | YES | NO | UNSPECIFIED CHEST PAIN [NOS] |
| 1246736 | 22 | M | CHEST PAIN | YES | CT OF CHEST AND THORAX W/ CONTRAST | UNSPECIFIED CHEST PAIN [NOS] |
| 690193 | 47 | F | CHEST PAIN | YES | CT OF CHEST AND THORAX W/ CONTRAST | CHEST PAIN [NOS]; HYPERTENSION |
| 1346613 | 31 | F | CHEST PAIN | YES | NO | CHEST PAIN [NOS] |
| 1392946 | 28 | M | CHEST PAIN | YES | NO | CHEST PAIN [NOS] |
| 605578 | 87 | M | CHEST PAIN | YES | NO | CHEST PAIN; R/O UNSTABLE ANGINA |
| 684698 | 44 | F | CHEST PAIN [ABD DISTENSION ALSO NOTED AS A CHIEF COMPLAINT] | YES [abd. Obstruction w/ chest] | NO | ABDOMINAL DISTENTION; UTI |
| 5017803 | 82 | F | CHEST PAIN | YES | ECHO 2-D DOPPLER AND M-MODE | CHEST PAIN [NOS]; HYPERTENSION |
| 5003962 | 43 | M | CHEST PAIN | YES | NO | DIZZINESS |
| 809256 | 16 | M | CHEST PAIN | YES | NO | CHEST PAIN |
| 5041287 | 35 | M | CHEST PAIN | YES | CT OF CHEST AND THORAX W/ CONTRAST | CHEST PAIN |
| 1178263 | 65 | F | CHEST PAIN | YES [portable} | ECHO 2-D DOPPLER AND M-MODE | CHEST PAIN [NOS]; PALPITATIONS |
| 1312991 | 47 | M | CHEST PAIN | YES | NO [but did receive CT of abd and pelvis w/ contrast} | APPENDICITIS - W/OUT PERITONITIS |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1106800 | 22 | F | CHEST PAIN | YES | NO | UNSPECIFIED CHEST PAIN [NOS] |
| 433688 | 53 | F | CHEST PAIN | YES | NO | CHEST PAIN [NOS] |
| 1252611 | 48 | M | CHEST PAIN | YES | NO | CHEST PAIN [NOS] |
| 5020329 | 48 | F | CHEST PAIN | YES | ECHO 2-D DOPPLER AND M-MODE | CHEST PAIN |
| 236533 | 87 | F | CHEST PAIN | NO | NO | LEFT CHEST WALL CONTUSION; LOW BACK PAIN/STRAIN |
| 1375381 | 51 | M | CHEST PAIN | NO | NO [BUT HAD CT OF ABDOMEN AND PELVIS W/ CONSTRAST | CHEST PAIN [NOS]; ABDOMINAL PAIN - LLQ |
| 1238097 | 81 | M | CHEST PAIN | YES | NO | FEVER; ANEMIA; RENAL FAILURE - UNSPECIFIED IF ACUTE OR CHRONIC; UNSPECIFIED CHEST PAIN |
| 331346 | 84 | M | CHEST PAIN | YES | NO | CHEST PAIN [NOS] |
| 1215444 | 31 | F | CHEST PAIN | YES | NO | CHEST WALL PAIN |

| 947059 | 49 | F | CHEST PAIN | YES | CT OF CHEST AND THORAX W/ CONTRAST | PLEURITIC CHEST PAIN |
|---|---|---|---|---|---|---|
| 515489 | 62 | F | CHEST PAIN | YES | NO | CHEST PAIN [NOS] |
| 196197 | 82 | F | CHEST PAIN | YES | CT OF CHEST AND THORAX W/ CONTRAST | CHEST PAIN |
| 881887 | 91 | F | CHEST PAIN | YES | NO | CHEST PAIN [NOS] |
| 496525 | 76 | M | CHEST PAIN | YES | NO | ATRIAL FIBRILLATION; CHEST PAIN [NOS] |
| 5053592 | 22 | M | CHEST PAIN | YES | NO | PLEURITIC CHEST PAIN |
| 1293765 | 48 | M | CHEST PAIN | YES | NO | CHEST PAIN [NOS]; ATRIAL FIBRILLATION |
| 5012606 | 77 | F | CHST PAIN | YES | NO | ORTHOSTATIC HYPERTENSION |
| 1205566 | 34 | M | CHST PAIN | YES | NO | CHEST PAIN [NOS] |
| 5018834 | 66 | F | CHEST PAIN | YES [portable} | NO | ACUTE MYOCARDIAL INFARCTION |
| 1180599 | 51 | M | CHEST PAIN | YES | NO | MUSCLE SPASMS |
| 495975 | 31 | F | CHEST PAIN | YES | NO | UNSPECIFIED CHEST PAIN [NOS]; HX ASHTMA |
| 272490 | 49 | M | CHEST PAIN | YES | NO | CHEST PAIN [NOS] |

**OTHER**

EMS SHOWED STEMI
AND ER DOCTOR
CONTACTED
CARDIOLOGY BEFORE
ARRIVAL AND SHE WAS
SENT DIRECTLY TO
CATH LAB

Reported epigastric
and chest pain similar
to gallbladder attack
last year.  Had
immediate U/S of
abdomen that showed
gallstones

DR. FISHER WAS
ATTENDING

DR. FISHER WAS
ATTENDING [SIGN OUT
TO ANOTHER
PHYSICIAN AFTER
RADIOLOGY ORDERED]

REPORTED H/O AVR

**DR FISHER [ORDERED BY PA]**

**\*\*STRIMBER\*\***

PT WAS WAITING IN
WAITING ROOM FOR
DAUGHTER WHO WAS
IN ER HAVING PSYCHE
EVAL. SHE FELT SOME
CHEST PRESSURE AND
ANXIETY.  SHE
REPORTED UNDER A
LOT OF STRESS.

**DR. FISHER**

**\*\*VERY SIMILAR TO
STRIMBER\*\* C/O OF
"EPIGASTRIC CHEST
PAIN"**

**DR. FISHER [ORDERED
BY PA]**

**DR. FISHER**

F/U SX COUGH CHEST
PAIN SOB; "RECENTLY
HAD BLOOD WORK
**AND CHEST XRAY"** PCP
FAXED OVER RECORDS
THAT NOTE CHEST
XRAY DAY BEFORE
WAS "NORMAL";
CHEST XRAY WAS
DONE AT ABINGTON
AND REPORT IS ALSO
IN CHART FROM DAY
BEFORE

C/O INTERMITTENT CP
FOR A FEW YEARS,
WAS TOLD IT WAS
SPASMS.  AT TEMPLE
HOSP. LAST MONTH
AND THEY GAVER HER
TYELENOL AND
REFUSED TO TO EKG.
PT W/ INTERMITTANT
CP, SOB, AND RIGHT
FACIAL NUMBNESS.
NORMAL EKG AND
DISCHARGED

PT ACTUALLY
REPORTED
"EPIGASTRIC PAIN"

PT IN ED FOR EVAL OF
CP, PALPS, DIZZINESS
AND ABD PAIN SINCE 6
AM; PT JUST FOUND
OUT LAST WEEK THAT
SHE IS PREGNANT.
5/10 THROBBING
MIDSTERNAL CP. OB-
GYN CONSULT SAYS CP
IS MUSCULOSKELETAL

PT ACTUALLY REPORTE
"EPIGASTRIC PAIN AND
SEVERE NAUSEA" JUST
LIKE HIS PRIOR MI;
TAKEN **"EMERGENCY"**
TO THE CATH LAB

PATIENT HERE FOR
EVAL OF L "LUNG"
PAIN RECENT
ADMISSION FOR
ATELECTASIS AND WAS
NOT GIVEN SCRIPTS
FOR PAIN MEDS

"C/O LEFT ARM PAIN";
"DENIES ACTUAL CP
BUT REPORTS HIS
CARDIOLOGIST TOLD
HIM TO SAY CP TO BE
SEEN D/T HX"

**DR. FISHER [WHO NOTES: "DOUBTS AORTIC CATASTROPHE" AND HE DOESN'T FEEL PAIN "SEVER ENOUGH" TO BE AORTIC DISSECTION] [THIS IS THE DAY AFTER STRIMBER DIES]**

**DR FISHER**

COMPLAINED OF EPIGASTRIC PAIN THAT RADIATED AFTER 2 DAYS TO CHEST, NOT CHEST PAIN PER SE

PT SEEN BY PCP SENT
FOR CHEST XRAY
YESTERDAY SENT IN
TODAY PT DIAGNOSIED
WITH
PNEUMOTHORAX

DR. FISHER [ORDERED
        BY PA]

DENIED CHEST PAIN

PT JUST D/C'D FROM
ABINGTON YESTERDAY
FOR CP; WAS HERE
FOR 2 DAYS; NOW W/
L SIDED RIB PAIN,
WORSE WITH
MOVEMENT AND DEEP
BREATH.  PER
DAUGHTER FELL INTO
DIRTY  LAUNDRY LAST
NIGHT.  RIB, PELVIS
AND LUMBAR SPINE
WERE ORDERED

PT STARTED W/
DIFFUSED CP THIS
MORNING; STATES
PAIN NON RADIATING
DENIES SOB; DENIES
NAUSEA; PT ALSO C/O
OF L SIDED
ABDOMINAL PAIN
SINCE THIS EVENING.
HIS CHEST PAIN CAME
BACK WHILE IN ED
AND HE WAS
ADMITTED FOR CHEST
PANEL R/O

ACTUALLY C/O OF LEFT
ARM PAIN AND SOB