# EXHIBIT "O"

<u>Michael E. Chansky MD  815 Castlefinn Lane  Bryn Mawr  PA  19010</u>

Heather Tereshko, Esq.
Christie Pabarue and Young
1880 John F. Kennedy Blvd, 10th Floor
Philadelphia, PA 19103

September 19, 2014

Re: **Estate of Abraham Strimber v. Abington Memorial Hospital, et al.**

Dear Ms. Tereshko:

I have reviewed the following additional materials with regard to the above matter:

1. Abington Memorial Hospital Emergency Trauma Center Policy: ETC, regarding Myocardial Infarction.
2. Abington Health Nursing Policy, Number 14.53, regarding EMTALA;

You have asked me to review these additional documents with specific attention to the care rendered to Mr. Abraham Strimber at the Abington Memorial Hospital (AMH) Emergency Department on Wednesday February 22, 2012.

I stand by my previously stated opinion that there was no violation of EMTALA by AMH with respect to the treatment provided to Mr. Strimber on February 22, 2012. There is no medical screening evaluation for patients with chest pain, beyond a thorough history and examination by the emergency room physician. It is clear from my review of the records that Mr. Strimber was evaluated thoroughly by three competent physicians, and two well-trained emergency room nurses, during his time at AMH and he repeatedly denied chest pain to each of these individuals. A chest radiograph is NOT part of a medical screening evaluation, specifically in a patient not complaining of chest pain.

None of these additional policies change my initial opinion as stated in my report dated September 4, 2014. I continue to find that the care rendered to Mr. Strimber by the Abington Memorial Hospital Physician and Nursing Staff on February 22, 2012 was within the standard of care, and in no manner violated EMTALA. Again, all of my statements and opinions are made within a reasonable degree of medical certainty. I'd be happy to review additional materials, and will certainly make myself available in the event this action should go to trial.

Sincerely,

Michael E. Chansky, MD FACEP FAAEM
Chairman, Department of Emergency Medicine
Professor of Emergency Medicine
Cooper Medical School of Rowan University
Cooper University Hospital, Camden NJ