# Exhibit A



**Abington Memorial Hospital**

| History & Physical | |
|---|---|
| Summary   02/22/2012 00:00  through  02/22/2012 23:59 | **HP**<br>**Permanent Chart Copy** |

| DCOBV | **STRIMBER, ABRAHAM** | | MM__ |
|---|---|---|---|
| MR#: 0482935 | FIN#: 1205350964 | DOB: 11/14/1950 | AdmitDate: 02/22/2012 |
| DR: Watson, Robert | | Age: 61y | Service: Observation |

**History & Physical**                          *** This Document Has Been Modified ***

*Originally Created: 2/22/2012 4:09:00 PM*
*By: Turner, Margo (MD)*

**SERVICES:**
- Div/Dept                          Internal Medicine

**CHIEF COMPLAINT:**
.:
    Chief Complaint: chest / epigastric / back pain , n/v/d
    History Source: patient, spouse

**HISTORY OF PRESENT ILLNESS:**
.:
    HPI: Patient is a 61 year old man who is s/p valve replacement surgery ( avr & ?? mvr) who presents to
    ER for c/o legs vibrating and abdomen feeling  like it is going to explode.  Pt reports that abdominal
    pain is mid epigastric, pt had one episode of diarrhea yesterday and has vomited once in ER.
    Pt describes eating radishes, tomatoes ,  eggs and lox today and feeling these symptoms after that.
    Pt had non contrast ct abd in ER and is admitted for further evaluation and management.

**MEDICATIONS TAKEN AT HOME (entered in Sunrise Med Rec):**
    Warfarin.., mg, PO, DAILY (2100); patient dose varies between 5 and 7.5 mg daily depending on inr
    results, 22-Feb-2012, Historical
    Metoprolol, (. LOPRESSOR} Tablet\per          12.5 mg, ORAL, DAILY, 22-Feb-2012, Historical
    Multivitamin Therapeutic, Tablet\par   1 tablet(s), ORAL, DAILY, 22-Feb-2012, Historical

**ALLERGIES:**
- Iodinated contrast: Z_Anaphylaxis
- Iodinated radiocontrast dyes: Undefined
- IVP dye: Undefined
- Iodinated radiocontrast agents: Z_Entered brand

**REVIEW OF SYSTEMS:**
Comments :
    .: All other system are noncontributory.

**PHYSICAL EXAM TEXT:**
Physical Exam Text:
    Physical Exam Text: vs :  bp 131/59   p 70   r 18
    heart :  s 1 & s 2 in rr
    lungs : bs + both lung fields
    abd : nabs, soft, non tender, no cvat

AMH  0008



**Abington Memorial Hospital**

| History & Physical | |
|---|---|
| Summary   02/22/2012 00:00  through  02/22/2012 23:59 | **HP**<br>Permanent Chart Copy |

| DCOBV | STRIMBER, ABRAHAM | | MM |
|---|---|---|---|
| MR#:  0482935 | FIN#: 1205350964 | DOB: 11/14/1950 | AdmitDate: 02/22/2012 |
| DR:  Watson, Robert | | Age: 61y | Service: Observation |

ext : no e / no p
neuro : non focal examination

## LAB RESULTS:

22-Feb-2012 12:37

| | |
|---|---|
| PTT. | 40 |
| Glucose (Random) | 141 |
| BUN | 14 |
| Creatinine | 1.32 |
| Sodium Level | 141 |
| Potassium | 3.7 |
| Chloride | 105 |
| Carbon Dioxide | 23 |
| Anion Gap | 17 |
| AST | 26 |
| ALT | 18 |
| Alkaline Phosphatase | 68 |
| Calcium Level | 8.9 |
| Albumin | 4.3 |
| Total Protein | 6.6 |
| Calculated GFR | 55 |
| GFR African American | >60 |
| Bilirubin, Total | 0.5 |
| CK w/Reflexive MB | 161 |
| INR | 2.8 |
| WBC | 12.1 |
| RBC | 6.02 |
| Hemoglobin. | 15.0 |
| Hematocrit | 43.8 |
| Platelets | 192 |
| MCV | 87.4 |
| MCH | 29.9 |
| MCHC | 34.2 |
| RDW | 12.7 |

AMH  0009



## Abington Memorial Hospital

### History & Physical

Summary   02/22/2012 00:00   through   02/22/2012 23:59

**HP**
Permanent Chart Copy

| DCOBV | STRIMBER, ABRAHAM | | | MM__ |
|---|---|---|---|---|
| MR#: 0482935 | FIN#: 1205350964 | DOB: 11/14/1950 | AdmitDate: 02/22/2012 | |
| DR: Watson, Robert | | Age: 61y | Service: Observation | |

| | |
|---|---|
| MPV | 8.1 |
| Neutrophils | 80 |
| Lymphs | 11 |
| Monocytes | 8 |
| EOS. | 1 |
| Basos | 0 |
| Absolute Neutro | 9.7 |
| Absolute Mono. | 1.0 |
| Absolute EO | 0.1 |
| Absolute Baso. | 0.0 |
| Absolute Lymph. | 1.3 |

**OTHER RESULTS:**
Radiology Results:
Cat Scan:
22-Feb-2012 12:57, CT ABD/Pelvis W-O Contrast

CT ABD/Pelvis W-O Contrast: FINALCT ABD PEL W O CONTRASTHISTORY: Mid upper abdominal and back pain. TECHNIQUE: Helical axial images were obtained from the domes of the diaphragm through the pubic symphysis. Neither oral nor intravenous contrast was administered.Coronal and sagittal reformatted images were also evaluated. Comparison: None. FINDINGS: The patient is status post median sternotomy. The heart is enlarged. There is no pericardial effusion. There is dependent atelectasis at the lung bases posteriorly. Evaluation of the abdominal and pelvic organs is limited without intravenous contrast. The liver is unremarkable without evidence of solid mass or biliary ductal dilatation. The gallbladder is unremarkable in appearance. The spleen isnormal in appearance. The pancreas is unremarkable. The right adrenal gland is unremarkable. There is a subcentimeter low-attenuation nodule in the left adrenal gland which likely represents an adenoma. There are no abnormally enlarged mesenteric, retroperitoneal, pelvic, or inguinal lymph nodes. There is a small fat containing left inguinal hernia. The prostate gland is unremarkable. The urinary bladder is normal in appearance without focal mass or wall thickening. There is no bowel obstruction, bowel wall thickening, or free air. No free fluid is visualized. A normal appendix is visualized.  No hydronephrosis or renal calculus is seen. There is a cystic lesion in the lower pole the left kidney, which is likely a simple cyst, however isincomplete characterized on this noncontrast examination. Repeat study with intravenous contrast and be helpful to better characterize the nature of this lesion. There is minimal aortoiliac atherosclerosis. There is no aneurysmal dilatation or evidence of dissection or rupture on this noncontrast study. There are mild scoliotic and degenerative changes of the spine. No destructive bony lesions are visualized.  Impression: Somewhat limited study without intravenous contrast.  Cystic lesion

AMH 0010

 **Abington Memorial Hospital**

## History & Physical

| | | | |
|---|---|---|---|
| Summary   02/22/2012 00:00   through 02/22/2012 23:59 | | **HP**<br>Permanent Chart Copy | |

| DCOBV | STRIMBER, ABRAHAM | | MM__ |
|---|---|---|---|
| MR#:  0482935 | FIN#: 1205350964 | DOB: 11/14/1950 | AdmitDate: 02/22/2012 |
| DR: Watson, Robert | | Age: 61y | Service: Observation |

in the left kidney is likely a simple cyst , however it is incompletely characterized without intravenous contrast. Ultrasound of the kidneys or CT scan with intravenous contrast would be helpful to better determine the nature of this lesion.  No abdominal aortic aneurysm. No evidence of dissection on this noncontrast study. Cardiomegaly.      Signed by: GOLDMAN, YEDIDA  Signed on: 02/22/2012 13:31:31

**PLAN COMMENTS:**

Comments (Assessment and Plan): 1) chest / epigastric / back pain - nc ct abd done, telemetry, trend ce, ekg , anti emetics and analgesics
2) history of valve replacement surgery - inr 2.8, coumadin on hold as pt is npo - await further recommendations
3) n/v/d - npo, ivf, stool culture & stool for c. diff
Meds and plans as per orders.

**Electronic Signatures:**

Turner, Margo (MD)  (Signed 22-Feb-2012 20:20)
*Entered: SERVICES, CHIEF COMPLAINT, HISTORY OF PRESENT ILLNESS, MEDICATIONS TAKEN AT HOME (entered in Sunrise Med Rec), OMP, ALLERGIES, REVIEW OF SYSTEMS, PHYSICAL EXAM TEXT, LAB RESULTS, OTHER RESULTS, ASSESSMENT & PLAN, PLAN COMMENTS.*
*Authored: SERVICES, CHIEF COMPLAINT, HISTORY OF PRESENT ILLNESS, MEDICATIONS TAKEN AT HOME (entered in Sunrise Med Rec), OMP, ALLERGIES, REVIEW OF SYSTEMS, PHYSICAL EXAM TEXT, LAB RESULTS, OTHER RESULTS, ASSESSMENT & PLAN, PLAN COMMENTS*
*Last Updated: 22-Feb-2012 20:20*

**Edit History**

HPI

Patient is a 61 year old man who is s/p valve replacement surgery ( avr & ?? mvr) who presents to ER for c/o legs vibrating and abdomen feels like it is going to explode.  Pt reports that abdominal pain is mid epigastric, pt had one episode of diarrhea yesterday and has vomited once in ER.
Pt describes eating radishes, tomatoes , eggs and lox [Originally Entered by: Turner, Margo (MD) on: 2/22/2012 4:28:30 PM]
Patient is a 61 year old man who is s/p valve replacement surgery ( avr & ?? mvr) who presents to ER for c/o legs vibrating and abdomen feeling  like it is going to explode.  Pt reports that abdominal pain is mid epigastric, pt had one episode of diarrhea yesterday and has vomited once in ER.
Pt describes eating radishes, tomatoes , eggs and lox today and feeling these symptoms after that.
Pt had non contrast ct abd in ER and is admitted for further evaluation and management. [Changed to this value by: Turner, Margo (MD) on: 2/22/2012 8:20:12 PM]

| 02-Mar-2012 15:05 | Page: 376 of 403 | Printed From : Abington Memorial Hospital |
|---|---|---|



## Abington Memorial Hospital

| | | | |
|---|---|---|---|
| | History & Physical | | |
| Summary   02/22/2012 00:00   through  02/22/2012 23:59 | | | HP<br>Permanent Chart Copy |

| DCOBV | STRIMBER, ABRAHAM | | MM__ |
|---|---|---|---|
| MR#:  0482935 | FIN#: 1205350964 | DOB: 11/14/1950 | AdmitDate: 02/22/2012 |
| DR:  Watson, Robert | | Age: 61y | Service: Observation |

Medications taken at home (entered in Sunrise Med
    Warfarin.., mg, PO, DAILY (2100); patient dose varies between 5 and 7.5 mg daily depending on inr results, 22-Feb-2012,
    Historical   [Selected by: Turner, Margo on: 2/22/2012 4:15:46 PM]
    Metoprolol, (. LOPRESSOR) Tablet12.5 mg, ORAL, DAILY, 22-Feb-2012, Historical   [Selected by: Turner, Margo on:
    2/22/2012 4:15:46 PM]
    Multivitamin Therapeutic, Tablet1 tablet(s), ORAL, DAILY, 22-Feb-2012, Historical   [Selected by: Turner, Margo on:
    2/22/2012 4:15:46 PM]
ALLERGIES
    Iodinated contrast, Z_Anaphylaxis   [Selected by: Turner, Margo on: 2/22/2012 4:15:46 PM]
    iodinated radiocontrast dyes, Undefined   [Selected by: Turner, Margo on: 2/22/2012 4:15:46 PM]
    IVP dye, Undefined   [Selected by: Turner, Margo on: 2/22/2012 4:15:46 PM]
    Iodinated radiocontrast agents, Z_Entered brand   [Selected by: Turner, Margo on: 2/22/2012 4:15:46 PM]

AMH  0012

 **Abington Memorial Hospital**

|  | History & Physical | |
|---|---|---|
| Summary   02/22/2012 00:00   through   02/22/2012 23:59 | | **HP**<br>Permanent Chart Copy |

| DCOBV | STRIMBER, ABRAHAM | | MM__ |
|---|---|---|---|
| MR#: 0482935 | FIN#: 1205350964 | DOB: 11/14/1950 | AdmitDate: 02/22/2012 |
| DR: Watson, Robert | | Age: 61y | Service: Observation |

LAB RESULTS
   22-Feb-2012 12:37

   PTT.   40
   Glucose (Random)   141
   BUN   14
   Creatinine   1.32
   Sodium Level   141
   Potassium   3.7
   Chloride   105
   Carbon Dioxide   23
   Anion Gap   17
   AST   26
   ALT   18
   Alkaline Phosphatase   68
   Calcium Level   8.9
   Albumin   4.3
   Total Protein   6.6
   Calculated GFR   55
   GFR African American   >60
   Bilirubin,Total   0.5
   CK w/Reflexive MB   161
   INR   2.8
   WBC   12.1
   RBC   5.02
   Hemoglobin.   15.0
   Hematocrit   43.8
   Platelets   192
   MCV   87.4
   MCH   29.9
   MCHC   34.2
   RDW   12.7
   MPV   8.1
   Neutrophils   80
   Lymphs   11
   Monocytes   8
   EOS.   1
   Basos   0
   Absolute Neutro   9.7
   Absolute Mono.   1.0
   Absolute EO   0.1
   Absolute Baso.   0.0
   Absolute Lymph.   1.3
      [Selected by: Turner, Margo on: 2/22/2012 4:15:46 PM]

AMH 0013

 **Abington Memorial Hospital**

| History & Physical | |
|---|---|
| Summary  02/22/2012 00:00  through  02/22/2012 23:59 | HP<br>Permanent Chart Copy |

| DCOBV | STRIMBER, ABRAHAM | | MM__ |
|---|---|---|---|
| MR#:  0482935 | FIN#: 1205350964 | DOB: 11/14/1950 | AdmitDate: 02/22/2012 |
| DR:  Watson, Robert | | Age: 61y | Service: Observation |

Radiology Results

CT ABD/Pelvis W-O Contrast, U, FINALCT ABD PEL W O CONTRASTHISTORY: Mid upper abdominal and back pain. TECHNIQUE: Helical axial images were obtained from the domes of the diaphragm through the pubic symphysis. Neither oral nor intravenous contrast was administered.Coronal and sagittal reformatted images were also evaluated. Comparison: None. FINDINGS: The patient is status post median sternotomy. The heart is enlarged. There is no pericardial effusion. There is dependent atelectasis at the lung bases posteriorly. Evaluation of the abdominal and pelvic organs is limited without intravenous contrast. The liver is unremarkable without evidence of solid mass or biliary ductal dilatation. The gallbladder is unremarkable in appearance. The spleen isnormal in appearance. The pancreas is unremarkable. The right adrenal gland is unremarkable. There is a subcentimeter low-attenuation nodule in the left adrenal gland which likely represents an adenoma. There are no abnormally enlarged mesenteric, retroperitoneal, pelvic, or inguinal lymph nodes. There is a small fat containing left inguinal hernia. The prostate gland is unremarkable.  The urinary bladder is normal in appearance without focal mass or wall thickening. There is no bowel obstruction, bowel wall thickening, or free air. No free fluid is visualized.  A normal appendix is visualized. No hydronephrosis or renal calculus is seen. There is a cystic lesion in the lower pole the left kidney, which is likely a simple cyst, however isincomplete characterized on this noncontrast examination. Repeat study with intravenous contrast and be helpful to better characterize the nature of this lesion. There is minimal aortoiliac atherosclerosis. There is no aneurysmal dilatation or evidence of dissection or rupture on this noncontrast study. There are mild scoliotic and degenerative changes of the spine. No destructive bony lesions are visualized.  Impression: Somewhat limited study without intravenous contrast. Cystic lesion in the left kidney is likely a simple cyst , however it is incompletely characterized without intravenous contrast. Ultrasound of the kidneys or CT scan with intravenous contrast would be helpful to better determine the nature of this lesion.  No abdominal aortic aneurysm. No evidence of dissection on this noncontrast study. Cardiomegaly.     Signed by: GOLDMAN, YEDIDA  Signed on: 02/22/2012 13:31:31   [Selected by: Turner, Margo on: 2/22/2012 4:15:46 PM]

Comments (Assessment and Plan)

1) chest / epigastric / back pain - nc ct  abd done, telemetry, trend ce, ekg , consult Cardiology, anit emetics and analgesics
2) history of valve replacement surgery - inr 2.8, coumadin on hold as pt is npo - await Cardiology recommendations
3) n/v/d - nop, ivf, stool culture
Meds and plans as per orders. [Originally Entered by: Turner, Margo (MD) on: 2/22/2012 4:15:46 PM]
1) chest / epigastric / back pain - nc ct  abd done, telemetry, trend ce, ekg ,  anti emetics and analgesics
2) history of valve replacement surgery - inr 2.8, coumadin on hold as pt is npo - await further  recommendations
3) n/v/d - npo, ivf, stool culture & stool for c. diff
Meds and plans as per orders. [Changed to this value by: Turner, Margo (MD) on: 2/22/2012 8:20:12 PM]

**Last Updated / Modified 02/22/2012 20:20:12**

**Turner, Margo (MD)**

AMH 0014

**ABINGTON MEMORIAL HOSPITAL**
**EMERGENCY DEPARTMENT**

Strimber, Abraham
DOB: 11/14/1950 M61
Wt/Ht:
MedRec: 0482935
AcctNum: 1205350964

―――――――― Patient Data ――――――――

Complaint: CHEST PAIN
Triage Time: Wed Feb 22, 2012 11:45
Urgency: ESI Level 2
Bed: ED ETC5
Initial Vital Signs: 2/22/2012 11:42

BP:169/84
P:66
O2 sat:

ED Attending: Fisher, MD, Steven
Primary RN: Stebulis, RN, Lynne

R:18
T:96.1 (PO )
Pain:

**TRIAGE** (Wed Feb 22, 2012 11:45 LS)
*PATIENT:* NAME: Strimber, Abraham, AGE: 61, GENDER: male, DOB: Tue Nov 14, 1950, TIME
OF GREET: Wed Feb 22, 2012 11:40, MEDICAL RECORD NUMBER: 0482935, ACCOUNT
NUMBER: 1205350964. (Wed Feb 22, 2012 11:45 LS)
*ADMISSION:* URGENCY: ESI Level 2, BED: UNASSIGN. (Wed Feb 22, 2012 11:45 LS)
*VITAL SIGNS:* BP 169/84, Pulse 66, Resp 18, Temp 96.1, (PO ), Time 2/22/2012 11:42. (11:42
LS)
*COMPLAINT:* CHEST PAIN. (Wed Feb 22, 2012 11:45 LS)
*ASSESSMENT:* pt here w/ c/o legs vibrating and abd feels like is going to explode. pt
denies chest pain. pt states he had 1 episode of loose stools today after eating radishes, tomatoes,
eggs and locs. pt also had centrum vitamin. pt w/ multiple complaints. (Wed Feb 22, 2012 11:45
LS)
*GCS:* Total GCS score is 15: eye opening (4), verbal response (5), motor response (6).
(Wed Feb 22, 2012 11:45 LS)
*PROVIDERS:* TRIAGE NURSE: Lori Ischinger, RN. (Wed Feb 22, 2012 11:45 LS)
*PREVIOUS VISIT ALLERGIES:* Iodinated contrast – Anaphylaxis, Iodinated radiocontrast
dyes, Ivp dye. (Wed Feb 22, 2012 11:45 LS)

**HPI** (17:15 SF)
*HPI TRANSCRIPTION:* The patient is a 61–year–old gentleman with a history of aortic valve
dysfunction status post remote St. Jude valve placement, hypertension who
presents with the abrupt onset of the sensation that he had a lid of a paint
can that began in his epigastrium and slammed up into his jaw and then came
down and continues to compresses upon his abdomen. It came on abruptly after
he loaded the car. The patient does not believe he overexerted myself. He felt
mildly diaphoretic and noted that his legs began to shake. He denied dyspnea.
He did not pass out. He denies a history of AAA. The patient denies a history
of coronary artery disease. The patient has persistent pain in his
epigastrium. The patient did have a scant amount of diarrhea but does not
believe that this is related to GI distress.

Dictated by: Steven Fisher.

**KNOWN ALLERGIES**
Iodinated contrast – Anaphylaxis, Iodinated Radiocontrast Agents – Entered brand: iodinated
contrast ―― anaphylaxis, Iodinated Radiocontrast Agents – Entered brand: iodinated radiocontrast
dyes ―― undefined, Iodinated Radiocontrast Agents – Entered brand: ivp dye ―― undefined,
Iodinated radiocontrast dyes, Ivp dye

**CURRENT MEDICATIONS** (11:45 LS)

AMH 0015

**ABINGTON MEMORIAL HOSPITAL
EMERGENCY DEPARTMENT**

Strimber, Abraham
DOB: 11/14/1950 M61
Wt/Ht:
MedRec: 0482935
AcctNum: 1205350964

---

*Warfarin Sodium:* mg ORAL Daily .
*Multivitamin*
*\*Complete per patient/outside source*
*Metoprolol Tartrate:* mg ORAL Every 12 hours .

**PAST MEDICAL HISTORY** (Wed Feb 22, 2012 11:45 LS)
*MEDICAL HISTORY:* Hypertension, No past medical history, ( No Documented Health
    Issues ) No Documented Health Issues .
*SURGICAL HISTORY:* History of orthopedic, left, fibula x2 fx, History of valve replacement,
    mitral valve(st. Jude). aortic valve.
*PSYCHIATRIC HISTORY:* No history of anxiety, No history of bipolar, No history of
    depression.
*SOCIAL HISTORY:* Denies alcohol abuse, Denies tobacco abuse, Denies drug abuse.
*FAMILY HISTORY:* Family history includes hypertension.

**ROS** (17:15 SF)
*ROS TRANSCRIPTION:* All systems were reviewed and negative except as stated in the
    patient's HPI.

Dictated by: Steven Fisher.

**VITAL SIGNS**
*VITAL SIGNS:* BP: 169/84, Pulse: 66, Resp: 18, Temp: 96.1 (PO ), Time: 2/22/2012 11:42. (11:42
LS)
  BP: 148/72, Pulse: 73, Resp: 18, O2 sat: 97 on RA, Time: 2/22/2012 12:37. (12:37 LS1)
  BP: 131/59, Pulse: 70, Resp: 18, O2 sat: 94 on RA, Time: 2/22/2012 12:59. (12:59 LS1)
  BP: 165/77, Pulse: 66, Resp: 17, O2 sat: 96 on RA, Time: 2/22/2012 15:26. (15:26 PB4)
  BP: 160/70, Pulse: 80, Resp: 17, O2 sat: 96 on RA, Time: 2/22/2012 15:46. (15:46 PB4)

**PHYSICAL EXAM** (17:15 SF)
*PHYSICAL EXAM TRANSCRIPTION:* The patient is awake and alert. He does move all
    extremities spontaneous. He
a appears to be grossly neurologically intact, very kind and cooperative.
Conjunctivac are not pale. Mucous membranes are moist. Neck: Supple. Lungs:
Clear. Cardiac rate is regular. No murmurs or gallops but he does have a
systolic click. Belly is very generously proportioned. It makes the
examination difficult. The patient is tender in the epigastrium. I do feel an
aortic pulsation which is concerning given this gentleman's proportions. He
does not have any distension or tympany. No peritoneal signs. The patient's
vascular examination in his lower extremities he is symmetrically diminished.
His legs do appear to be warm and well–perfused. There is no mottling. He has
preserved strength and sensation.

Dictated by: Steven Fisher.

**DIFFERENTIAL DIAGNOSIS** (17:15 SF)
*DIFFERENTIAL DIAGNOSIS TRANSCRIPTION:* 1. Epigastric pain of uncertain etiology. 2.
    Gastrointestinal distress.

---

Prepared: Wed Jul 25, 2012 14:39 by JB4 Page: 2 of 12
Portions of this chart may have been transcribed using voice–to–text recognition software and may contain inadvertent recognition errors.

# ABINGTON MEMORIAL HOSPITAL
# EMERGENCY DEPARTMENT

Strimber, Abraham
DOB: 11/14/1950 M61
Wt/Ht:
MedRec: 0482935
AcctNum: 1205350964

3. Abdominal aortic aneurysm. 4. Renal colic. 5. Acute coronary
syndrome. These and other diagnoses were considered.

Dictated by: Steven Fisher.

## ORDERS

Comprehensive Metabolic Pnl by Fisher, MD, Steven for Fisher, MD, Steven on Wed Feb 22,
2012 12:24 Status: Done by System Wed Feb 22, 2012 13:13

PTT.. by Fisher, MD, Steven for Fisher, MD, Steven on Wed Feb 22, 2012 12:24 Status: Done by
System Wed Feb 22, 2012 13:05

Infusor – Insert by Fisher, MD, Steven for Fisher, MD, Steven on Wed Feb 22, 2012 12:24 Status:
Done by System Wed Feb 22, 2012 12:27

Protime.. by Fisher, MD, Steven for Fisher, MD, Steven on Wed Feb 22, 2012 12:24 Status: Done
by System Wed Feb 22, 2012 13:02

CBC/Diff/Platelets by Fisher, MD, Steven for Fisher, MD, Steven on Wed Feb 22, 2012 12:24
Status: Done by System Wed Feb 22, 2012 13:08

EKG 12 Lead – Pain Abd by Fisher, MD, Steven for Fisher, MD, Steven on Wed Feb 22, 2012 12:24
Status: Done by System Wed Feb 22, 2012 12:27

Cardiac Troponin by Fisher, MD, Steven for Fisher, MD, Steven on Wed Feb 22, 2012 12:24
Status: Done by System Wed Feb 22, 2012 13:21

CK w/Reflexive MB by Fisher, MD, Steven for Fisher, MD, Steven on Wed Feb 22, 2012 12:24
Status: Done by System Wed Feb 22, 2012 13:13

CT Abd/Pelvis WITHOUT Contrast by Fisher, MD, Steven for Fisher, MD, Steven on Wed Feb
22, 2012 12:31 Status: Done by System Wed Feb 22, 2012 13:36

Urinalysis POC by Fisher, MD, Steven for Fisher, MD, Steven on Wed Feb 22, 2012 12:37 Status:
Active

Physician Consult – OTHER by Majeski, AA, Jennifer for Fisher, MD, Steven on Wed Feb 22,
2012 13:59 Status: Done by System Wed Feb 22, 2012 14:00

Physician Consult – UNREFERRED by Majeski, AA, Jennifer for Fisher, MD, Steven on Wed Feb
22, 2012 14:08 Status: Done by System Wed Feb 22, 2012 14:08

Place Patient in Observation Status by Majeski, AA, Jennifer for Fisher, MD, Steven on Wed Feb
22, 2012 14:27 Status: Done by System Wed Feb 22, 2012 14:27

Nutrition–Doc to RN -- Meds NSO by Turner, MD, Margo for Turner, MD, Margo on Wed Feb
22, 2012 15:56 Status: Active

Physician Group Consult Routine NSO by Turner, MD, Margo for Turner, MD, Margo on Wed
Feb 22, 2012 15:57 Status: Active

O2 Therapy Cannula NSO by Turner, MD, Margo for Turner, MD, Margo on Wed Feb 22, 2012
16:01 Status: Active

Activity NSO by Turner, MD, Margo for Turner, MD, Margo on Wed Feb 22, 2012 16:01 Status:
Active

Doc to Nurse by Turner, MD, Margo for Turner, MD, Margo on Wed Feb 22, 2012 16:01 Status:
Active

Vital Signs NSO by Turner, MD, Margo for Turner, MD, Margo on Wed Feb 22, 2012 16:01 Status:
Active

CK w/Reflexive MB NSO by Turner, MD, Margo for Turner, MD, Margo on Wed Feb 22, 2012
16:01 Status: Active

CK w/Reflexive MB NSO by Turner, MD, Margo for Turner, MD, Margo on Wed Feb 22, 2012
16:01 Status: Active

AMH 0017

# ABINGTON MEMORIAL HOSPITAL
# EMERGENCY DEPARTMENT

Strimber, Abraham
DOB: 11/14/1950 M61
W/Ht:
MedRec: 0482935
AcctNum: 1205350964

O2 Therapy Cannula NSO by Turner, MD, Margo for Turner, MD, Margo on Wed Feb 22, 2012
16:01 Status: Active
Notify H.O.–Signs/Symptoms NSO by Turner, MD, Margo for Turner, MD, Margo on Wed Feb 22,
2012 16:01 Status: Active
Diet – NPO by Turner, MD, Margo for Turner, MD, Margo on Wed Feb 22, 2012 16:01 Status:
Active
O2 Therapy Cannula NSO by Turner, MD, Margo for Turner, MD, Margo on Wed Feb 22, 2012
16:01 Status: Active
Notify H.O.–Vital Signs NSO by Turner, MD, Margo for Turner, MD, Margo on Wed Feb 22, 2012
16:01 Status: Active
Diet – NPO by Turner, MD, Margo for Turner, MD, Margo on Wed Feb 22, 2012 16:01 Status:
Cancelled by System Wed Feb 22, 2012 16:03
Telemetry Monitor NSO by Turner, MD, Margo for Turner, MD, Margo on Wed Feb 22, 2012 16:01
Status: Active
Cardiac Troponin NSO by Turner, MD, Margo for Turner, MD, Margo on Thu Feb 23, 2012
00:00 Status: Active
Cardiac Troponin NSO by Turner, MD, Margo for Turner, MD, Margo on Thu Feb 23, 2012
00:00 Status: Active
Comprehensive Metabolic Pnl NSO by Turner, MD, Margo for Turner, MD, Margo on Thu Feb
23, 2012 06:00 Status: Active
CBC/Diff/Platelets NSO by Turner, MD, Margo for Turner, MD, Margo on Thu Feb 23, 2012
06:00 Status: Active
Protime.. NSO by Turner, MD, Margo for Turner, MD, Margo on Thu Feb 23, 2012 06:00 Status:
Active
EKG 12 Lead NSO by Turner, MD, Margo for Turner, MD, Margo on Thu Feb 23, 2012 07:00
Status: Active

## MEDICATION ADMINISTRATION SUMMARY

| Drug Name | Dose Ordered | Route | Status | Time |
|---|---|---|---|---|
| Zofran | 8 mg | IntraVenous Push | Cancelled | 14:53 2/22/2012 |
| *Ondansetron Hydrochloride Novaplus | 4 mg | IntraVenous Push | Held | 16:04 2/22/2012 |
| *Morphine Sulfate | 2 mg | IntraVenous Push | Held | 16:04 2/22/2012 |
| *Sodium Chloride 0.9%, Intravenous | 125 mL/hr | IntraVenous Continuous | Held | 16:04 2/22/2012 |
| *Morphine Sulfate | 4 mg | IntraVenous Push | Given | 15:38 2/22/2012 |
| *Ondansetron Hydrochloride Novaplus | 8 mg | IntraVenous Push | Held | 15:26 2/22/2012 |
| Morphine Sulfate | 4 mg | IntraVenous Push | Given | 13:40 2/22/2012 |

*Additional information available in notes, Detailed record available in Medication Service section.

## MEDICATION SERVICE
*Morphine Sulfate:* Order: Morphine Sulfate : 4 Mg/Ml Solution – Dose: 4 mg :
IntraVenous Push
Ordered by: Steven Fisher, MD
Entered by: Steven Fisher, MD Wed Feb 22, 2012 12:37
Documented as given by: Lynne Stebulis, RN Wed Feb 22, 2012 13:40
Patient, Medication, Dose, Route and Time verified prior to administration.
, Amount given: 4 mg, IV SITE #1 IVP, initial medication, Slowly, Catheter placement confirmed via flush
prior to administration, IV site without signs or symptoms of infiltration during medication
administration, No swelling during administration, No drainage during administration, IV flushed after
administration, Correct patient, time, route, dose and medication confirmed prior to administration,

AMH  0018

**ABINGTON MEMORIAL HOSPITAL
EMERGENCY DEPARTMENT**

Strimber, Abraham
DOB: 11/14/1950 M61
Wt/Ht:
MedRec: 0482935
AcctNum: 1205350964

Patient advised of actions and side–effects prior to administration, Allergies confirmed and medications reviewed prior to administration.

*Morphine Sulfate:* Order: Morphine Sulfate : 4 Mg/Ml Solution – **Dose:** 4 mg :
   IntraVenous Push
   Notes: per verbal order
   Ordered by: Steven Fisher, MD
   Entered by: Perry Benedict, RN Wed Feb 22, 2012 15:31
   Documented as given by: Perry Benedict, RN Wed Feb 22, 2012 15:38
   Patient, Medication, Dose, Route and Time verified prior to administration.
   , Amount given: 4mg, IV SITE #1 IVP, repeat same medication, Slowly, Connections checked prior to administration, Line traced prior to administration, Catheter placement confirmed via flush prior to administration, IV site without signs or symptoms of infiltration during medication administration, No swelling during administration, No drainage during administration, IV flushed after administration, Correct patient, time, route, dose and medication confirmed prior to administration, Patient advised of actions and side–effects prior to administration, Allergies confirmed and medications reviewed prior to administration, Emotional support needed and given.

*Morphine Sulfate:* Order: Morphine Sulfate : 2 Mg/Ml Solution – **Dose:** 2 mg :
   IntraVenous Push
   Schedule: Due: Feb 22, 2012 15:59
   Notes: EVERY 4 HOURS; PRN: PAIN; MORPHINE INJECTABLE
   Ordered by: Margo Turner, MD
   Entered by: Margo Turner, MD Wed Feb 22, 2012 16:04 ,
   Held by: Margo Turner, MD Wed Feb 22, 2012 16:04 Reason: EVERY 4 HOURS; PRN: PAIN; MORPHINE INJECTABLE.

*Ondansetron Hydrochloride Novaplus:* Order: Ondansetron Hydrochloride Novaplus
   (Ondansetron Hydrochloride) : 2 Mg/Ml Solution – **Dose:** 8 mg : IntraVenous Push
   Schedule: Due: Feb 22, 2012 14:49
   Notes: ONCE; ONDANSETRON INJECTABLE; ADMIN: Push over 1 minute.
   Ordered by: Steven Fisher, MD
   Entered by: Steven Fisher, MD Wed Feb 22, 2012 14:53 ,
   Held by: Perry Benedict, RN Wed Feb 22, 2012 15:26 Reason: Patient refused.

*Ondansetron Hydrochloride Novaplus:* Order: Ondansetron Hydrochloride Novaplus
   (Ondansetron Hydrochloride) : 2 Mg/Ml Solution – **Dose:** 4 mg : IntraVenous Push
   Schedule: Due: Feb 22, 2012 15:58
   Notes: Q4H; PRN: NAUSEA/VOMITING; ONDANSETRON INJECTABLE; ADMIN: Push over 1 minute.
   Ordered by: Margo Turner, MD
   Entered by: Margo Turner, MD Wed Feb 22, 2012 16:04 ,
   Held by: Margo Turner, MD Wed Feb 22, 2012 16:04 Reason: Q4H; PRN: NAUSEA/VOMITING; ONDANSETRON INJECTABLE; ADMIN: Push over 1 minute.

*Sodium Chloride 0.9%, Intravenous:* Order: Sodium Chloride 0.9%, Intravenous (Sodium
   Chloride) : Sodium Chloride 0.9% Solution – **Dose:** 125 mL/hr : IntraVenous Continuous
   Schedule: Due: Feb 22, 2012 15:57
   Notes: SODIUM CHLORIDE 0.9% INFUSION; VOLUME: 1000 MILLILITER(S)
   Ordered by: Margo Turner, MD
   Entered by: Margo Turner, MD Wed Feb 22, 2012 16:04 ,
   Held by: Margo Turner, MD Wed Feb 22, 2012 16:04 Reason: SODIUM CHLORIDE 0.9% INFUSION; VOLUME: 1000 MILLILITER(S).

AMH  0019

**ABINGTON MEMORIAL HOSPITAL
EMERGENCY DEPARTMENT**

Strimber, Abraham
DOB: 11/14/1950 M61
Wt/Ht:
MedRec: 0482935
AcctNum: 1205350964

*(CANCELLED) Zofran:* Order: Zofran (Ondansetron Hydrochloride) : 2 Mg/Ml Solution --
Dose: 8 mg : IntraVenous Push
Ordered by: Steven Fisher, MD
Entered by: Steven Fisher, MD Wed Feb 22, 2012 14:42
Cancelled by: Steven Fisher, MD. Wed Feb 22, 2012 14:53
, Cancel reason: CLARIFICATION OF ORDER; ONCE; ONDANSETRON INJECTABLE;
ADMIN: STAT(ETC).

**RESULTS**
*RADIOLOGY:* CT ABD PEL W O CONTRAST Wed Feb 22, 2012 13:35,

HISTORY: Mid upper abdominal and back pain.

TECHNIQUE: Helical axial images were obtained from the domes of the
diaphragm through the pubic symphysis. Neither oral nor intravenous
contrast was administered. Coronal and sagittal reformatted images
were also evaluated.

Comparison: None.

FINDINGS:

The patient is status post median sternotomy. The heart is enlarged.
There is no pericardial effusion.  There is dependent atelectasis at
the lung bases posteriorly.

Evaluation of the abdominal and pelvic organs is limited without
intravenous contrast.

The liver is unremarkable without evidence of solid mass or biliary
ductal dilatation. The gallbladder is unremarkable in appearance.

The spleen is normal in appearance. The pancreas is unremarkable. The
right adrenal gland is unremarkable. There is a subcentimeter
low--attenuation nodule in the left adrenal gland which likely
represents an adenoma.

There are no abnormally enlarged mesenteric, retroperitoneal, pelvic,
or inguinal lymph nodes.

There is a small fat containing left inguinal hernia. The prostate
gland is unremarkable.  The urinary bladder is normal in appearance
without focal mass or wall thickening.

There is no bowel obstruction, bowel wall thickening, or free air. No
free fluid is visualized.  A normal appendix is visualized.

No hydronephrosis or renal calculus is seen. There is a cystic lesion

AMH 0020

# ABINGTON MEMORIAL HOSPITAL
# EMERGENCY DEPARTMENT

Strimber, Abraham
DOB: 11/14/1950 M61
Wt/Ht:
MedRec: 0482935
AcctNum: 1205350964

in the lower pole the left kidney, which is likely a simple cyst,
however is incomplete characterized on this noncontrast examination.
Repeat study with intravenous contrast and be helpful to better
characterize the nature of this lesion.

There is minimal aortoiliac atherosclerosis. There is no aneurysmal
dilatation or evidence of dissection or rupture on this noncontrast
study.

There are mild scoliotic and degenerative changes of the spine. No
destructive bony lesions are visualized.

Impression: Somewhat limited study without intravenous contrast.

Cystic lesion in the left kidney is likely a simple cyst , however it
is incompletely characterized without intravenous contrast.
Ultrasound of the kidneys or CT scan with intravenous contrast would
be helpful to better determine the nature of this lesion.

No abdominal aortic aneurysm. No evidence of dissection on this
noncontrast study.

Cardiomegaly.

Signed by: GOLDMAN, YEDIDA
Signed on: 02/22/2012 13:31:31
. (13:38 SF)

(13:27 SF)

| Measurement | Result | Units | Range |
|---|---|---|---|
| CARDIAC TROPONIN I Wed Feb 22, 2012 12:42 | | | |
| CARDIAC TROPONIN I | <0.10 | ng/ml | |
| | WITHIN REFERENCE | | |
| | INTERVAL | | <0.10 |

(13:27 SF)

| Measurement | Result | Units | Range |
|---|---|---|---|
| COMP METABOLIC PANEL Wed Feb 22, 2012 12:42 | | | |
| GLUCOSE, RANDOM | 141 | MG/DL | 70–110 |
| BLOOD UREA NITROGEN | 14 | MG/DL | 0–23 |
| CREATININE | 1.32 | MG/DL | 0.00–1.25 |
| SODIUM | 141 | MEQ/L | 135–145 |
| POTASSIUM | 3.7 | MEQ/L | 3.5–5.1 |
| CHLORIDE | 105 | MEQ/L | 98–110 |
| CO2 | 23 | MEQ/L | 20–31 |
| ANION GAP | 17 | | 9–18 |

Prepared: Wed Jul 25, 2012 14:39 by JB4 Page: 7 of 12
Portions of this chart may have been transcribed using voice–to–text recognition software and may contain inadvertent recognition errors.

AMH 0021

Strimber, Abraham
DOB: 11/14/1950 M61
Wt/Ht:
MedRec: 0482935
AcctNum: 1205350964

# ABINGTON MEMORIAL HOSPITAL
# EMERGENCY DEPARTMENT

| | | | |
|---|---|---|---|
| AST | 26 | U/L | 5–34 |
| ALT | 18 | U/L | 0–55 |
| ALK PHOSPHATASE | 68 | U/L | 40–150 |
| TOTAL BILIRUBIN | 0.5 | MG/DL | 0.2–1.2 |
| CALCIUM | 8.9 | MG/DL | 8.5–10.7 |
| ALBUMIN | 4.3 | GM/DL | 3.4–4.8 |
| TOTAL PROTEIN | 6.6 | GM/DL | 5.8–7.6 |
| CALC GFR–NON AFRICAN AMERICAN | 55 | mL/min/1.73m2 | >60 |
| GFR AFRICAN AMERICAN | >60 | mL/min/1.73m2 | >60 |
| GFR COMMENT | The GFR estimate is | | |
| | not adjusted for | | |
| | extreme body surface | | |
| | area. Nor has it | | |
| | been | | |
| | validated for | | |
| | children less than | | |
| | 18 years, pregnant | | |
| | women or ethnic | | |
| | groups | | |
| | other than | | |
| | Caucasian and | | |
| | African American. | | |

(13:27 SF)

| Measurement | Result | Units | Range |
|---|---|---|---|
| CK Wed Feb 22, 2012 12:42 | | | |
| CK | 161 | U/L | 30–200 |

(13:27 SF)

| Measurement | Result | Units | Range |
|---|---|---|---|
| AUTO BLD COUNT + DIFF Wed Feb 22, 2012 12:42 | | | |
| WBC | 12.1 | K/UL | 4.0–12.0 |
| RBC | 5.02 | M/UL | 4.60–6.20 |
| HGB | 15.0 | G/DL | 14.0–18.0 |
| HCT | 43.8 | % | 42–52 |
| MCV | 87.4 | FL | 80–94 |
| MCH | 29.9 | PG | 27.0–33.6 |
| MCHC | 34.2 | % | 32.0–36.0 |
| RDW | 12.7 | % | 11.5–15.0 |
| PLT | 192 | K/UL | 140–400 |
| MPV | 8.1 | FL | 7.4–10.4 |
| NEUTROPHILS | 80 | % | |
| LYMPH | 11 | % | |
| MONO | 8 | % | |
| EOS | 1 | % | |
| BASO | 0 | % | |
| ABS NEUTROPHILS | 9.7 | K/UL | 1.8–9.0 |
| ABS LYMPH | 1.3 | K/UL | 1.5–3.2 |
| ABS MONO | 1.0 | K/UL | 0.0–0.9 |
| ABS EOS | 0.1 | K/UL | 0.0–0.5 |
| ABS BASO | 0.0 | K/UL | 0.0–0.2 |
| DIFF TYPE | AUTOMATED | | |

(13:27 SF)

| Measurement | Result | Units | Range |
|---|---|---|---|
| PTT Wed Feb 22, 2012 12:42 | | | |
| APTT | 40 | SEC | 22–35 |
| HEPARIN THERPTC RNG | 66–97 SEC* | | |
| FOOTNOTE | *EQUIVALENT TO | | |
| | 0.3–0.7 UNITS OF | | |
| | HEPARIN PER ML BY | | |
| | FACTOR Xa ASSAY | | |
| | TECHNIQUE. | | |

(13:27 SF)

Prepared: Wed Jul 25, 2012 14:39 by JB4 Page: 8 of 12
Portions of this chart may have been transcribed using voice–to–text recognition software and may contain inadvertent recognition errors.

## ABINGTON MEMORIAL HOSPITAL
## EMERGENCY DEPARTMENT

Strimber, Abraham
DOB: 11/14/1950 M61
Wt/Ht:
MedRec: 0482935
AcctNum: 1205350964

| Measurement | Result | Units | Range |
|---|---|---|---|
| PROTIME Wed Feb 22, 2012 12:42 | | | |
| INTNATL NORM RATIO | 2.8 | | |

### DIAGNOSTICS AND INTERPRETATIONS (17:15 SF)

*DIAGNOSTIC–INTERPRETATION TRANSCRIPTION:* The patient was saturating 97% on room
air which is evidence of adequate
oxygenation and not hypoxia. On the monitor, the patient remained in a first–
degree block. The patient's laboratory values were reviewed by me. Please see
electronic medical record. The patient's creatinine 1.32, INR of 2.8. CT of
the abdomen, pelvis showed no evidence of AAA nor dissection. The patient has
a cystic lesion over the left kidney of uncertain etiology. He also had noted
cardiomegaly.

Dictated by: Steven Fisher.

### EKG INTERPRETATION (12:23 SF)

*12 LEAD EKG INTERPRETATION:* 12 lead EKG interpreted by ED Physician, At: 12:23 PM,
Compared with previous EKG, No previous EKG available, EKG shows **First–degree AV block,**
**normal axis, T–wave inversions in aVL without prior for comparison.**

### NURSING ASSESSMENT: COMPREHENSIVE

*CONSTITUTIONAL:* History obtained from patient, Patient is cooperative, alert and oriented x
3. Patient's skin is warm and dry, **Patient appears in pain distress.** (12:08 LS1)
*SKIN:* Patient denies pain to skin, Skin warm and dry. (12:08 LS1)
*NEURO:* GCS eye opening is 4, verbal response is 5, motor response is 6 Total GCS=15, Pupils
PERRL, Motor strength to all extremities are strong and equal, Patient denies paresthesias, No
facial droop noted, Patient denies headache, nausea, vomiting. Patient's speech is clear and
understandable. (12:08 LS1)
*BACK:* Patient complains of pain to **middle back,** Pain described as **aching,** On a
scale 0–10 patient rates pain as 6, Duration of pain: **this morning.** (15:27 PB4)
*RESPIRATORY/CHEST:* No complaint of pain, Breath sounds clear bilaterally, No acute
respiratory distress, No intercostal retractions, No supraclavicular retractions, Equal chest
expansion, No nasal flaring, No cough, Able to speak in full sentences. (12:08 LS1)
*CARDIOVASCULAR:* Patient denies chest pain, No extremity edema noted, Positive peripheral
pulses bilaterally, **Heart sounds regular.** (12:08 LS1)
*ABDOMEN:* nontender, Positive bowel sounds in all 4 quadrants, Patient denies vomiting,
diarrhea, constipation, flank tenderness. No pulsatile masses noted to abdomen, **Abdominal pain**
**is diffuse, Pain radiates to back, Abdomen is distended.** (12:08 LS1)
Patient denies nausea, Abdominal pain is diffuse, On a scale 0–10 patient rates pain as
4. (15:27 PB4)
nontender, Positive bowel sounds in all 4 quadrants, Patient denies vomiting, diarrhea,
constipation, flank tenderness. No pulsatile masses noted to abdomen, **Abdominal pain is**
**diffuse, Pain radiates to back, Abdomen is distended.** (15:40 LS1)
*GENITOURINARY MALE:* No complaint of pain, No discharge, No urinary complaints. (12:08
LS1)
*FALL RISK:* Total fall risk score is: 0. (12:08 LS1)
*NOTES:* pt states he was walking up the driveway after loading things in the car felt "a rising

AMH  0023

**ABINGTON MEMORIAL HOSPITAL**
**EMERGENCY DEPARTMENT**

Strimber, Abraham
DOB: 11/14/1950 M61
Wt/Ht:
MedRec: 0482935
AcctNum: 1205350964

metallic feeling like someone put a paint can in my stomach and the lid was rising up into my throat".
Wife states pt became pale and clammy. Denies syncope. Pt had 2 episodes of diarrhea and
+nausea. C/o abd distention and pain radiating to back. (12:08 LS1)

**NURSING ASSESSMENT: NURSES NOTE** (13:49 PB4)
*TIME ASSESSED:* inital contact with patient, patient presents lying on right side, on cardiac
monitor, speech clear rr non labored. patient states pain relief with after morphine, patient
describes pain as being ' all over here' (rubbing abdomen) spouse at bedside, call bell with in
reach.

**AA COMMUNICATIONS**
*PROCEDURE:* PHYSICIAN NOTIFICATION, dr singer, responded at: 2;00 pm. (14:00
JM2)
PHYSICIAN NOTIFICATION, ao, responded at: 2:00 pm, reason: admission. (14:09
JM2)

**NURSING PROCEDURE: CARDIAC MONITOR** (12:08 LS1)
*TIME:* Patient placed on cardiac monitor, non–invasive blood pressure monitor, continuous
pulse Oximetry. After procedure, patient tolerating monitoring.

**NURSING PROCEDURE: COMMUNICATIONS**
*PROCEDURE:* Hand–off Communication given at 1600, Hand–off Communication given to amber
3H, Provided opportunity to answer questions. (16:07 LS1)
escort called, they state patient is next to be picked up. (16:59 PB4)

**NURSING PROCEDURE: EKG CHART** (12:09 LS1)
*TIME:* EKG was performed at triage, 12 lead EKG Performed–left chest, After procedure, EKG
for interpretation given to Dr. fisher.

**NURSING PROCEDURE: IV** (12:07 LS1)
*TIME:* in 1 attempt, IV established 20 gauge catheter inserted, into left Forearm, Flushed with 10
mL normal saline, Labs drawn at time of placement, Specimen labeled in the presence of the patient
and sent to lab, No drainage noted at site, No redness, No tenderness, clear occulusive dressing
applied.

**NURSING PROCEDURE: TRANSPORT TO TESTS** (12:52 LS1)
*TIME:* Patient transported to, CT scan, Patient transported via, cart, Patient accompanied by,
nurse.

**MEDICAL DECISION MAKING** (17:15 SF)
*MEDICAL DECISION MAKING TRANSCRIPTION:* Importantly, the patient received multiple
doses of morphine intravenously.
Additionally received some IV fluids. The patient's pain did feel better.
Then, the patient had the advent of vomiting. The exact precipitant of the
patient's pain remained unclear. I was worried based upon his examination that
he could have a AAA. This did not appear to be the case. The patient did not
receive IV contrast as he has a significant allergy to IV dye. Ultimately, the
patient was admitted given our uncertainty as to the patient's pain. He was

Prepared: Wed Jul 25, 2012 14:39 by JB4 Page: 10 of 12
Portions of this chart may have been transcribed using voice–to–text recognition software and may contain inadvertent recognition errors.

## ABINGTON MEMORIAL HOSPITAL
## EMERGENCY DEPARTMENT

Strimber, Abraham
DOB: 11/14/1950 M61
Wt/Ht:
MedRec: 0482935
AcctNum: 1205350964

clearly uncomfortable. The patient's case was discussed at length with the
hospitalist who admitted the patient..

Dictated by: Steven Fisher.

### ATTENDING NOTES (16:07 SF)
*NOTES:* I have reviewed the current medications and all elements of the patient's history
obtained by nursing staff. I have personally seen and examined this patient. I have fully participated
in the care of this patient., Physician dictation number: **246830**.

### DIAGNOSIS (14:09 SF)
*FINAL:* PRIMARY: **Chest pain [NOS]**, ADDITIONAL: **Epigastric pain**.

### DISPOSITION
*PATIENT:* Disposition: A -- OBSERVATION, Placement , Condition: Guarded . (14:09
SF)
   Disposition: . (14:29 JM2)
   Disposition: . (14:29 JM2)
   Disposition: . (15:44 LRM1)
   Disposition: . (16:09 LS1)
   Remove from ER. (17:09 PB4)
*NOTES:* hospitalist --green team-- telc obs. (14:09 SF)

### PRESCRIPTION
   No recorded prescriptions

### IMAGING (12:56 JM2)
*EKG:* Image captured from scanner.

### ADMIN
*DIGITAL SIGNATURE:* Fisher, MD, Steven. (Thu Feb 23, 2012 10:25 SF)
*CHART FAX:* JULIAN JAKOBOVITS 4105800773. (17:09 PB4)
*PATIENT DATA CHANGE:* A08 9000878090803310 by Interface. (11:49)
   Primary Nurse changed from (none) to Lynne Stebulis, RN. (11:49 LS1)
   Extender: Phone 7643. (12:19 LS1)
   Attending changed from (none) to Steven Fisher, MD. (12:25 SF)
   A04 3426565 by Interface, Middle Name: (none), Payment: 309, Zip code: 21208, Language: Z,
      Race: W, Phone number: 410--272--1616, Family Dr: Julian Jakobovits, Triage Transport: AT .
      (12:35)
   Ins Verification: Completed -- BC/KS OBS Eligible. (12:55 ADIN)
   A08 3428273 by Interface, Middle Name: (none), Family DR: Julian Jakobovits . (14:28)
   A08 3428284 by Interface, Middle Name: (none), Family DR: Julian Jakobovits . (14:28)
   A08 3428285 by Interface, Middle Name: (none), Family DR: Julian Jakobovits . (14:28)
   A08 3428293 by Interface, Middle Name: (none), Admitting: Green Dept Of Med, Family DR: Julian
      Jakobovits . (14:29)
   A08 3428295 by Interface, Middle Name: (none), Family DR: Julian Jakobovits . (14:29)
   Extender: Phone 7646. (15:56 PB4)
*BEDBOARD ENTRY:* Request Date/Time: Feb 22, 2012 14:29, Diagnosis: Chest pain [NOS],

AMH 0025

**ABINGTON MEMORIAL HOSPITAL**
**EMERGENCY DEPARTMENT**  :

Strimber, Abraham
DOB: 11/14/1950 M61
Wt/Ht:
MedRec: 0482935
AcctNum: 1205350964

Diagnosis 2: Epigastric pain, Diagnosis 3: (none), IP Area Request: Observation – Telemetry,
Admitting Doctor: Green Dept Of Med, Is this an AO admission?: N/A – not an AO admission.
(14:29 JM2)
Request Date/Time: Feb 22, 2012 14:29, Diagnosis: Chest pain [NOS], Diagnosis 2: Epigastric
pain, Diagnosis 3: (none), IP Area Request: Observation – Telemetry, Admitting Doctor: Green
Dept Of Med, Is this an AO admission?: N/A – not an AO admission. (14:29 JM2)
Request Date/Time: Feb 22, 2012 14:29, IP Area Request: Observation – Telemetry, Admit Area: 3
Highland (X–2310), Admitting Bed: 3H02–1, Bed Ready : Yes. (15:44 LRMI)
Request Date/Time: Feb 22, 2012 14:29, Report Called: Yes, IP Nurse called for report?: Yes,
Report given to?: amber, Opportunity to answer questions?: Yes, Reason for delay after report
given: escort. (16:09 LS1)

Key:
ADIN=Dinkins, AA, Adraia  JM2=Majeski, AA, Jennifer  LRMI=Malone-Kirby, RN, Lisa  LS=Ischinger, RN, Lori
LS1=Stebulis, RN, Lynne  MT3=Turner, MD, Margo  PB4=Benedict, RN, Perry  SF=Fisher, MD, Steven

AMH 0026

# Exhibit B

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

- - -

GARY B. FREEDMAN,       : NO.
ESQUIRE, Administrator: 2:13-CV-3145-CDJ
of the ESTATE OF        :
ABRAHAM STRIMBER,       :
deceased, and           :
BRACHA STRIMBER         :
                        :
          v.            :
                        :
STEVEN FISHER, M.D.,    :
et al.                  :

- - -

February 24, 2014

- - -

Oral deposition of STEVEN
FISHER, M.D., taken pursuant to notice,
was held at Abington Memorial Hospital,
1200 Old York Road, Abington,
Pennsylvania 19001, beginning at 9:14
a.m., on the above date, before Holli
Goldman, a Court Reporter and Notary
Public in and for the Commonwealth of
Pennsylvania.

- - -

MAGNA LEGAL SERVICES
(866) 624-6221
www.MagnaLS.com



Page 42

1  observation unit at 14:09, and I don't
2  readily have what time he left the
3  department.
4       Q.   Okay.  What is the
5  observation unit?
6       A.   Forgive me.  That's
7  something that's usually recorded, when
8  the patient leaves the department.  I'm
9  not sure why it's not on this last page.
10            MR. CAMHI:  He asked you
11       what is the observation unit.
12            THE WITNESS:  The
13       observation unit is an area that
14       is utilized to sequester patients
15       that are admitted to observations
16       so that they follow more of a
17       routine so that their care can be
18       coordinated and expedited.
19  BY MR. AUSSPRUNG:
20       Q.   My question is little more
21  simplistic than that, what I intended.
22            That's an inpatient area?
23       A.   No.  It's technically an
24  outpatient area.

Page 43

1       Q.   Is it part of the emergency
2  department?
3       A.   It is not.
4       Q.   So it's technically an
5  outpatient area where patients are
6  observed pending being placed on a
7  inpatient floor somewhere?
8       A.   It's an area where they
9  receive further care until they may meet
10  criteria, if you will, to be admitted to
11  the hospital.
12       Q.   But it is not an area that
13  is manned or staffed by emergency
14  department personnel?
15       A.   Correct.
16       Q.   Who mans or staffs that
17  area?
18       A.   A physician assistant under
19  the direction of -- well, other primary
20  care physicians as well as hospitalist
21  teams.
22       Q.   Okay.  So your understanding
23  is that the patient went to the -- and I
24  recognize you weren't the attending

Page 44

1  physician anymore once he went to the
2  observation area, correct?
3       A.   Correct.
4       Q.   So once Mr. Strimber gets in
5  the observation area, was it your
6  understanding that Dr. Turner and the
7  physician assistant in the area were
8  providing care?
9       A.   Correct.
10       Q.   All right.  What was
11  Mr. Strimber chief complaint in the
12  emergency department?
13       A.   What he provided to me or --
14       Q.   Yes.
15       A.   Abdominal pain.
16       Q.   Okay.  Why on the very first
17  page of patient data, where it says
18  "Complaint" at the top, does it say,
19  "Complaint: Chest pain"?
20       A.   That would have been
21  generated by the nurse who met him at the
22  triage window, I believe.
23       Q.   So that is a field that is
24  filled in by that triage nurse?

Page 45

1       A.   I hesitate, because it may
2  have been something that was generated by
3  the nurse seated at the window, but then
4  possibly repopulated by the primary
5  nurse.  I'm not sure.
6       Q.   Okay.  That can be -- you
7  say repopulated, meaning that part of the
8  form can be changed by the nurse?
9       A.   No.  I -- I'm not sure.  I'm
10  not sure exactly how that was generated
11  that day.
12       Q.   Okay.  Well, on the very
13  first line, it says, "chest pain"; and
14  then if you go down under "Triage," about
15  five lines down, there's a spot for
16  complaint, and it again says, "chest
17  pain," correct?
18       A.   It does.
19       Q.   And the second place where
20  it says "chest pain," there's a date and
21  time and a nurse's initials, correct?
22       A.   It does.
23       Q.   And who is LS?
24       A.   Lynne Stebulis.



Page 70

1  see if that aneurysm was actually in the
2  thoracic cavity, correct?
3      A.   Correct.  His symptoms --
4  his complaint and symptoms focused upon
5  his abdomen.
6          I'm not going to order a
7  study just because I can.  I have to try
8  to focus my assessment.
9      Q.   Well, you order studies to
10 help you rule out life-threatening
11 potential diagnoses, correct?
12     A.   Correct.
13     Q.   And an aortic dissection is
14 a life-threatening diagnosis, correct?
15     A.   Yes.
16     Q.   And an aortic thoracic
17 aneurysm is a life-threatening diagnosis,
18 correct?
19     A.   Yes.
20     Q.   And you were concerned that
21 there was an aortic aneurysm only in the
22 abdomen, not in the thorax, correct?
23     A.   Correct.
24     Q.   And you didn't feel there

Page 71

1  was any need to look for that aneurysm in
2  the thorax, correct?
3      A.   I focussed upon the abdomen
4  because that's where the patient's both
5  complaint and physical examination led
6  me.
7      Q.   Well, you didn't focus on
8  the abdomen.  You looked exclusively in
9  the abdomen, correct?
10         MR. SHUSTED:  Objection.
11     Argumentative.
12         MR. CAMHI:  Could you repeat
13     the question, please?
14         THE COURT REPORTER:
15     Question:  Well, you didn't focus
16     on the abdomen.  You looked
17     exclusively in the abdomen,
18     correct?
19         MR. CAMHI:  Go ahead, answer
20     that.
21         THE WITNESS:  That's where
22     the focus of the assessment was.
23     I mean, the CAT scan did encompass
24     significant portions of the chest,

Page 72

1  but I thought the patient had an
2  abdominal complaint.
3  BY MR. AUSSPRUNG:
4      Q.   Well, when patients have
5  aortic dissections or aortic aneurysms in
6  their thorax, where are they generally
7  located?  What's the most common
8  location, do you know?
9      A.   Well, it depends on who the
10 patient is, but often times --
11     Q.   A patient with a valve,
12 where would that be located generally?
13     A.   The ascending aorta.
14     Q.   Okay.  Which is the area
15 above the heart, correct?
16     A.   Correct.
17     Q.   You didn't expect there'd be
18 any imagining of the ascending aorta on
19 an abdominal CAT scan, correct?
20     A.   Again, the patient's history
21 and physician examination led me to focus
22 upon the abdomen.
23     Q.   When you made the order --
24 you made the decision and you ordered the

Page 73

1  abdominal CT scan, correct?
2      A.   I did, yes.
3      Q.   Okay.  When you ordered
4  that, did you anticipate that that
5  abdominal CT scan would contain some
6  imaging of the ascending aorta?
7      A.   No.  I was most concerned
8  about the abdominal aorta based upon the
9  patient's history and physical exam.
10     Q.   Okay.  So a little while ago
11 when you told me that an abdominal CT
12 scan contains significant imaging of the
13 thorax, what did you mean by that?
14         MR. CAMHI:  Object to the
15     form of the question, but you can
16     answer that.
17         He didn't say what you said,
18     but he can explain.  Go ahead.
19         THE WITNESS:  The CAT scans
20     that are dedicated to a certain
21     area will often extend beyond
22     those margins above and below.
23  BY MR. AUSSPRUNG:
24     Q.   There's a slice or two into



Page 74

1  the thorax to get the very top of the
2  abdomen, right?
3      A.   I think there's more than a
4  slice or two.
5      Q.   How far up did the study go?
6      A.   I don't know that I can
7  speak to the exact length of the
8  extension above the abdomen.
9      Q.   Did you ever look at the
10  actual CT study in this case?
11      A.   I have, yes.
12      Q.   When did you do that?
13      A.   I guess within the last two
14  weeks, and I likely reviewed the studies
15  in real time.
16      Q.   Okay.  When I asked you what
17  documents and things you reviewed, you
18  didn't tell me you reviewed the CAT scan.
19          MR. CAMHI:  Hold on.  Hold
20  on.  Hold on.
21          Do you have a question you
22      want to ask, because you asked him
23      about documents, and you
24      specifically said papers.

Page 75

1          So if you want to ask him
2      about films as a new question, why
3      don't you do that now.
4  BY MR. AUSSPRUNG:
5      Q.   What films did you review in
6  preparation for today?
7      A.   I reviewed the CAT scan of
8  Mr. Strimber's abdomen.
9      Q.   Any other radiologic studies
10  that you reviewed?
11      A.   No.
12      Q.   Did you review any radiology
13  reports?
14      A.   That which is encompassed in
15  the chart, yes.
16      Q.   Okay.  How far superior did
17  the abdominal CT scan go?
18      A.   It encompassed portions of
19  the heart, ascending aorta --
20      Q.   All right.
21      A.   -- lung basis --
22      Q.   You just said ascending
23  aorta.
24          MR. SHUSTED:  Can you let

Page 76

1  him finish?
2      I'm sorry.
3      MR. CAMHI:  You did
4  interrupt his answer.
5      He asked you a question, and
6  you began to answer.
7      MR. AUSSPRUNG:  All right.
8  Let her ask the question again.
9  Give him whatever time he needs.
10      MR. CAMHI:  You wanted to
11  know what areas did it encompass.
12      MR. AUSSPRUNG:  He said the
13  ascending aorta, which --
14      MR. CAMHI:  I agree, he did
15  say that.  But he also didn't
16  finish, and you interrupted him.
17      You want to ask your
18  question again; what areas did it
19  cover?
20      Just start from the
21  beginning and tell him.
22      MR. AUSSPRUNG:  Can you just
23  ask the doctor the question again,
24  please?

Page 77

1      THE COURT REPORTER:
2  Question:  How far superior did
3  the abdominal CT scan go?
4      THE WITNESS:  It encompassed
5  portions of the heart, ascending
6  aorta, some of the thoracic aorta,
7  the lung basis, the diaphragm, and
8  then extended through the abdomen
9  and pelvis.
10  BY MR. AUSSPRUNG:
11      Q.   Okay.  You just said that
12  the CT scan showed areas of the ascending
13  aorta, correct?
14      A.   I did, in fact, say that,
15  yes.
16      Q.   And that is the area of the
17  aorta superior to the heart, correct?
18      A.   It is.
19      Q.   Did it show any areas of
20  dissection or aneurysm?
21      A.   No.
22      Q.   Do you believe that that CT
23  scan of the abdomen was adequate to
24  evaluate the thoracic aorta?



Page 78

1          A.   It was, again, a study
2     dedicated to the abdomen.  One important
3     caveat, to demonstrate any dissection
4     that may have -- at any location, may
5     have required intravenous contrast, which
6     he could not have.
7          Q.   Okay.  But my question was a
8     different one.
9              Is it your understanding
10    that the abdominal CT scan that you
11    ordered was adequate to evaluate the
12    thoracic aortic?
13         A.   It would not have been.  But
14    again, my focus was on the abdomen,
15    because that's where the patient's
16    history and physical examination led me.
17             I didn't have any intention
18    of having it be an adequate study,
19    because the patient's symptoms were
20    abdominal.
21         Q.   And you weren't, in fact,
22    ordering it to evaluate the thoracic
23    aorta, correct?
24         A.   That's correct.

Page 79

1          Q.   You ordered the CT scan, in
2     part, to evaluate the abdominal aorta
3     correct?
4          A.   Correct.
5          Q.   Was the CT scan that you
6     ordered adequate to evaluate the
7     abdominal aorta?
8          A.   It would have been better
9     with contract.
10         Q.   Well, that wasn't my
11    question, sir.
12             My question was, was it --
13    as an emergency department physician, in
14    ordering that scan and upon getting the
15    report back, was the CT adequate to
16    evaluate the abdominal aorta?
17             MR. SHUSTED:  Objection.
18         Argumentative.
19             MR. AUSSPRUNG:  Let me ask a
20         different question.  I'll rephrase
21         it in a different way, hopefully.
22    BY MR. AUSSPRUNG:
23         Q.   Back in February of 2012,
24    when you got the results of the abdominal

Page 80

1     CT scan, did you feel that that study was
2     adequate to rule out an abdominal aortic
3     aneurysm?
4          A.   To rule out an abdominal
5     aortic aneurysm, yes.
6          Q.   Did you feel it was adequate
7     to rule out a thoracic aortic aneurysm?
8          A.   I wouldn't have had that
9     thought on February 22, 2012, because it
10    was not my attempt to rule out a thoracic
11    aortic aneurysm.
12         Q.   The same question as to a
13    thoracic aortic dissection.
14         A.   The study would have been
15    inadequate to rule out a thoracic aortic
16    dissection.  Primarily -- not primarily,
17    but in part, a dissection would be
18    difficult to find without contrast.
19         Q.   Okay.  So on February 22,
20    2012, did you ever consider ordering any
21    other type of study to evaluate the heart
22    or the thoracic aorta?
23         A.   I didn't.  I focused upon
24    his abdomen, because again, that's where

Page 81

1     the patient's history and physical
2     examination led me.
3          Q.   One of the studies that you
4     can use to look for thoracic aortic
5     aneurysm or dissections is an
6     echocardiogram, correct?
7          A.   Correct.
8          Q.   Did you have the ability to
9     order an echocardiogram in the emergency
10    department on February 22, 2012?
11         A.   Of what variety?
12         Q.   Well, if you had worried
13    that there was something going on in a
14    superior area of the aorta -- I don't
15    know if in the emergency department you
16    can do your own echo, if you have to do a
17    cardiology consult, and that they decide
18    whether or not an echo is warranted.
19             What would be the process
20    that you'd have to go through if you
21    thought that you needed some evaluation
22    for the thoracic aortic aneurysm?
23         A.   Well, again, this is
24    speculative, given the fact that I wasn't



Page 126

1    remember?
2        A.   Not that I remember.
3        Q.   I understand that.
4    Frequently, you do.
5            They call you and find out
6    why the patient's being admitted and
7    things like that, correct?
8        A.   Sure.
9        MR. CAMHI:  You keep saying
10       admitted, but it doesn't apply to
11       this case.
12       MR. AUSSPRUNG:  Oh.
13       MR. CAMHI:  I think he told
14       you earlier that it's actually an
15       outpatient service.
16       I don't know that it matters
17       that much, but I think the term
18       "admitted to the observation unit"
19       doesn't exist.  "Sent to the
20       observation unit" does exist.
21   BY MR. AUSSPRUNG:
22       Q.   Doctor, I'm just not
23   familiar with this whole observation unit
24   thing.  In the hospitals that I'm

Page 127

1    familiar with, patients either got
2    admitted or they went home.
3            And this seems to be some
4    kind of intermediate thing to that; is
5    that correct?
6        A.   It is.
7        Q.   So it's an area where the
8    emergency department care has stopped,
9    and some other attending physician makes
10   a determination or monitors the patient
11   for some period of time, correct?
12       A.   Correct.
13       Q.   Are you only allowed to be
14   in the observation area for some specific
15   period of time; like, you can't be there
16   more than 12 hours or 24 hours or
17   something like that?
18       A.   No.  It's intended to be,
19   you know, up to 24 hours, but that often
20   and unfortunately is not the case.
21       Q.   Depends on bed status in the
22   hospital and those kinds of things?
23       A.   Well, observation primarily
24   is a billing entity imposed on us by

Page 128

1    Medicare, rather than a true patient care
2    entity.
3        Q.   Okay.  I still don't
4    understand what this unit is for.
5            Why would a patient go to
6    the observation area as opposed to being
7    admitted?
8        A.   Because he, upon an
9    InterQual review, did not meet criteria
10   based upon the objective data found to be
11   admitted as an inpatient.
12       Q.   What is InterQual?
13       A.   InterQual is a McKesson
14   product that lays out guidelines that are
15   followed by governmental and
16   nongovernmental pairs -- not all of them,
17   but most of them -- to determine whether
18   or not a patient meets the severity of
19   illness and intensity of service to be
20   admitted to the hospital.
21       Q.   Would it be fair to say that
22   at the end of your emergency department
23   evaluation, you were not comfortable
24   discharging Mr. Strimber to home?

Page 129

1        A.   That is correct.
2        Q.   Okay.  And at the same time,
3    he didn't meet that InterQual criteria
4    for an admission?
5        A.   That is correct.
6        Q.   So the solution to that
7    conundrum is the patient goes to an
8    observation area for some intermediate
9    period of time where another physician
10   can evaluate and reassess?
11       A.   That is correct.
12       Q.   And the physician that was
13   assigned to do that was Dr. Turner?
14       A.   Yes.
15       Q.   And that assignment to
16   Dr. Turner as the physician was made by
17   the hospital?
18       A.   Well, it was -- I don't know
19   that it's a dictum that comes from the
20   hospital, but when the patient did not
21   have a primary physician to admit to,
22   that was, in fact, assigned to the
23   hospitalist service, and Dr. Turner was
24   that attending physician that particular

Page 154

```
 1    migration --
 2        A.   I believe that's an actual
 3    time.
 4        Q.    Okay.  So around 14:09, you
 5    entered into the computer the patient's
 6    final primary diagnosis, correct?
 7            THE WITNESS:  Please forgive
 8    me.
 9            MR. CAMHI:  Do you need to
10    get it?
11            We can go off if you do.
12            THE WITNESS:  No.  I don't
13    need to get it.
14            -  -  -
15            (Whereupon, a discussion was
16    held off the record.)
17            -  -  -
18            MR. AUSSPRUNG:  I'm going to
19    ask a fresh question.
20            MR. CAMHI:  New question.
21            Here we go.
22    BY MR. AUSSPRUNG:
23        Q.    Am I correct that at
24    approximately 14:09, you entered into the
```

Page 155

```
 1    medical record your final primary
 2    diagnosis for the patient in the
 3    emergency department?
 4        A.    Well, I don't consider chest
 5    pain or epigastric pain to be a
 6    diagnosis.
 7        Q.    Who entered the words "chest
 8    pain" there under final primary
 9    diagnosis?
10        A.    I did.
11        Q.    Okay.  Why did you enter
12    chest pain?
13        A.    Well, I think my primary
14    concern at that point was making sure
15    that there was an indication for the
16    patient to get further telemetry.
17        Q.    I thought you told me the
18    patient never complained to you of chest
19    pain.
20        A.    He did not.
21        Q.    But you were aware that the
22    patient had complained to the nurse of
23    chest pain, correct?
24        A.    Well, the primary nurse
```

Page 156

```
 1    taking care of the patient said that the
 2    patient denies chest pain.
 3        Q.    But it's written "chest
 4    pain" in multiple spots on the triage and
 5    nursing assessment, right?
 6        A.    The lack of chest pain is
 7    documented on several more important
 8    spots on the chart.
 9        Q.    So both chest pain and a
10    lack of chest pain are documented in the
11    medical record, correct?
12        A.    Right.  I -- correct.
13        Q.    Why?
14        A.    I can't speculate as to, you
15    know, what someone else heard or was
16    thinking at the triage window.
17        Q.    Was this patient's
18    evaluation partly based upon Abington
19    Memorial Hospital's chest pain protocol?
20        A.    The patient didn't have
21    chest pain.
22        Q.    But the patient got a
23    reflexive EKG, correct?
24        A.    So you're surmising that
```

Page 157

```
 1    EKGs are limited solely to people that
 2    have chest pain.
 3        Q.    Do you all patients with
 4    abdominal pain in Abington Memorial
 5    emergency department get an EKG?
 6        A.    Any patient that's 61 that
 7    has abdominal pain and is sweaty will get
 8    an EKG.
 9        Q.    Is that a standing order
10    that the nurses can do without a
11    physician intervention?
12        A.    Well, it obviously is,
13    because it happened.  It was the first
14    thing that happened.
15        Q.    Well, I know it happened,
16    but that doesn't mean there was an order
17    for it.
18        A.    Right.  But the EKG occurred
19    prior to my interactions with the
20    patient.
21        Q.    Does Abington Memorial
22    Hospital emergency department have
23    standing orders that nurses can follow
24    without getting a physician's approval?
```

Page 162

1      A.   Well, no.  It was, "These
2   and other diagnoses were considered."
3      Q.   Right.  It was, 1,
4   epigastric pain of uncertain etiology; 2,
5   gastrointestinal distress; 3, abdominal
6   aortic aneurysm; 4, renal colic; 5, acute
7   coronary syndrome; and then you say other
8   diagnoses were also considered, correct?
9      A.   Yes.
10      Q.   Okay.  So of the five that
11   you specified, which ones were life
12   threatening?
13      A.   Well, I mean, it's -- the
14   epigastric pain of uncertain etiology
15   could be.  Triple-A is.  And acute
16   coronary syndrome could be.
17      Q.   You did not have either
18   dissection or thoracic aortic aneurysm on
19   your differential diagnosis list,
20   correct?
21      A.   That is correct.
22      Q.   Were these two other
23   diagnoses considered at the time?
24      A.   Had they been considered, I

Page 163

1   would have pursued them.
2      Q.   How would you have pursued
3   them?
4      A.   That's a complicated answer.
5      Q.   Well, is there a specific
6   testing you would have ordered?
7      A.   Well, again, I hesitate to
8   answer hypothetical questions, because my
9   history and physical exam were
10   inconsistent with those that you place on
11   my differential.
12      Q.   Well, your final diagnoses
13   for the patient is listed as chest pain,
14   sir, is it not?
15         MR. CAMHI:  Didn't we cover
16      that area before?
17         MR. AUSSPRUNG:  Right.
18         MR. CAMHI:  And he told you
19      that he didn't have a diagnosis,
20      and we went through this whole
21      long questioning about --
22   BY MR. AUSSPRUNG:
23      Q.   Well, can you explain to me
24   why you wrote "chest pain" as the final

Page 164

1   primary diagnosis if the patient didn't
2   have that?
3      A.   Because I think acute
4   coronary syndrome was still part of that
5   ongoing differential.  I couldn't prove
6   it at that point.  There weren't, you
7   know, obvious EKG changes.  I didn't have
8   a prior for comparison.  The patient
9   didn't have elevated cardiac markers, but
10   needed repetitive enzymes.  And so it
11   would have been inappropriate to give the
12   final diagnosis of acute coronary
13   syndrome, but the diagnosis of chest pain
14   would have allowed me to capture the
15   capacity to have the patient on further
16   telemetry.
17      Q.   Would abdominal pain not
18   have allowed you to do that?
19      A.   It would be less clear.
20      Q.   So you filled in the
21   diagnosis of chest pain to allow the
22   patient to continue to get telemetry?
23      A.   Well, again, I hesitate to
24   call that a diagnosis, but again, I

Page 165

1   couldn't put something like acute
2   coronary syndrome, because we didn't have
3   any objective proof at that point.
4      Q.   Could you put down EKG
5   abnormality?
6      A.   Well, again, I didn't know
7   whether the patient's solitary T-wave
8   inversion was historical or not.  So I
9   think it's possible I could have.
10      Q.   Well, you could have put
11   down something he had as opposed to
12   something he didn't have, correct?
13      A.   I could have.
14      Q.   Was "chest pain," when you
15   wrote final -- well, was "chest pain"
16   selected from a drop-down menu or was
17   that something you typed or dictated into
18   the system?
19      A.   I think I probably would
20   have typed it.
21      Q.   Okay.  So you could have
22   typed anything into that spot, correct?
23      A.   I could have.
24      Q.   Let's talk about the CT scan

Page 186

1      Q.   And you're very concerned
2  that they get the best treatment they
3  can?
4          MR. AUSSPRUNG:  Objection.
5      Relevance.
6      THE WITNESS:  Unequivocally.
7  BY MR. SHUSTED:
8      Q.   Okay.  And you're not really
9  concerned about billing entries whatever;
10 you just want to make sure that they get
11 the best treatment and you don't throw
12 somebody out on the street; is that
13 right?
14     A.   That's, I think, established
15 by our patients' customary evaluations of
16 our service.
17     Q.   And as a matter of fact,
18 you're now the chairman of the department
19 of emergency medicine; is that right?
20     A.   That is correct.
21     Q.   So for this particular
22 patient, Mr. Strimber, you wanted to have
23 him have further workup on a telemetry
24 unit; is that fair?

Page 187

1      A.   Yes.
2      Q.   And the reason why you would
3  do it on a telemetry unit, so there could
4  be continuous type of monitoring of his
5  vital signs; is that correct?
6      A.   We needed more information
7  regarding the patient.
8      Q.   And is that the reason why
9  "chest pain" as the final diagnosis
10 appears on the chart where you wrote it
11 in there?
12     A.   I think that's reasonable to
13 conclude.
14     Q.   Okay.  So let's go back in
15 time to when Mr. Strimber first presented
16 to the emergency department, because I
17 have entries here, some of which deny
18 chest pain, some which say there's chest
19 pain there, and I just want to make sure
20 that we have an understanding as to what
21 that means.
22         So I'm looking at page 1 of
23 12, and Dr. Aussprung questioned you
24 about that and noted that the complaint

Page 188

1  states chest pain in two different
2  locations.
3          Do you see that by the
4  nursing staff?
5      A.   I do.
6      Q.   All right.  Underneath that
7  second place where it says "Complaint:
8  Chest pain," is there an assessment in
9  there?
10     A.   There is.
11     Q.   All right.  Now, is there an
12 assessment of chest pain in there?
13     A.   There is, that the patient
14 specifically denies it.
15     Q.   Is that a quote where it
16 says "Patient denies chest pain"?
17         MR. CAMHI:  You mean, does
18     it exactly say "Patient denies
19     chest pain"?
20 BY MR. SHUSTED:
21     Q.   Are the words, quote,
22 Patient denies chest pain, close quote,
23 in the chart?
24     A.   They are, under the nursing

Page 189

1  assessment.
2      Q.   Okay.  How did that affect
3  your assessment of the patient?
4      A.   Well, it's part of the
5  overall assessment.  However, I place the
6  majority of my practice based upon, you
7  know, what I directly hear from the
8  patient and what I glean from them by
9  their history and physical examination.
10     Q.   Okay.  And on page 1 of 12,
11 your history of present illness is in
12 there; is that right?
13     A.   Yes.
14     Q.   Did you record a history of
15 chest pain?
16     A.   I did not.
17     Q.   Would you have asked the
18 patient if he had chest pain?
19     A.   Yes.
20     Q.   And if that patient had told
21 you he had chest pain, would that have
22 been in your HPI?
23     A.   Yes.
24     Q.   And on page 2 of 12, there's

# Exhibit C

Bracha Strimber

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

- - -

GARY B. FREEDMAN, ESQUIRE   :
Administrator of the ESTATE:
OF ABRAHAM STRIMBER,        :
Deceased and BRACHA         :
STRIMBER                    :
                            :
        v.                  :
                            :
STEVEN FISHER, M.D., et al.:NO. 13-03145

- - -

FEBRUARY 17, 2014

- - -

Oral deposition of BRACHA
STRIMBER, taken pursuant to notice, was
held at the LAW OFFICE OF LEON AUSSPRUNG
M.D., LLC, One Commerce Square, 2005
Market Street, Suite 2300, Philadelphia,
Pennsylvania, commencing at 2:30 p.m., on
the above date, before LISA MARIE
CAPALDO, RPR, a Registered Professional
Reporter and Notary Public in and for the
Commonwealth of Pennsylvania.

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph|917.591.5672 fax
deps@golkow.com

Bracha Strimber

## Page 46

1  twice. I don't know the timespan.
2      Q.   How did he do it the first
3  time?
4      A.   I don't know which came
5  first or second, whether it was the
6  baseball one or the other one where he
7  slipped on the grass and he broke it.
8           He slipped on the grass in
9  front of our house, and I don't remember
10  which was first and which was second. I
11  just know it was the same leg. I'm
12  guessing.
13      Q.   Do you believe for both of
14  those broken bone events he went to
15  Abington's ER?
16      A.   I'm not certain. I believe
17  so, but I'm not certain.
18      Q.   Did you go with him to those
19  ER visits?
20      A.   Of course, yes.
21      Q.   How many other ER visits did
22  he have before February of 2012 at
23  Abington?
24      A.   I don't know.

## Page 47

1      Q.   Do you know if there were
2  any?
3      A.   I don't know.
4      Q.   What did he say, if
5  anything, in the car on the way over to
6  the hospital?
7      A.   He was strangely silent.
8      Q.   Were his eyes open or
9  closed?
10      A.   Open.
11      Q.   Was he talking at all?
12      A.   No.
13      Q.   Any moaning or groaning?
14      A.   No, he was silent, strangely
15  silent.
16      Q.   Had you considered calling
17  an ambulance before you put him in the
18  car?
19      A.   No, an ambulance would take
20  you to the closest hospital.
21      Q.   Did you drive directly to
22  the emergency department at Abington?
23      A.   Yes.
24      Q.   What happened when you got

## Page 48

1  there?
2      A.   We got out of the car and
3  walked in together. Instead of waiting
4  in line to be checked in, he pushed right
5  through the doors and went to the back
6  himself, which he never would have done.
7  That frightened me. I knew something was
8  very wrong.
9      Q.   When you walk in through
10  those doors, there's a desk where people
11  sit behind and ask questions.
12      A.   That's where I went, but he
13  walked through the doors.
14      Q.   When you first walked in,
15  are you saying you went to that desk with
16  the glass wall and spoke to the lady
17  sitting behind the desk and he walked in
18  through the doors?
19      A.   I don't remember if I spoke
20  to anyone. I remember him walking
21  through the doors.
22      Q.   What time did you get there?
23      A.   I don't know.
24      Q.   Did you also walk through

## Page 49

1  those doors at some point?
2      A.   At some point I did, when I
3  was asked to walk through.
4      Q.   Do you remember any of the
5  names of the nurses that cared for him
6  that day?
7      A.   No.
8      Q.   Do you remember the names of
9  any of the doctors that saw him in the
10  emergency department?
11      A.   Yes.
12      Q.   What name do you remember?
13      A.   I remember a Dr. Fisher and
14  I remember an admitting doctor, a Dr.
15  Turner.
16      Q.   Had you ever met Dr. Fisher
17  before?
18      A.   Not to my knowledge.
19      Q.   Do you know if your husband
20  ever met Dr. Fisher before?
21      A.   I don't know.
22      Q.   Are you able to estimate how
23  long it was after you arrived at the
24  emergency room that Dr. Fisher first saw

Bracha Strimber

| Page 50 |
| --- |

1  your husband?
2      A.   No.
3      Q.   Was it more or less than an
4  hour?
5      A.   I don't know.
6      Q.   Were you present when the
7  nurse asked your husband what was
8  bothering him?
9      A.   Yes.
10     Q.   What was his answer?
11     A.   He was very nauseous.  He
12 had terrible back pain.  He kept talking
13 about this metallic taste rising to his
14 mouth, shoulder and neck pain.  His arm
15 was bothering him.  He kept vomiting, all
16 the time.
17     Q.   In the emergency room?
18     A.   Projectile vomiting.
19     Q.   Which arm was bothering him?
20     A.   I don't know.  He had so
21 much back pain, there was no position
22 where he could get comfortable.
23     Q.   Do you know if the back pain
24 was high, mid or low back?

| Page 51 |
| --- |

1      A.   I don't know.
2      Q.   I asked you, what did he
3  tell the nurse when she asked him what
4  was bothering him and you told me that,
5  right?
6      A.   Right.
7      Q.   At some point, were you
8  present when Dr. Fisher asked the same
9  question, what's going on?
10     A.   I was present, but I don't
11 remember Dr. Fisher asking too many
12 questions.  All of the talking was done
13 and all of the decision-making seemed to
14 be done by Dr. Turner.  And Dr. Fisher
15 mostly stood on the side.
16     Q.   Was there ever a moment that
17 your husband was in the emergency
18 department, before he got admitted
19 upstairs, was there ever a moment where
20 you were not with him?
21     A.   Yes.
22     Q.   When?
23     A.   There were a few moments
24 when I went out into the hallway to call

| Page 52 |
| --- |

1  his friends.
2      Q.   How many separate times was
3  that?
4      A.   I don't know the count.
5      Q.   Any other times other than
6  to call friends?
7      A.   I went to the bathroom,
8  nothing prolonged.
9      Q.   Do you know if he was taken
10 to any place for any kind of testing and
11 then returned back to the emergency
12 department?
13     A.   The CAT scan of his abdomen.
14     Q.   How did you learn that he
15 was going to have a CAT scan of the
16 abdomen?
17     A.   I don't remember which
18 physician, but one of them told me they
19 were going to do that.
20     Q.   Did whoever that physician
21 was tell you why they were going to do a
22 CAT scan of the abdomen?
23     A.   Because of his abdominal
24 pain.

| Page 53 |
| --- |

1      Q.   Do you remember a physician
2  touching your husband's abdomen and him
3  complaining about pain from that
4  touching?
5      A.   I'm not certain.
6      Q.   What is your knowledge of
7  your husband being allergic to
8  intervenous dye or contrast?
9      A.   I do know he was allergic to
10 that.
11     Q.   How do you know that?
12     A.   I believe it was when he was
13 at Temple Hospital and he had a procedure
14 done that they discovered that.
15     Q.   Do you remember what his
16 reaction to that was?
17     A.   No.  I wasn't present in the
18 room.
19     Q.   Did you or your husband
20 bring that allergy to someone's
21 attention?
22     A.   Absolutely, every time we
23 went.
24     Q.   Was there a discussion about

14 (Pages 50 to 53)

# Exhibit D

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

– – –

GARY B. FREEDMAN,                : NO.
ESQUIRE, Administrator : 2:13-cv-3145-CDJ
of the ESTATE OF         :
ABRAHAM STRIMBER,        :
deceased                 :
and                      :
BRACHA STRIMBER,         :

            Plaintiffs, :
                         :
v.                       :
                         :
STEVEN FISHER, M.D.,     :
et al.,                  :
                         :
            Defendants. :

– – –

Thursday, September 25, 2014

– – –

        Videotape deposition of
MICHAEL E. CHANSKY, M.D., taken pursuant
to notice, was held at the law offices of
Christie Pabarue and Young, 1880 JFK
Boulevard, 10th Floor, Philadelphia,
Pennsylvania, commencing at 2:00 p.m., on
the above date, before Amy M. Murphy, a
Professional Court Reporter and Notary
Public there being present.

– – –

MAGNA LEGAL SERVICES
(866) 624-6221
www.MagnaLS.com

MAGNA LEGAL SERVICES



Page 50

1  not done with your answer, just say so.
2  It's not my intent to interrupt you and
3  cut you off, so I'm going to try not to.
4  Was the EKG that was
5  performed on Mr. Strimber part of his
6  medical screening examination?
7  A.  Yes.
8  Q.  You don't say that in your
9  expert report, sir.
10  MR. YOUNG:  You mean using
11  those explicit words?
12  BY MR. AUSSPRUNG:
13  Q.  Well, I think you say it to
14  the contrary, don't you?  In your
15  supplemental report, which has been
16  marked already, it's the one-page report,
17  you say, there is no medical screening
18  evaluation for patients with chest pain
19  beyond a thorough history and examination
20  by the emergency room physician.
21  That's your statement,
22  correct?
23  A.  That's the initial step of
24  the medical screening exam, yes.
MAGNA LEGAL SERVICES

Page 51

1  Q.  Well, you say there is no
2  screening evaluations beyond the thorough
3  history and examination.  You don't say
4  after history and examination you do an
5  EKG, do you?
6  A.  No.  The -- well, yes.  The
7  purpose of the history and physical,
8  based on the patient's chief complaint,
9  is for the emergency medicine provider to
10  decide if additional evaluation needs to
11  be done to rule out an emergency medical
12  condition.  This policy that --
13  Exhibit-9, that purpose is that any
14  patient with signs and symptoms that
15  could be suggestive of ischemic disease
16  have a EKG that's looked at by the
17  emergency physician.  And the EKG was
18  done and looked at by Dr. Fisher and
19  certainly played a role in his screening
20  evaluation.
21  Q.  So you believe that this
22  policy on myocardial infarction applied
23  up until the completion and
24  interpretation of the EKG?
MAGNA LEGAL SERVICES

Page 52

1  A.  Yes.
2  Q.  Okay.  Well, right in the
3  first line of the purpose of this policy
4  it says, to provide guidelines for the
5  identification, evaluation, and
6  management of patients who present with
7  chest discomfort or symptoms suggestive
8  of ischemic coronary artery disease.  Is
9  that how Mr. Strimber presented?
10  A.  Mr. Strimber had epigastric
11  pain, which is a other symptom suggestive
12  of cardiac ischemia.  So it was a
13  reasonable step to do an EKG and have it
14  screened by Dr. Fisher.
15  Q.  And do you -- I take it you
16  disagree that patients who present with
17  symptoms suggestive of ischemic coronary
18  artery disease also required a chest
19  x-ray?
20  MR. CAMHI:  Can I hear the
21  question again?
22  BY MR. AUSSPRUNG:
23  Q.  Doctor, I take it that you
24  do not believe that patients presenting
MAGNA LEGAL SERVICES

Page 53

1  to the emergency department with symptoms
2  suggestive of ischemic coronary artery
3  disease require a chest x-ray or other
4  thoracic imaging?
5  A.  Not all of them, no.  It
6  depends on the history, physical, past
7  history, medications, EKG, all the data
8  that you acquire in doing your
9  evaluation.
10            - - -
11  (Whereupon, Exhibit-10 was
12  marked for identification.)
13            - - -
14  BY MR. AUSSPRUNG:
15  Q.  Okay, Doctor.  I'm going to
16  mark as Exhibit-10 another policy of
17  Abington Memorial Hospital that you
18  didn't specifically mention.  This is
19  Exhibit-10.  This is the policy on triage
20  classification symptoms.
21  Did you review this policy
22  in preparation of your expert opinions in
23  this case?
24  A.  Not specifically, but I'm
MAGNA LEGAL SERVICES

**MAGNA** ›
LEGAL SERVICES

Page 82

1  no. The information of -- new
2  information and -- obviously, this
3  is a strong hypothetical, because
4  the triage nurse, Dr. Fisher,
5  Dr. Turner, Mrs. Strimber,
6  Mr. Strimber never complained of
7  chest pain. So it's a complete
8  hypothetical.
9       Had Mr. Strimber complained
10  of chest pain, hypothetically, to
11  the providers, then a further
12  history pertinent to the chest
13  pain would have been elucidated,
14  what were you doing when it came
15  on, what's it associated with,
16  does it radiate, what makes it
17  better, what makes it worse.
18       And then based on those
19  questions, a chest x-ray may be
20  part of the medical screening exam
21  and it may not, but it is
22  certainly not required.
23  BY MR. AUSSPRUNG:
24       Q.   And one of the reasons that

MAGNA LEGAL SERVICES

Page 83

1  you gave me to say that a chest x-ray is
2  not required as part of the medical
3  screening exam was that Abington Memorial
4  Hospital has no policy or protocol
5  applicable to patients presenting with
6  Mr. Strimber's symptoms?
7       MR. YOUNG:  Objection to the
8  form.  I don't think that's what
9  he said.
10  BY MR. AUSSPRUNG:
11       Q.   Let me ask it a different
12  way.  Let me cure the objection.
13       Do we agree that Abington
14  Memorial Hospital had no written policy
15  or procedure concerning the medical
16  screening examinations for patients
17  presenting with chest pain?
18       A.   Yes.
19       Q.   Do we agree, same question,
20  for patients presenting with abdominal
21  pain?
22       A.   I've not looked through all
23  of their policies and procedures.  I
24  don't know if they have a policy

MAGNA LEGAL SERVICES

Page 84

1  regarding abdominal pain, but I know
2  there was none for chest pain.
3       Q.   You haven't seen a policy
4  for abdominal pain, correct?
5       A.   I have not.
6       Q.   Under EMTALA, when a
7  hospital does not have a written policy
8  or procedure concerning a medical
9  screening exam for a particular category
10  of patients, how is it determined if an
11  appropriate medical screening examination
12  occurred?
13       A.   It is determined that if a
14  qualified provider evaluates the patient,
15  which, as we said before in this case,
16  was met by an emergency physician, and
17  performs a history and physical with the
18  intent to stabilize the patient and rule
19  out an emergency medical condition.
20       Q.   So, Doctor, do you -- are
21  you of the opinion that Mr. Strimber does
22  not have to receive a uniform medical
23  screening exam based upon other patients
24  who presented to the emergency department

MAGNA LEGAL SERVICES

Page 85

1  at Abington Memorial Hospital with
2  similar symptoms?
3       MR. YOUNG:  Could you say
4  that again?  I just missed it.
5       - - -
6       (Whereupon, the pertinent
7  portion of the record was read.)
8       - - -
9       MR. YOUNG:  Objection to the
10  form of the question.  I just
11  don't think it's clear as you've
12  posed it.  But you can respond to
13  it, if you understand.
14       THE WITNESS:  I am of the
15  opinion -- I am of the opinion
16  that -- let me make sure I'm
17  answering this question right.
18       I'm of the opinion that
19  Mr. Strimber's medical screening
20  evaluation is tailored to him in
21  that you can look at 200 or 300
22  other patients, and every one of
23  those other patients has an
24  independent history and physical

MAGNA LEGAL SERVICES


MAGNA
LEGAL SERVICES

Page 86

```
1    that determines the medical
2    screening exam, because every
3    patient, as I state on page 11 of
4    my report, has different symptoms
5    associated with their chief
6    complaint, different past
7    histories, different review of
8    symptoms, they're on different
9    medications, they have different
10   allergies, they have different
11   surgical histories, they have
12   different social histories, and
13   they have different physical
14   exams.
15        So every individual, based
16   on their history and physical,
17   will -- requires a unique
18   consideration for their medical
19   screening and what further testing
20   may be required for an emergency
21   medical condition.
22   BY MR. AUSSPRUNG:
23       Q.   So is it your opinion and
24   testimony that every patient presenting
```

Page 87

```
1    to the emergency department gets a unique
2    medical screening evaluation --
3    examination?
4        A.   Yes.
5        Q.   So you disagree that EMTALA
6    requires hospital to provide uniform
7    screening to all patients who present
8    with substantially similar complaints?
9        A.   No.  I don't disagree with
10   that, because uniform screening, by my
11   definition, is a history and physical by
12   a competent clinical provider like an
13   emergency physician.  And an emergency
14   physician, there are patients with
15   abdominal pain that may decide they need
16   Maalox and can go home, and there's
17   abdominal pain that may require immediate
18   CAT scan of the abdomen with contrast,
19   and both had similar complaints and age.
20   But, you know, one emergency physician,
21   their medical screening evaluation
22   reached a conclusion that Maalox was
23   fine, and another emergency physician
24   reached the conclusion that an imaging
```

Page 88

```
1    test needed to be done to rule out.
2        So you have the same
3    screening, which is a history and
4    physical by a good provider, but perhaps
5    different workups and approaches based on
6    their independent evaluations.
7        Q.   I think we established
8    earlier that every patient that comes to
9    the emergency department gets a history
10   and physical examination, correct?
11       A.   Yes.
12       Q.   That is the medical
13   screening examination for every patient?
14       A.   Yes.
15       Q.   And that is a uniform
16   screening for every patient no matter
17   what their complaint is, correct?
18       A.   Yes.  But the patient who
19   twists his ankle versus the patient who
20   has the worst headache of their life is
21   going to have a very different initial
22   history and physical with very different
23   priorities.  So when -- it's impossible
24   to say similar-situated patients and
```

Page 89

```
1    medical screen them exactly the same,
2    because no two patients in the emergency
3    department are alike.
4        Q.   Well, doesn't that statement
5    that you just made contradict the very
6    foundation of EMTALA, which is that
7    substantially similar patients must be --
8    receive a substantially similar medical
9    screening examination which includes
10   ancillary testing?
11       MR. YOUNG:  I'm going to
12   object to the form of the
13   question.  I think what you've
14   just done is argued with the
15   doctor as opposed to asking him a
16   question.  And I also think you've
17   inserted into the question your
18   interpretation of what the
19   screening examination must be.  I
20   think he's already told you what
21   he thinks about that.
22       MR. AUSSPRUNG:  Actually, it
23   was Judge Ditter's interpretation.
24   It's from his order.  So it's not
```

# Exhibit E

| ![Abington logo] *Abington* Memorial Hospital | **Department Manual:** EMERGENCY TRAUMA CENTER | **Policy Number:** ETC |
|---|---|---|
| **Title:** Myocardial Infarction – Primary Percutaneous Coronary Intervention for Acute ST Segment Elevation/New Left Bundle Branch Block Myocardial Infarction | **Category:** **Patient Care** | **Original Date:** 2/98 |
| **Policy Owner: ETC Director** | **Keywords: MI and PCI** | **Last Review Date:** 5/07 |
| **Referenced With:** [Type Here] | **Review Cycle:** Annual | **Last Revision Date:** 5/09 |

I. **PURPOSE:** To provide guidelines for the identification, evaluation, and management of patients who present with chest discomfort or symptoms suggestive of ischemic coronary artery disease (CAD) and are found to have acute ST segment elevation or new left bundle branch block (LBBB) consistent with acute myocardial infarction (AMI).

II. **PROCEDURE:**
  A. All patients presenting to the Emergency Trauma Center with chest pain or other symptoms suggestive of acute cardiac ischemia will undergo a prompt evaluation.  This evaluation will include the following:

1. A twelve lead electrocardiogram (ECG) will be performed as soon as possible after arrival

2. The nurse or clinical associate who performs the test will present the ECG directly to the responsible emergency physician for interpretation

3. If the emergency physician interprets the ECG as demonstrating an acute ST elevation/new LBBB myocardial infarction, he/she will notify the Interventional Cardiologist (IC) immediately

4. The ETC physician will perform a targeted history and physical to determine:
   - if an AMI is likely
   - if the patient has any contra-indications to PCI
   - whether the patient has a current cardiologist

5. After this evaluation, the ETC physician will then activate a Percutaneous Coronary Intervention (PCI) Alert and notify the patient's primary nurse immediately

6. If the ETC physician is uncertain if the patient is a candidate for PCI, he/she will discuss the management with the IC prior to activating a PCI Alert

  B. Activation of PCI Alert

1. The ETC physician will notify the primary ETC nurse and the ETC Administrative Associate (AA)

2. The ETC AA will contact the IC as follows:
   - Abington Medical Specialists – Cardiology (AMS Cardiology)
     - 8:00 am – 5:00 pm (M - F except holidays) contact the office at x4075

- All other times and when there is no response at x4075, call the IC on call by contacting the AMS Cardiology answering service.
- Pennsylvania Heart and Vascular (PHV)
  - 8:00 am – 5:00 pm (M - F except holidays) and weekday nights, page Dr. Frechie.  If no rapid response, AMS Cardiology should be contacted as above.

3. The ETC AA will activate a PCI Alert.
   - During normal catheterization laboratory working hours (M – F except holidays, 7:00 am – 5:00 pm) the AA will call 2437 to activate a PCI Alert
   - All other times, the AA will contact the hospital operator at 777 to activate a PCI Alert

4. The hospital operator will contact the members of the PCI Alert team after hours
   - Calls will be placed to:
     - Catheterization laboratory on-call team
     - CCU nurse manager (x2140)
     - Hospital Nursing Coordinator (x7103)
     - Bed Coordinator (x7980)
   - If no response by the catheterization team, the operator will contact the catheterization laboratory to determine if the team is already present

C. Roles/Responsibilities

1. Interventional Cardiologist
   - Will immediately respond to ETC to discuss patient with ETC physician
   - During off hours, if the IC is aware that the catheterization team is in the hospital, he should inform the catheterization laboratory to prepare
   - Facilitate rapid movement of the patient to the catheterization laboratory

2. ETC Physician
   - Interpret all ECG's as soon as possible after patient arrival
   - Perform rapid assessment to determine if Primary PCI is indicated
   - Initiate PCI Alert as above
   - Initiate medical management/stabilization of patient
   - Document interventions in the clinical record

3. ETC Primary Nurse
   - Ensure that ECG is performed and presented to the ETC physician as soon as possible after patient arrival
   - Activate PCI Alert packet
     - PCI Alert Tool
     - Consent Form
     - R2 pads
   - Initiate medical management/stabilization in a timely manner.  This may include:
     - Administration of aspirin
     - Administration of beta-blocker
     - Administration of heparin
   - Prepare the patient for transfer to the catheterization laboratory with assistance from a secondary ETC nurse and/or CCU nurse:
     - Apply R2 pads if available
     - Bifurcate intravenous lines

- Prepare inguinal area for procedure with use of clippers
- Place patient on transport monitor
- Document times of each communication point on the PCI Alert Tool which will be used for performance assessment purposes only and not part of the permanent record
- Complete documentation of all interventions on the clinical record
- Assist catheterization team in the laboratory with patient preparation and treatment

4. CCU Nurse
   - Respond immediately to PCI Alert with appropriate equipment
   - Assist ETC nurse in stabilization and transport of patient to the catheterization laboratory
   - Assist catheterization team in the laboratory with patient preparation and treatment

5. Catheterization Laboratory Team
   - Immediately prepare room during weekday working hours
   - Repond to PCI Alert immediately and report to catheterization laboratory as soon as possible during on-call hours
   - Contact ETC Primary nurse when first catheterization team member arrives to facilitate patient movement to the laboratory

6. Nursing Coordinator
   - Respond to PCI Alert immediately
   - Open catheterization laboratory and prepare room for incoming cathetherization team members during on-call hours
   - Assist catheterization team, ETC nurse, and CCU nurse in the care of the patient until the full catheterization team arrives

7. Hospital Operator
   - Immediately call PCI Alert as above
   - Contact the ETC AA to inform them that the catheterization laboratory on-call team, nursing coordinator, and CCU have been notified

8. ETC AA
   - Assist ETC physician with the initiation of the PCI Alert and contacting the IC
   - Inform ETC physician and primary nurse that the team has responded
   - Direct the IC to the ETC physician
   - Document times of all calls/pages and response times in ED Pulsecheck and communicate this information to the primary nurse for documentation on the PCI Alert Tool
   - Confirm bed assignment with the bed coordinator/nursing supervisor
   - Contact appropriate resident

9. Bed Coordinator
   - Assign an intensive care unit bed for the patient as soon as possible
   - Communicate this bed assignment to the ETC AA and the catheterization team

PP099.02
Written 2/98

Reviewed March 1999, February 2000

Revised March 2002

Myocardial Infarction.04

Revised 4/04, 11/04

Revised 5/07

Revised 5/09

# Exhibit F

| **Abington** Memorial Hospital | **Department Manual:**<br>**EMERGENCY TRAUMA CENTER** | **Policy Number:**<br>ETC 3-68 |
|---|---|---|
| **Title: PROTOCOL ORDERS** | **Category:**<br>**Patient Care** | **Original Date:**<br>4/85 |
| **Policy Owner: ETC Director** | **Keywords:** [Type Here] | **Last Review Date:**<br>6/04 |
| **Referenced With:** [Type Here] | **Review Cycle:**<br>Annual | **Last Revision Date:**<br>6/09 |

I. **PURPOSE:**   To ensure safe, timely care to patients in the Emergency Trauma Center by implementing clinically indicated diagnostic studies based upon patient's presentation.

II. **POLICY:**

    A.    The ETC Professional staff may initiate specific diagnostic studies utilizing protocol orders.  The protocol orders will be clearly defined and available as protocol order sets in the ED PulseCheck system.

III. **PROCEDURE:**

    A.  The ETC professional staff will receive an orientation to the approved protocol ordering process.

    B.  Protocol orders will be initiated when there are two or more charts in the physician's line-up or upon physician request.

    C.  Approved protocol orders are as follows:

        1.  Chest pain
        2.  Abdominal pain
        3.  Neurological complaints
        4.  Distal extremity injury
        5.  Pregnancy/vaginal bleeding

PP618.00

April 1985

Reviewed April 1986, Reviewed May 1987

Revised February 1988

Reviewed February 1989, Reviewed May 1991, Reviewed June 1993

Revised January 1994, Revised May 1994

Reviewed 8/95, 3/96, 5/97

Revised April 1999

Reviewed 2/00

Revised 2002

Protocol Orders.04

Revised 9/03, 6/04, 4/09, 6/09