# EXHIBIT A



March 28, 2014

James A. Young, Esq.
Christie Pabarue & Young
1880 John F. Kennedy Boulevard, 10th Floor
Philadelphia, PA 19103

Re: *Gary B. Freedman, Esq. and Bracha Strimber v. Steven Fisher, M.D., et al*

Date: 03/18/2014
Deponent: Margo Turner, M.D.
Job #: 144594

Dear James Young,

    The witness did not waive the right to read and sign his/her deposition in the above referenced matter. Enclosed is the copy of the deposition you ordered, together with an errata sheet and additional signature page. Please instruct the deponent to read the transcript, list any corrections (including page and line number) on the errata sheet, sign and date the errata sheet, and also sign the signature page.

    You will have 30 days from receipt of this letter to complete the enclosed documents. Once completed, please return the completed errata documents to the deposing attorney listed on the Appearance Page of the transcript.

    Should you have any questions, please do not hesitate to contact Customer Service at CustomerService@MagnaLS.com or 866-624-6221.

Sincerely,

Magna Customer Service Department

cc: Chilton G. Goebel, III, Esq.
Leon Aussprung, Esq.
Donald N Camhi, Esq