# EXHIBIT B

Page 134

```
 1                    CERTIFICATE
 2
 3
 4           I HEREBY CERTIFY that the
   witness was duly sworn by me and that the
 5 deposition is a true record of the
   testimony given by the witness.
 6
             It was requested before
 7 completion of the deposition that the
   witness, MARGO E. TURNER, M.D., have the
 8 opportunity to read and sign the
   deposition transcript.
 9
10         _____
11         Amy M. Murphy, a
           Professional Court Reporter and
12         Notary Public
           Dated:  March 26, 2014
13
14
15
16
17           (The foregoing certification
18 of this transcript does not apply to any
19 reproduction of the same by any means,
20 unless under the direct control and/or
21 supervision of the certifying reporter.)
22
23
24
```

