# EXHIBIT E

## CHRISTIE PABARUE AND YOUNG

A PROFESSIONAL CORPORATION
1880 JOHN F. KENNEDY BOULEVARD
10TH FLOOR
PHILADELPHIA, PA 19103
TEL: 215.587.1600 ▸ FAX: 215.587.1699 ▸ WWW.CPMY.COM

HEATHER TERESHKO
215.587.1616
HTERESHKO@CPMY.COM

October 6, 2014

**Via email**
Leon Aussprung, M.D., Esq.
James E. Hockenberry, Esq.
Law Office of Leon Aussprung, MD, LLC
One Commerce Square
2005 Market Street, Suite 2300
Philadelphia, PA 19103

Re:   **Estate of Abraham Strimber v. AMH, et al**
      **Our File No.: 850-103**

Dear Counsel:

Enclosed please find the Errata sheet and Acknowledgement of Deponent page for Margo Turner, M.D.

If you have any questions concerning this letter, please contact me directly.

Very truly yours,

*Heather Tereshko*
HEATHER TERESHKO

HAT/al
Enclosure
cc:   (via email)
      John P. Shusted, Esquire
      Donald N. Camhi, Esquire
      James A. Young, Esquire

1                                   - - - - -
                                    ERRATA
                                    - - - - -

2

3        PAGE          LINE          CHANGE

4        <u>39</u>     <u>13</u>     <u>"Triage nurse" to "registration clerk"</u>

5        <u>53</u>     <u>18</u>     <u>"Triage nurse" to "registration clerk"</u>

6        <u>54</u>     <u>12</u>     <u>"Triage nurse" to "registration clerk"</u>

7        <u>54</u>     <u>23</u>     <u>"Triage nurse" to "registration clerk"</u>

8        <u>67</u>     <u>2</u>      <u>"Triage nurse" to "registration clerk"</u>

9        <u>81</u>     <u>13</u>     <u>"triage information" to "chief complaint"</u>

10       ___           ___           _____

11       ___           ___           _____

12       ___           ___           _____

13       ___           ___           _____

14       ___           ___           _____

15       ___           ___           _____

16       ___           ___           _____

17       ___           ___           _____

18       ___           ___           _____

19       ___           ___           _____

20       ___           ___           _____

21       ___           ___           _____

22       ___           ___           _____

23       ___           ___           _____

24       ___           ___           _____

**MAGNA**

LEGAL SERVICES

1        ACKNOWLEDGMENT OF DEPONENT

2

3        I, __MARGO E. TURNER__, DO

4    HEREBY CERTIFY THAT I HAVE READ THE

5    FOREGOING PAGES, 1 - 134, AND THAT THE

6    SAME IS A CORRECT TRANSCRIPTION OF THE

7    ANSWERS GIVEN BY ME TO THE QUESTIONS

8    THEREIN PROPOUNDED, EXCEPT FOR THE

9    CORRECTIONS OR CHANGES IN FORM OR

10   SUBSTANCE, IF ANY, NOTED IN THE ATTACHED

11   ERRATA SHEET.

12   _____Margo E. Turner, M.D._____        __10/2/14__
13   MARGO E. TURNER, M.D.                    DATE

14
15
16
17   Subscribed and sworn
18   to before me this
19   __2nd__ day of __October__, 20__14__.
20
21   My commission expires: __April 19, 2017__
22
23   __Kim M. Lewis__
24   Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
KIM M. LEWIS, Notary Public
City of Philadelphia, Phila. County
My Commission Expires April 19, 2017

**MAGNA**

LEGAL SERVICES