# EXHIBIT F

# CHRISTIE PABARUE AND YOUNG

HEATHER TERESHKO
215.587.1616
HTERESHKO@CPMY.COM

A PROFESSIONAL CORPORATION
1880 JOHN F. KENNEDY BOULEVARD
10TH FLOOR
PHILADELPHIA, PA 19103
TEL: 215.587.1600 ▸ FAX: 215.587.1699 ▸ WWW.CPMY.COM

October 10, 2014

**Via email**
Leon Aussprung, M.D., Esq.
James E. Hockenberry, Esq.
Law Office of Leon Aussprung, MD, LLC
One Commerce Square
2005 Market Street, Suite 2300
Philadelphia, PA 19103

Re:  **Estate of Abraham Strimber v. AMH, et al**
     **Our File No.: 850-103**

Dear Counsel:

Enclosed is Dr. Turner's revised Errata sheet to her March 18, 2014 deposition in the above matter. The changes are the same as those previously communicated and the only new information contained in the Errata sheet is the reason for the changes, which I understand Jim Young explained to you yesterday. It is also my understanding that Jim informed you that we would arrange to reconvene Dr. Turner's deposition limited, of course, to these changes, which also you declined.  Further, it is my understanding that Jim informed you that we did not intend to use the Errata Sheet as part of our argument on the current Motion for Summary Judgment.

Very truly yours,

*Heather Tereshko*

HEATHER TERESHKO

HAT/al
Enclosure
cc:   (via email)
      John P. Shusted, Esquire
      Donald N. Camhi, Esquire
      James A. Young, Esquire

1                                - - - - -
                                 ERRATA
                                 - - - - -

2

| 3 | PAGE | LINE | CHANGE | REASON FOR CHANGE |
|---|------|------|--------|-------------------|
| 4 | <u>39</u> | <u>13</u> | "Triage nurse" to "registration clerk" | <u>I mistakenly assumed that the triage nurse (Lori Ischinger, R.N.) registered the patient and entered the chief complaint of chest pain in the system. After reviewing Nurse Lori Ischinger's testimony and re-reviewing the Abington E.D. chart, I realized that I misspoke during my deposition.</u> |
| 5 | <u>53</u> | <u>18</u> | "Triage nurse" to "registration clerk" | <u>I mistakenly assumed that the triage nurse (Lori Ischinger, R.N.) registered the patient and entered the chief complaint of chest pain in the system. After reviewing Nurse Lori Ischinger's testimony and re-reviewing the Abington E.D. chart, I realized that I misspoke during my deposition.</u> |
| 6 | <u>54</u> | <u>12</u> | "Triage nurse" to "registration clerk" | <u>I mistakenly assumed that the triage nurse (Lori Ischinger, R.N.) registered the patient and entered the chief complaint of chest pain in the system. After reviewing Nurse Lori Ischinger's testimony and re-reviewing the Abington E.D. chart, I realized that I misspoke during my deposition.</u> |
| 7 | <u>54</u> | <u>23</u> | "Triage nurse" to "registration clerk" | <u>I mistakenly assumed that the triage nurse (Lori Ischinger, R.N.) registered the patient and entered the chief complaint of chest pain in the system. After reviewing Nurse Lori Ischinger's testimony and re-reviewing the Abington E.D. chart, I realized that I misspoke during my deposition.</u> |



**MAGNA**

LEGAL SERVICES

| 8 | <u>67</u> | <u>2</u> | <u>"Triage nurse" to "registration clerk"</u> | <u>I mistakenly assumed that the triage nurse (Lori Ischinger, R.N.) registered the patient and entered the chief complaint of chest pain in the system.  After reviewing Nurse Lori Ischinger's testimony and re-reviewing the Abington E.D. chart, I realized that I misspoke during my deposition.</u> |
| 9 | <u>81</u> | <u>13</u> | "triage information" to "chief complaint" | <u>After re-reviewing the Abington E.D. chart, I noted that the patient denied chest pain to the triage nurse, and that the chief complaint of chest pain was recorded by the registration clerk so I misspoke during my deposition.</u> |

1               ACKNOWLEDGMENT OF DEPONENT

2

3        I, <u>Margo E. Turner, M.D.,</u> DO

4     HEREBY CERTIFY THAT I HAVE READ THE

5     FOREGOING PAGES, 1 - 134, AND THAT THE

6     SAME IS A CORRECT TRANSCRIPTION OF THE

7     ANSWERS GIVEN BY ME TO THE QUESTIONS

8     THEREIN PROPOUNDED, EXCEPT FOR THE

9     CORRECTIONS OR CHANGES IN FORM OR

10    SUBSTANCE, IF ANY, NOTED IN THE ATTACHED

11    ERRATA SHEET.

12

13    MARGO E. TURNER, M.D.           DATE

14

15

16

17  Subscribed and sworn

18  to before me this,

19  _____ day of _____, 20 14 .

20

21  My commission expires: _April 19, 2017_

22

23  _____

24  Notary Public

**MAGNA**

LEGAL SERVICES