IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GARY FREEDMAN, et al. : CIVIL ACTION
    Plaintiffs :
 :
v. :
 :
STEVEN FISHER, M.D., et al. : No. 13-3145
    Defendants :

**O R D E R**

**AND NOW**, this 28th day of October, 2014, upon consideration of Plaintiffs' Motion to Strike Errata Sheet Dated 10/2/2014 of Defendant Margot Turner, M.D. (Doc. No. 82), and Defendants' response (Doc. No. 85), **I HEREBY ORDER** that Plaintiffs' motion is **GRANTED**. The 10/2/2014 Errata Sheet and 10/10/2014 Revised Errata Sheet are **STRICKEN.** Defendant Margo Turner, M.D., and/or her counsel shall make no reference to the 10/2/2014 Errata Sheet or 10/10/2014 Revised Errata Sheet at the time of trial.

                                        /s J. William Ditter, Jr.
                                        **J. WILLIAM DITTER, JR., J.**