IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GARY FREEDMAN, et al. : CIVIL ACTION
    Plaintiffs :
:
v. :
:
STEVEN FISHER, M.D., et al. : No. 13-3145
    Defendants :

**O R D E R**

**AND NOW**, this 2nd day of February, 2015, in accordance with the foregoing Memorandum, I reach the following conclusions:

1. Upon consideration of Plaintiffs' Motion for Partial Summary Judgment Pursuant to Fed.R.Civ.P. 56 (Doc. No. 78), Defendant Abington Memorial Hospital's response (Doc. No. 84), and Plaintiffs' reply (Doc. No. 86), **I HEREBY ORDER** that Plaintiff's motion is **DENIED**.

2. Upon consideration of Defendant Abington Memorial Hospital's Motion for Partial Summary Judgment Requesting Judgment on Plaintiffs' EMTALA Claim Asserted in the Amended Complaint (Doc. No. 77), Plaintiffs' response (Doc. No. 83), and Defendant Abington Memorial Hospital's reply (Doc. No. 87), **I HEREBY ORDER** that Defendant Abington Memorial Hospital's motion for partial summary judgment is **DENIED IN PART** and **GRANTED IN PART**. Defendant Abington Memorial Hospital's motion for partial summary judgment based upon the statute of limitations and the failure to screen is **DENIED**. Defendant Abington Memorial Hospital's motion based upon the failure to stabilize is **GRANTED**.

        BY THE COURT:


        /s J. William Ditter, Jr.
        **J. WILLIAM DITTER, JR., J.**