IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FREEDMAN, et al | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 13-3145 |
| | : | |
| FISHER, et al | : | |

### ORDER

AND NOW, this 11th day of June 2015, following a June 10, 2015 teleconference with counsel and upon consideration of the parties' joint representation agreeing to resolve any remaining claims in a final and binding arbitration to be completed no later than August 31, 2015, it is **ORDERED** this case is **DISMISSED** without prejudice and the Clerk of Court shall close this Action for administrative purposes.[1]

**IT IS FURTHER ORDERED** this Court shall retain jurisdiction to dispose of any timely petition to approve a plan of distributing proceeds resulting from the binding arbitration.

KEARNEY, J.

---

[1] As discussed, the Court originally considered placing this matter on the suspense docket. After further consideration, we want to avoid two actions on the same issues existing at the same time. As such, this matter is administratively closed and dismissed subject only to a final order of distribution in Fall 2015. Thereafter, this matter will be finally closed under L.R. 41.2.