# EXHIBIT "C"





**Jerry P. Roscoe, Esq.**

T: 202-942-9180
F: 202-942-9186

*"I would recommend him to any party, plaintiff or defense, who is considering the mediation of a complex case. He has finely honed mediation skills coupled with an in-depth knowledge of the subject as well as a fair and balanced approach, which is invaluable. I recommend Jerry Roscoe without reservation or equivocation."* - *Litigation Attorney*

### Case Manager

Mary Caitlin Reilly
JAMS
555 13th Street, NW
Suite 400 West
Washington, DC
20004
202-533-2019 Phone
202-942-9186 Fax
Email:
mreilly@jamsadr.com

**Jerry P. Roscoe, Esq.** serves exclusively as a mediator and arbitrator. He is a former litigator with over 30 years of experience in the resolution of complex, multi-party matters including commercial, Health care, employment, and environmental disputes. He has chaired multimillion dollar arbitrations, mediated Supreme Court cases, and served as a United States mediator during the war in Bosnia.

### Representative Matters

- **Business and Commercial:** Breach of contract, government contracts, international business agreements, contract fraud, health care agreements, business or law partnership dissolutions, publishing, intellectual property disputes, insurance and reinsurance, international contract dispute regarding development of internet communications throughout the Middle East, global software dispute involving all branches of the military and the Department of Defense, employment contracts for highly compensated individuals, hotel construction disputes, and national business equipment lease agreements
- **Class Actions:** Certified and non-certified employment class actions, national class action regarding loan defaults, settled nationwide class action on student loan defaults, cases from the 65,000 plaintiff class of black farmers, and motor vehicle manufacturing industries
- **Employment:** Title VII, ADEA, FMLA, FLSA discrimination, government and private sector employment issues, matters involving highly placed corporate officers, government officials including members of the United States Senate and House of Representatives, class actions with international parties and the Panama Canal Commission, cases involving major airlines and national placement firms
- **Environmental:** Superfund cleanup, chemical spills, water supply and groundwater contamination, liability and cost allocation, facility siting, water contamination by the United States government resulting from World War II zinc mining operations, liability and cost allocation between state government and 63 PRPs to clean waterways flowing into the Great Lakes, mediated Superfund and CERCLA matters, leaking underground storage tanks, dioxin spill in Australia, landfill site cleanup, and siting of liquid natural gas facilities in New England
- **Facilitation and Training:** Served as a facilitator for many private and governmental organizations, symphony orchestras and labor management partnerships
- **Government Contract and Fraud:** Qui tam, False Claims Act matters involving multi-billion dollar transactions, settled civil and criminal matters brought by HHS, the Department of Justice, and the Department of Defense in the fields of Health Care Fraud, defense contracting, and contracts with both foreign and domestic governments, settled global government contract matter involving computer technology, software technology, software development, and ownership rights
- **Health Care:** Hospital operations, physician and staff employment issues, claims by physician associations against third party payers, Medicare and Medicaid suits by hospital associations against the United States Government, Medicare and Medicaid suits brought by United States Government against private health care providers, alleged breach of health care employment contracts, vaccine injury law suits, private party suits alleging medical negligence, credentialing complaints brought by physicians, peer review disputes including allegations of illegal drug use and sexual abuse, improper coding and insurance reimbursement, physician and medical group partnerships
- **Insurance:** Coverage, liability, malpractice, reinsurance, False Claims Acts, federal vaccine injury claims
- **Public Policy:** Federal regulations, resource allocation, local and international

political conflicts, commercial aviation flight and compliance issues, local and international political conflicts between Croat and Muslim factions throughout Bosnia, case on remand from United States Supreme Court re-defining the federal regulatory definition of "coal operator", police misconduct, federal case regarding pollution by federal government activities, and liability of government for wartime injuries
- **Securities:** NASD complaints, cases brought by investors alleging brokerage house fraud, cases brought by broker dealers alleging employment discrimination, and broker disciplinary matters
- **Tort:** Catastrophic injury, aviation and maritime disputes, professional and personal negligence, medical malpractice, wrongful death, first fatality caused by Amtrak Acela, wrongful death of NASA space shuttle specialist, family death caused by inoperative smoke alarms, shooting injuries during bank robbery, decapitation of auto and motorcycle drivers, professional and personal negligence, medical malpractice, and wrongful death claims pursuant to delivery of medical care, train accidents, fatal fires, firearms, automobiles, and workplace injuries

### Comments from Counsel
Download "What Counsel Say About Jerry Roscoe."

### Honors, Memberships, and Professional Activities
- Fellow Chartered Institute of Arbitrators
- ADR articles authored by Jerry Roscoe include:
  - "Does Good ADR Mean Advocacy Done Right? Tips for Selecting Your Best Neutral", 2014
  - "Mediation of Health Care Disputes," Philadelphia Legal Intelligencer, October 2010
  - "Health Care Reform: Will It Impact ADR?" ABA Dispute Resolution Magazine, Spring 2010
  - "ADR = Arbitration Done Right?" *Health Lawyers News* Member Forum, February 2009
  - "Resolving Allegations of Health Care Fraud - Does the Mediator Matter?" the American Bar Association Health Law Section newsletter, *The Health Lawyer*, Volume 19, Number 7, August 2007
  - "What Did I Promise? The Path from Confidentiality to Conspiracy," the American Bar Association Section of Dispute Resolution newsletter, *Just Resolutions*, Vol. 10, No. (Issue No. 28), April 2005
  - "Mediating Bioethical Disputes," *Dispute Resolution Magazine*, Spring 2003
  - "Mediation, Arbitration, What's the Difference?" *Business & Legal Reports, Inc.*, Washington Edition (Issue 336), September 2002
  - "Advocacy Skills: Tips for Selecting a Good Mediator," Mediate.com, 2002
  - "Alternative Dispute Resolution: Supreme Court Supports Arbitration in the Workplace," *Fair Employment Practices Guidelines*, May 1, 2001
- Adjunct Professor of Mediation and Negotiation, Georgetown University Law Center and George Washington University Law School, 1995-2012
- Chair, ABA Health Committee for the Dispute Resolution Section
- Public Interest Donor, American Health Lawyers Association, 1989-2012
- Chair, D.C. Bar Litigation Section ADR Committee, 2004 term
- Distinguished fellow, International Academy of Mediators, since 1998
- Member, District of Columbia Bar Litigation Section Committee on Alternative Dispute Resolution, 1997-2000
- Member, Society of Professionals in Dispute Resolution, 1989-2000 (President, D.C. Chapter, 1993 and Board of Directors, 1992-1994)
- Member:
  - International Institute for Conflict Prevention & Resolution (CPR)
  - International Academy of Mediators (IAM)
  - National Academy of Distinguished Neutrals (NADN)
- Bar Membership
  - D.C. Bar Association
  - Connecticut Bar Association
  - Pennsylvania Bar Association
  - Philadelphia Bar Association
- Frequent speaker on mediation for federal agencies and bar associations
- Speaker at Philadelphia Bar Medical Legal Subcommittee, Philadelphia, PA, May 2014
- Coach, Georgetown Law's Alternative Dispute Resolution 2013 Team

**Background and Education**
- JAMS Panelist, 2003-present
- Partner, ADR Associates, LLC, 2000-2003; Senior Associate, the Center for Dispute Settlement, 1990-present
- Litigator and Mediator, 1982-1990
- Special Assistant United States Attorney, 1982
- J.D., Catholic University Columbus School of Law, Washington D.C., 1982