# EXHIBIT "D"

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

GARY B. FREEDMAN, ESQUIRE,  :
Administrator of the ESTATE OF ABRAHAM :
STRIMBER, Deceased   :
   and   :  No. 2:13-cv-03145-CDJ
BRACHA STRIMBER   :
     :
  v.   :
     :
STEVEN FISHER, M.D.,   :
MARGO TURNER, M.D.,   :
MANOJ R. MUTTREJA, M.D., AND  :
ABINGTON MEMORIAL HOSPITAL  :

## VERDICT SHEET

1.  Do you find that any defendant physician was negligent in connection with their care and treatment of decedent Abraham Strimber.

| | | | |
|---|---|---|---|
| Dr. Fisher | Yes _____ | No | **X** _____ |
| Dr. Tucker | Yes _____ | No | **X** _____ |
| Dr. Muttreja | Yes **X** _____ | No | _____ |

2.  Do you find that Abington Memorial Hospital breached the EMTALA duty to provide an appropriate medical screening examination to decedent Abraham Strimber.

     Yes _____    No  **X** _____

3.  For any physician you have found to be negligent and if you have found Abington Memorial Hospital failed to provide an appropriate medical screening examination, note whether

you have found the physician's negligence or the EMTALA violation to have caused Mr. Strimber's death and for any liable defendant, allocate the percentage of liability.

| | | | | | |
|---|---|---|---|---|---|
| Dr. Fisher | Yes | _____ | No | X | _____ % |
| Dr. Tucker | Yes | _____ | No | X | _____ % |
| Dr. Muttreja | Yes | X | No | _____ | 100 % |
| Abington Memorial Hospital | Yes | _____ | No | X | _____ % |

4.   If you have found in favor of plaintiffs and against any defendant, please note separately the amount of the damages awarded for survival and wrongful death claims. (No delay damages are to be awarded.)

Survival            $ 91,520

Wrongful Death   $ 700,000

Total                $ 791,520

_____
Jerry P. Roscoe, Esq.
Arbitrator

Date: July 15, 2015

## PROOF OF SERVICE BY EMAIL & U.S. MAIL

Re: Freedman Esquire, Gary B., Administrator of the Estate of Strimber, Abraham et al vs. Fisher MD, Steven, et al.
Reference No. 1410006923

I, M. Caitlin Reilly, not a party to the within action, hereby declare that on  July 23, 2015 I served the attached Verdict Sheet on the parties in the within action by Email and by depositing true copies thereof enclosed in sealed envelopes with postage thereon fully prepaid, in the United States Mail, at Washington, DISTRICT OF COLUMBIA, addressed as follows:

Leon Aussprung Esq.
James E. Hockenberry Esq.
L/O Leon Aussprung MD, LLC
One Commerce Square
2005 Market St., Suite 2300
Philadelphia, PA  19103
Phone: 267-809-8250
la@aussprunglaw.com
JH@AussprungLaw.com
   Parties Represented:
   Bracha Strimber
   Estate of Abraham Strimber
   Gary B. Freedman, Esq.
   Joshua Strimber

Donald N. Camhi Esq. .
Melinda A. Schumaker Esq.
Post & Schell, P.C.
1600 John F. Kennedy Blvd.
Four Penn Center
Philadelphia, PA  19103-2808
Phone: 215-587-1000
dcamhi@postschell.com
mschumaker@postschell.com
   Parties Represented:
   Joseph Trojecki-HPIX
   Steven Fisher, MD

John P. Shusted Esq.
German, Gallagher & Murtagh
200 S. Broad St.
Suite 500
Philadelphia, PA  19102
Phone: 215-545-7700
shustedj@ggmfirm.com
   Parties Represented:
   Manoj R. Muttreja, MD

James A. Young Esq.
Christie, Sullivan & Young PC
1880 John F. Kennedy Blvd.
10th Fl.
Philadelphia, PA  19103
Phone: 215-587-1600
JAYoung@cpmy.com
   Parties Represented:
   Abington Memorial Hospital

I declare under penalty of perjury the foregoing to be true and correct. Executed at Washington, DISTRICT OF COLUMBIA on  July 23, 2015.

M. Caitlin Reilly
creilly@jamsadr.com