# EXHIBIT "F"

# Law Office of Leon Aussprung MD, LLC
## Transactions by Account
### As of August 3, 2015

| Type | Date | Num | Name | Memo | Clr | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| **Advanced Client Costs** | | | | | | | | 0.00 |
| **Strimber** | | | | | | | | 0.00 |
| Credit Card Charge | 2/21/2014 | | | cab | | PNC Mastercard | 9.54 | 9.54 |
| Credit Card Charge | 2/21/2014 | | | cab | | PNC Mastercard | 10.61 | 20.15 |
| Credit Card Charge | 2/21/2014 | | | cab | | PNC Mastercard | 9.26 | 29.41 |
| Credit Card Charge | 2/21/2014 | | | medical resea... | | PNC Mastercard | 35.00 | 64.41 |
| Check | 3/12/2014 | 3788 | Golkow, Inc | deposition - B... | | Operating Acc... | 307.00 | 371.41 |
| Check | 3/12/2014 | 3791 | Magna Legal Services | deposition - M... | | Operating Acc... | 266.60 | 638.01 |
| Check | 3/24/2014 | 3810 | Cynthia Cooper, MD | expert - Cooper | | Operating Acc... | 1,600.00 | 2,238.01 |
| Check | 3/24/2014 | 3824 | Paul Brown, MD | expert - Brow... | | Operating Acc... | 600.00 | 2,838.01 |
| Check | 3/26/2014 | 3831 | Magna Legal Services | deposition - Fi... | | Operating Acc... | 567.70 | 3,405.71 |
| Check | 4/2/2014 | 3843 | IDS Express | mail | | Operating Acc... | 15.00 | 3,420.71 |
| Check | 4/2/2014 | 3848 | Douglas Bowerman, ... | expert - Bowe... | | Operating Acc... | 1,000.00 | 4,420.71 |
| Check | 4/15/2014 | 3872 | Magna Legal Services | deposition - T... | | Operating Acc... | 552.50 | 4,973.21 |
| Credit Card Charge | 4/25/2014 | | | cab - travel | | PNC Mastercard | 7.54 | 4,980.75 |
| Credit Card Charge | 4/25/2014 | | | research | | PNC Mastercard | 48.60 | 5,029.35 |
| Credit Card Charge | 4/25/2014 | | | cab - travel | | PNC Mastercard | 8.69 | 5,038.04 |
| Check | 4/29/2014 | 3892 | Magna Legal Services | depositions - ... | | Operating Acc... | 1,916.90 | 6,954.94 |
| Check | 4/29/2014 | 3897 | Golkow, Inc | deposition - ... | | Operating Acc... | 323.50 | 7,278.44 |
| Check | 4/29/2014 | 3900 | Veritext Reporting Co. | deposition - St... | | Operating Acc... | 374.40 | 7,652.84 |
| Check | 5/5/2014 | 3912 | Magna Legal Services | deposition - Fi... | | Operating Acc... | 472.10 | 8,124.94 |
| Check | 5/12/2014 | 3916 | Douglas Bowerman, ... | expert - Bowe... | | Operating Acc... | 3,480.00 | 11,604.94 |
| Check | 5/12/2014 | 3918 | Andrew Doorey, MD | expert - Doorey | | Operating Acc... | 1,000.00 | 12,604.94 |
| Check | 5/12/2014 | 3919 | Paul Brown, MD | expert - Brown | | Operating Acc... | 1,200.00 | 13,804.94 |
| Check | 5/12/2014 | 3923 | Quality Litigation Ser... | copies | | Operating Acc... | 16.20 | 13,821.14 |
| Credit Card Charge | 5/26/2014 | | | conference call | | PNC Visa | 79.26 | 13,900.40 |
| Credit Card Charge | 6/9/2014 | | | confference call | | PNC Visa | 47.88 | 13,948.28 |
| Check | 6/9/2014 | 3967 | Reliable | copies | | Operating Acc... | 32.40 | 13,980.68 |
| Check | 6/9/2014 | 3970 | Keith Marill MD | expert - Marill | | Operating Acc... | 800.00 | 14,780.68 |
| Check | 6/9/2014 | 3973 | William P. Sullivan MD | expert - Sullivan | | Operating Acc... | 525.00 | 15,305.68 |
| Check | 6/9/2014 | 3974 | New England Medic... | expert - Cowan | | Operating Acc... | 750.00 | 16,055.68 |
| Check | 6/9/2014 | 3975 | Jeffrey Cowan MD | expert - Cowan | | Operating Acc... | 600.00 | 16,655.68 |
| Check | 6/16/2014 | 3987 | New England Medic... | expert - fee E... | | Operating Acc... | 750.00 | 17,405.68 |
| Check | 6/18/2014 | 3994 | Emil Hayek MD | expert - Hayek | | Operating Acc... | 1,000.00 | 18,405.68 |
| Credit Card Charge | 6/25/2014 | | | conference ca... | | PNC Visa | 102.23 | 18,507.91 |
| Check | 6/27/2014 | 4007 | FedEx | postage | | Operating Acc... | 42.55 | 18,550.46 |
| Check | 6/27/2014 | 4010 | Reliable | copies | | Operating Acc... | 32.40 | 18,582.86 |
| Check | 7/3/2014 | 4026 | Keith Marill, MD | expert - strimb... | | Operating Acc... | 1,200.00 | 19,782.86 |
| Check | 7/3/2014 | 4030 | FedEx | | | Operating Acc... | 90.28 | 19,873.14 |
| Check | 7/3/2014 | 4035 | New England Medic... | | | Operating Acc... | 750.00 | 20,623.14 |
| Credit Card Charge | 7/25/2014 | | | PACER - cop... | | PNC Visa | 35.70 | 20,658.84 |
| Check | 8/4/2014 | 4041 | Paul Brown, MD | expert - Brown | | Operating Acc... | 800.00 | 21,458.84 |
| Check | 8/6/2014 | 4049 | FedEx | postage | | Operating Acc... | 65.17 | 21,524.01 |
| Check | 8/14/2014 | 4057 | FedEx | postage | | Operating Acc... | 103.44 | 21,627.45 |
| Check | 8/14/2014 | 4060 | Golkow, Inc | deposition - J... | | Operating Acc... | 175.00 | 21,802.45 |
| Check | 8/14/2014 | 4064 | Reliable | copies | | Operating Acc... | 16.20 | 21,818.65 |
| Check | 8/15/2014 | 4074 | Douglas Bowerman, ... | expert - Bowe... | | Operating Acc... | 1,320.00 | 23,138.65 |
| Check | 8/15/2014 | 4075 | David Hopkins ASA | expert - Hopki... | | Operating Acc... | 2,925.00 | 26,063.65 |

9:28 PM
08/03/15
Accrual Basis

# Law Office of Leon Aussprung MD, LLC
## Transactions by Account
### As of August 3, 2015

| Type | Date | Num | Name | Memo | Clr | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| Check | 8/15/2014 | 4076 | Bitterman Helath La... | expert - Bitter... | | Operating Acc... | 4,275.00 | 30,338.65 |
| Check | 8/15/2014 | 4080 | Keith Marill, MD | expert - Marill | | Operating Acc... | 1,000.00 | 31,338.65 |
| Check | 8/15/2014 | 4082 | Emil Hayek MD | expert - Hayek | | Operating Acc... | 2,625.00 | 33,963.65 |
| Check | 8/21/2014 | 4097 | FedEx | postage | | Operating Acc... | 0.00 | 33,963.65 |
| Check | 9/14/2014 | 4132 | Keith Marill, MD | expert - Marill | X | Operating Acc... | 3,859.20 | 37,822.85 |
| Check | 9/22/2014 | 4170 | Richard Harrigan, MD | expert depo fe... | | Operating Acc... | 1,575.00 | 39,397.85 |
| Credit Card Charge | 9/25/2014 | | | research - book | | PNC Visa | 97.15 | 39,495.00 |
| Credit Card Charge | 9/25/2014 | | | cab | | PNC Visa | 10.02 | 39,505.02 |
| Credit Card Charge | 9/25/2014 | | | cab | | PNC Visa | 8.69 | 39,513.71 |
| Credit Card Charge | 9/25/2014 | | | research | | PNC Visa | 42.43 | 39,556.14 |
| Credit Card Charge | 9/25/2014 | | | research | | PNC Visa | 25.00 | 39,581.14 |
| Credit Card Charge | 9/25/2014 | | | research | | PNC Visa | 31.00 | 39,612.14 |
| Credit Card Charge | 9/25/2014 | | | cab | | PNC Visa | 7.25 | 39,619.39 |
| Credit Card Charge | 9/25/2014 | | | taxi | | PNC Visa | 10.12 | 39,629.51 |
| Credit Card Charge | 9/25/2014 | | | research - bo... | | PNC Visa | 94.46 | 39,723.97 |
| Credit Card Charge | 9/25/2014 | | | library fee | | PNC Visa | 15.00 | 39,738.97 |
| Credit Card Charge | 9/25/2014 | | | parking | | PNC Visa | 22.00 | 39,760.97 |
| Credit Card Charge | 9/25/2014 | | | research - bo... | | PNC Visa | 55.36 | 39,816.33 |
| Credit Card Charge | 9/25/2014 | | | research - text... | | PNC Visa | 122.93 | 39,939.26 |
| Credit Card Charge | 9/25/2014 | | | reser=arch | | PNC Visa | 35.95 | 39,975.21 |
| Credit Card Charge | 9/25/2014 | | | research | | PNC Visa | 35.00 | 40,010.21 |
| Credit Card Charge | 9/25/2014 | | | cab | | PNC Visa | 9.15 | 40,019.36 |
| Credit Card Charge | 9/25/2014 | | | cab | | PNC Visa | 8.98 | 40,028.34 |
| Check | 10/4/2014 | 4204 | Magna Legal Services | deposition - Ni... | | Operating Acc... | 365.00 | 40,393.34 |
| Check | 10/4/2014 | 4205 | Golkow, Inc | deposition - M... | | Operating Acc... | 329.95 | 40,723.29 |
| Check | 10/8/2014 | 4213 | Golkow, Inc | depo and vide... | | Operating Acc... | 1,260.00 | 41,983.29 |
| Check | 10/8/2014 | 4214 | Magna Legal Services | deposition vid... | | Operating Acc... | 550.00 | 42,533.29 |
| Check | 10/8/2014 | 4218 | Emil Hayek MD | expert - Hayek | | Operating Acc... | 1,750.00 | 44,283.29 |
| Credit Card Charge | 10/26/2014 | | | amazon - rese... | | PNC Visa | 22.46 | 44,305.75 |
| Credit Card Charge | 10/26/2014 | | | research - am... | X | PNC Visa | 43.62 | 44,349.37 |
| Check | 11/11/2014 | 4276 | Rohinton Morris, MD | subpoena fee | | Operating Acc... | 0.00 | 44,349.37 |
| Check | 11/18/2014 | 4302 | Laurence Gavin MD | defense exper... | | Operating Acc... | 1,500.00 | 45,849.37 |
| Check | 11/18/2014 | 4303 | David Fischman MD | defense exper... | | Operating Acc... | 1,200.00 | 47,049.37 |
| Check | 11/18/2014 | 4304 | Michael Chansky MD | defense exper... | | Operating Acc... | 1,500.00 | 48,549.37 |
| Check | 11/18/2014 | 4305 | Magna Legal Services | depositions Ni... | | Operating Acc... | 2,958.39 | 51,507.76 |
| Check | 11/29/2014 | 4379 | Steven Nierenberg MD | expert depo - ... | | Operating Acc... | 1,000.00 | 52,507.76 |
| Check | 12/31/2014 | 4424 | Leon Aussprung | parking | | Operating Acc... | 9.00 | 52,516.76 |
| Check | 2/12/2015 | 4543 | Reliable | video of Depo... | | Operating Acc... | 1,174.85 | 53,691.61 |
| Check | 6/18/2015 | 1464 | JAMS, Inc. | Arbitration fee | | WSFS Bank - ... | 400.00 | 54,091.61 |
| Check | 7/1/2015 | 4750 | Douglas Bowerman, ... | expert - Bowe... | | Operating Acc... | 1,500.00 | 55,591.61 |
| Check | 7/1/2015 | 4767 | FedEx | mail | | Operating Acc... | 34.35 | 55,625.96 |
| Check | 7/1/2015 | 4781 | JAMS, Inc. | Arbitration fees | | Operating Acc... | 2,593.75 | 58,219.71 |
| Check | 7/16/2015 | 1478 | IDS Express | mail | | WSFS Bank - ... | 19.00 | 58,238.71 |
| Check | 7/16/2015 | 1479 | Reliable | copies - arbitr... | | WSFS Bank - ... | 780.00 | 59,018.71 |
| Check | 7/23/2015 | 4785 | JAMS, Inc. | arbitration fees | | Operating Acc... | 2,991.52 | 62,010.23 |

## Law Office of Leon Aussprung MD, LLC
## Transactions by Account
### As of August 3, 2015

| Type | Date | Num | Name | Memo | Clr | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| Credit Card Charge | 7/29/2015 | | | travel - pick u... | | PNC Visa | 17.00 | 62,027.23 |
| Check | 8/3/2015 | 4814 | FedEx | mail | | Operating Acc... | 96.75 | 62,123.98 |
| Total Strimber | | | | | | | 62,123.98 | 62,123.98 |
| Total Advanced Client Costs | | | | | | | 62,123.98 | 62,123.98 |
| TOTAL | | | | | | | 62,123.98 | 62,123.98 |