# EXHIBIT "G"

```
Jul/23/2015                              ROBERT A. ROVNER, P.C.                                                Page: 1
                                              Client Ledger
                                                ALL DATES
 Date          Received From/Paid To      Chq#   |----- Operating -----|              Bld |---------- Escrow Activity -----------|
     Entry #   Explanation                Rec#    Rcpts       Disbs         Fees    Inv# Acc    Rcpts        Disbs        Balance

13153  Strimber, Deceased, Abraham                                                               Resp Lawyer: JEH
1230-0178      D/O/I: 02/22/12    v:  Abington Hospital
Apr 17/2012    Abington Memorial Hospital
     404886    Medical Records / Req No.  1862               116.31
               58,842 / MRN 0482935
Jun 25/2012    Abington Memorial Hospital
     411619    Medical Records / CD - CT A/P /  2975          75.00
               MRN 0482935
Aug 28/2012    Christopher Moen, M.D.
     417257    Expert Report - Review for COM   3850         450.00
Aug 28/2012    Robert Singer, M.D.
     417274    Expert Report - Review and COM   3854         500.00
Sep  7/2012    UPS
     418376    mailing to Chris Moen, MD        X1030         38.39
               08/28/12
Sep  7/2012    UPS
     418378    mailing to Robert Singer, MD     X1031         38.39
               08/28/12
Oct 24/2012    Gary Freedman
     423104    Estate Expenses / Reimbursment   4654         424.50
               - Filing Fee
May  1/2013    Dan K. Morhaim, M.D.
     438845    Expert Costs - Review and        2847         300.00
               Certificate of Merit
May 22/2013    Steven Edell, D.O.
     440318    Expert Costs - Review for Cert   3088         500.00
               of Merit
May 23/2013    Clerk, United State District Court
     440369    Filing Fee - Complaint           3095         400.00
May 23/2013    United Parcel Service
     440403    UPS Mailing to Dan Morhaim MD                  14.66
               on 05/02/13
Jun 13/2013    United Parcel Service
     441957    Various Mailings                               14.66

               |-------------- UNBILLED ------------------|  |------------- BILLED ------------|  |----- BALANCES -----|
TOTALS           CHE    +   RECOV   +   FEES   =  TOTAL      DISBS   +  FEES   + TAX  - RECEIPTS  = A/R       TRUST
PERIOD         2795.13      76.78       0.00     2871.91      0.00      0.00    0.00     0.00     0.00        0.00
END DATE       2795.13      76.78       0.00     2871.91      0.00      0.00    0.00     0.00     0.00        0.00

               |-------------- UNBILLED ------------------|  |------------- BILLED ------------|  |----- BALANCES -----|
FIRM TOTALS      CHE    +   RECOV   +   FEES   =  TOTAL      DISBS   +  FEES   + TAX  - RECEIPTS  = A/R       TRUST
PERIOD         2795.13      76.78       0.00     2871.91      0.00      0.00    0.00     0.00     0.00        0.00
END DATE       2795.13      76.78       0.00     2871.91      0.00      0.00    0.00     0.00     0.00        0.00
```

REPORT SELECTIONS - Client Ledger

| Field | Value |
|---|---|
| Layout Template | Default |
| Advanced Search Filter | None |
| Requested by | ADMIN |
| Finished | Thursday, July 23, 2015 at 10:30:37 AM |
| Ver | 14.1 (14.1.20150324) |
| Matters | All |
| Clients | 13153 |
| Major Clients | All |
| Referring Atty Lawyer | All |
| Matter Intro Lawyer | All |
| Responsible Lawyer | All |
| Assigned Lawyer | All |
| Type of Law | All |
| Select From | Active, Inactive Matters |
| Matters Sort by | Default |
| New Page for Each Lawyer | No |
| New Page for Each Matter | No |
| No Activity Date | Dec/31/2199 |
| Firm Totals Only | No |
| Totals Only | No |
| Entries Shown - Billed Only | No |
| Entries Shown - Disbursements | Yes |
| Entries Shown - Receipts | Yes |
| Entries Shown - Time or Fees | Yes |
| Entries Shown - Escrow | Yes |
| Incl. Matters with Retainer Bal | No |
| Incl. Matters with Neg Unbld Disb | No |
| Escrow Account | All |
| Working Lawyer | All |
| Include Corrected Entries | No |
| Show Check # on Paid Payables | No |
| Show Client Address | No |
| Consolidate Payments | No |
| Show Escrow Summary by Account | No |
| Show Interest | No |
| Interest Up To | Jul/23/2015 |
| Show Invoices that Payments Were Applied to | No |
| Display Entries in | Date Order |