# EXHIBIT "H"

## Shrager, Spivey & Sachs

### Case Expense Report

7/31/2015  
4:37:15PM

(12-1048-01-LA) STRIMBER, ABRAHAM ~ LA Client Cost Tracking

Page 1 of 7

| Date | Check No. | Code | Payee [Description] | Deposit | Amount |
|---|---|---|---|---|---|
| 06/11/2013 | | SCANS | [ SCANS ] <br> SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 3 | | 0.75 |
| 07/02/2013 | | SCANS | [ SCANS ] <br> SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 225 | | 56.25 |
| 08/15/2013 | | PHO | [ PHOTOCOPIES ] <br> PHOTOCOPIES- Qty. : 33 | | 8.25 |
| 08/22/2013 | | SCANS | [ SCANS ] <br> SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 1 | | 0.25 |
| 09/03/2013 | | PHO | [ PHOTOCOPIES ] <br> PHOTOCOPIES- Qty. : 550 | | 137.50 |
| 09/09/2013 | | SCANS | [ SCANS ] <br> SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 16 | | 4.00 |
| 09/30/2013 | | SCANS | [ SCANS ] <br> SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 4 | | 1.00 |
| 09/30/2013 | | SCANS | [ SCANS ] <br> SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 22 | | 5.50 |
| 10/14/2013 | | SCANS | [ SCANS ] <br> SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 11 | | 2.75 |
| 10/15/2013 | | SCANS | [ SCANS ] <br> SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 4 | | 1.00 |
| 10/21/2013 | | SCANS | [ SCANS ] <br> SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 9 | | 2.25 |
| 11/01/2013 | | PHO | [ PHOTOCOPIES ] <br> PHOTOCOPIES- Qty. : 91 | | 22.75 |
| 11/07/2013 | | PHO | [ PHOTOCOPIES ] <br> PHOTOCOPIES- Qty. : 24 | | 24.00 |
| 11/08/2013 | | PHO | [ PHOTOCOPIES ] <br> PHOTOCOPIES- Qty. : 4 | | 1.00 |
| 11/18/2013 | | PHO | [ PHOTOCOPIES ] <br> PHOTOCOPIES- Qty. : 5 | | 1.25 |
| 11/21/2013 | | PHO | [ PHOTOCOPIES ] <br> PHOTOCOPIES- Qty. : 4 | | 1.00 |
| 12/03/2013 | | PHO | [ PHOTOCOPIES ] <br> PHOTOCOPIES- Qty. : 3 | | 0.75 |
| 12/12/2013 | | PHO | [ PHOTOCOPIES ] <br> PHOTOCOPIES- Qty. : 32 | | 8.00 |
| 12/17/2013 | | PHO | [ PHOTOCOPIES ] <br> PHOTOCOPIES- Qty. : 2 | | 0.50 |
| 12/19/2013 | | PHO | [ PHOTOCOPIES ] <br> PHOTOCOPIES- Qty. : 3 | | 0.75 |
| 12/19/2013 | | SCANS | [ SCANS ] <br> SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 1 | | 0.25 |
| 12/20/2013 | | PHO | [ PHOTOCOPIES ] <br> PHOTOCOPIES- Qty. : 32 | | 8.00 |
| 12/27/2013 | | PHO | [ PHOTOCOPIES ] <br> PHOTOCOPIES- Qty. : 5 | | 1.25 |
| 01/10/2014 | | SCANS | [ SCANS ] <br> SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 60 | | 15.00 |
| 01/13/2014 | | PHO | [ PHOTOCOPIES ] <br> PHOTOCOPIES- Qty. : 7 | | 1.75 |
| 01/14/2014 | | SCANS | [ SCANS ] <br> SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 285 | | 71.25 |
| 01/16/2014 | | PHO | [ PHOTOCOPIES ] <br> PHOTOCOPIES- Qty. : 27 | | 6.75 |
| 01/28/2014 | | PHO | [ PHOTOCOPIES ] <br> PHOTOCOPIES- Qty. : 28 | | 7.00 |
| 02/05/2014 | | PHO | [ PHOTOCOPIES ] <br> PHOTOCOPIES- Qty. : 1278 | | 319.50 |
| 02/05/2014 | | PHO | [ PHOTOCOPIES ] <br> PHOTOCOPIES- Qty. : 368 | | 92.00 |

## Shrager, Spivey & Sachs

### Case Expense Report

7/31/2015        (12-1048-01-LA) STRIMBER, ABRAHAM ~ LA Client Cost Tracking
4:37:15PM        Page 2 of 7

| Date | Check No. | Code | Payee [Description] | Deposit | Amount |
|---|---|---|---|---|---|
| 02/05/2014 | | SCANS | [SCANS] SCANS (17032.01) RICOH LITIGATION SERVICES- Qty.: 45 | | 11.25 |
| 02/06/2014 | | PHO | [PHOTOCOPIES] PHOTOCOPIES- Qty.: 15 | | 3.75 |
| 02/07/2014 | | SCANS | [SCANS] SCANS (17032.01) RICOH LITIGATION SERVICES- Qty.: 1 | | 0.25 |
| 02/10/2014 | | PHO | [PHOTOCOPIES] PHOTOCOPIES- Qty.: 750 | | 187.50 |
| 02/18/2014 | | SCANS | [SCANS] SCANS (17032.01) RICOH LITIGATION SERVICES- Qty.: 6 | | 1.50 |
| 02/18/2014 | | PHO | [PHOTOCOPIES] PHOTOCOPIES- Qty.: 52 | | 13.00 |
| 02/18/2014 | | SCANS | [SCANS] SCANS (17032.01) RICOH LITIGATION SERVICES- Qty.: 1 | | 0.25 |
| 02/19/2014 | | PHO | [PHOTOCOPIES] PHOTOCOPIES- Qty.: 10 | | 2.50 |
| 02/19/2014 | | SCANS | [SCANS] SCANS (17032.01) RICOH LITIGATION SERVICES- Qty.: 2 | | 0.50 |
| 02/21/2014 | | PRINTS | [PRINTS] PRINTS (17032.00) REPRODUCTION TECHNOLOGY SERVICES- Qty.: 793 | | 198.25 |
| 02/26/2014 | | SCANS | [SCANS] SCANS (17032.01) RICOH LITIGATION SERVICES- Qty.: 1 | | 0.25 |
| 02/26/2014 | | PHO | [PHOTOCOPIES] PHOTOCOPIES- Qty.: 867 | | 216.75 |
| 02/27/2014 | | PHO | [PHOTOCOPIES] PHOTOCOPIES- Qty.: 538 | | 134.50 |
| 02/28/2014 | | PHO | [PHOTOCOPIES] PHOTOCOPIES- Qty.: 59 | | 14.75 |
| 03/04/2014 | | PHO | [PHOTOCOPIES] PHOTOCOPIES- Qty.: 20 | | 5.00 |
| 03/07/2014 | | SCANS | [SCANS] SCANS (17032.01) RICOH LITIGATION SERVICES- Qty.: 102 | | 25.50 |
| 03/07/2014 | | PHO | [PHOTOCOPIES] PHOTOCOPIES- Qty.: 206 | | 51.50 |
| 03/10/2014 | | PHO | [PHOTOCOPIES] PHOTOCOPIES- Qty.: 30 | | 7.50 |
| 03/10/2014 | | SCANS | [SCANS] SCANS (17032.01) RICOH LITIGATION SERVICES- Qty.: 10 | | 2.50 |
| 03/17/2014 | | PHO | [PHOTOCOPIES] PHOTOCOPIES- Qty.: 6 | | 1.50 |
| 03/17/2014 | | SCANS | [SCANS] SCANS (17032.01) RICOH LITIGATION SERVICES- Qty.: 82 | | 20.50 |
| 03/17/2014 | | PHO | [PHOTOCOPIES] PHOTOCOPIES- Qty.: 185 | | 46.25 |
| 03/18/2014 | | PHO | [PHOTOCOPIES] PHOTOCOPIES- Qty.: 31 | | 7.75 |
| 03/18/2014 | | SCANS | [SCANS] SCANS (17032.01) RICOH LITIGATION SERVICES- Qty.: 3 | | 0.75 |
| 03/18/2014 | | PHO | [PHOTOCOPIES] PHOTOCOPIES- Qty.: 211 | | 52.75 |
| 03/18/2014 | | SCANS | [SCANS] SCANS (17032.01) RICOH LITIGATION SERVICES- Qty.: 8 | | 2.00 |
| 03/19/2014 | | PHO | [PHOTOCOPIES] PHOTOCOPIES- Qty.: 48 | | 12.00 |
| 03/19/2014 | | POST | [POSTAGE] | | 6.48 |
| 03/20/2014 | | PHO | [PHOTOCOPIES] PHOTOCOPIES- Qty.: 80 | | 20.00 |
| 03/24/2014 | | SCANS | [SCANS] SCANS (17032.01) RICOH LITIGATION SERVICES- Qty.: 1 | | 0.25 |

## Shrager, Spivey & Sachs

Case Expense Report

7/31/2015 (12-1048-01-LA) STRIMBER, ABRAHAM ~ LA Client Cost Tracking
4:37:15PM Page 3 of 7

| Date | Check No. | Code | Payee [Description] | Deposit | Amount |
|---|---|---|---|---|---|
| 03/25/2014 | | PHO | [ PHOTOCOPIES ] | | 51.25 |
| | PHOTOCOPIES- Qty. : 205 | | | | |
| 03/26/2014 | | PHO | [ PHOTOCOPIES ] | | 20.25 |
| | PHOTOCOPIES- Qty. : 81 | | | | |
| 03/26/2014 | | PHO | [ PHOTOCOPIES ] | | 8.25 |
| | PHOTOCOPIES- Qty. : 33 | | | | |
| 03/26/2014 | | SCANS | [ SCANS ] | | 1.75 |
| | SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 7 | | | | |
| 03/26/2014 | | SCANS | [ SCANS ] | | 16.75 |
| | SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 67 | | | | |
| 03/28/2014 | | PHO | [ PHOTOCOPIES ] | | 21.75 |
| | PHOTOCOPIES- Qty. : 87 | | | | |
| 03/28/2014 | | PHO | [ PHOTOCOPIES ] | | 0.25 |
| | PHOTOCOPIES- Qty. : 1 | | | | |
| 03/28/2014 | | SCANS | [ SCANS ] | | 12.75 |
| | SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 51 | | | | |
| 03/29/2014 | | PHO | [ PHOTOCOPIES ] | | 23.75 |
| | PHOTOCOPIES- Qty. : 95 | | | | |
| 03/29/2014 | | SCANS | [ SCANS ] | | 23.00 |
| | SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 92 | | | | |
| 03/31/2014 | | SCANS | [ SCANS ] | | 1.25 |
| | SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 5 | | | | |
| 04/01/2014 | | PHO | [ PHOTOCOPIES ] | | 3.00 |
| | PHOTOCOPIES- Qty. : 12 | | | | |
| 04/02/2014 | | PHO | [ PHOTOCOPIES ] | | 1.25 |
| | PHOTOCOPIES- Qty. : 5 | | | | |
| 04/03/2014 | | PHO | [ PHOTOCOPIES ] | | 15.75 |
| | PHOTOCOPIES- Qty. : 63 | | | | |
| 04/03/2014 | | SCANS | [ SCANS ] | | 1.50 |
| | SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 6 | | | | |
| 04/03/2014 | | SCANS | [ SCANS ] | | 5.25 |
| | SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 21 | | | | |
| 04/03/2014 | | PHO | [ PHOTOCOPIES ] | | 2.50 |
| | PHOTOCOPIES- Qty. : 10 | | | | |
| 04/07/2014 | | SCANS | [ SCANS ] | | 5.75 |
| | SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 23 | | | | |
| 04/07/2014 | | SCANS | [ SCANS ] | | 3.50 |
| | SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 14 | | | | |
| 04/07/2014 | | PHO | [ PHOTOCOPIES ] | | 0.75 |
| | PHOTOCOPIES- Qty. : 3 | | | | |
| 04/07/2014 | | PHO | [ PHOTOCOPIES ] | | 20.50 |
| | PHOTOCOPIES- Qty. : 82 | | | | |
| 04/08/2014 | | SCANS | [ SCANS ] | | 0.75 |
| | SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 3 | | | | |
| 04/09/2014 | | PHO | [ PHOTOCOPIES ] | | 5.25 |
| | PHOTOCOPIES- Qty. : 21 | | | | |
| 04/09/2014 | | PHO | [ PHOTOCOPIES ] | | 9.25 |
| | PHOTOCOPIES- Qty. : 37 | | | | |
| 04/14/2014 | | SCANS | [ SCANS ] | | 22.50 |
| | SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 90 | | | | |
| 04/14/2014 | | PHO | [ PHOTOCOPIES ] | | 22.50 |
| | PHOTOCOPIES- Qty. : 90 | | | | |
| 04/15/2014 | | SCANS | [ SCANS ] | | 14.75 |
| | SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 59 | | | | |
| 04/15/2014 | | PHO | [ PHOTOCOPIES ] | | 23.25 |
| | PHOTOCOPIES- Qty. : 93 | | | | |
| 04/15/2014 | | SCANS | [ SCANS ] | | 1.75 |
| | SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 7 | | | | |

## Shrager, Spivey & Sachs

Case Expense Report

7/31/2015      (12-1048-01-LA) STRIMBER, ABRAHAM ~ LA Client Cost Tracking
4:37:15PM      Page 4 of 7

| Date | Check No. | Code | Payee [Description] | Deposit | Amount |
|---|---|---|---|---|---|
| 04/22/2014 | | PHO | [ PHOTOCOPIES ] | | 9.00 |
| | PHOTOCOPIES- Qty. : 36 | | | | |
| 04/22/2014 | | SCANS | [ SCANS ] | | 12.50 |
| | SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 50 | | | | |
| 04/24/2014 | | SCANS | [ SCANS ] | | 17.25 |
| | SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 69 | | | | |
| 04/25/2014 | | SCANS | [ SCANS ] | | 16.50 |
| | SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 66 | | | | |
| 04/25/2014 | | PHO | [ PHOTOCOPIES ] | | 17.50 |
| | PHOTOCOPIES- Qty. : 70 | | | | |
| 04/29/2014 | | SCANS | [ SCANS ] | | 3.75 |
| | SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 15 | | | | |
| 04/30/2014 | | SCANS | [ SCANS ] | | 4.00 |
| | SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 16 | | | | |
| 04/30/2014 | | PHO | [ PHOTOCOPIES ] | | 0.75 |
| | PHOTOCOPIES- Qty. : 3 | | | | |
| 04/30/2014 | | SCANS | [ SCANS ] | | 4.00 |
| | SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 16 | | | | |
| 04/30/2014 | | PHO | [ PHOTOCOPIES ] | | 0.75 |
| | PHOTOCOPIES- Qty. : 3 | | | | |
| 05/05/2014 | | SCANS | [ SCANS ] | | 5.50 |
| | SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 22 | | | | |
| 05/06/2014 | | SCANS | [ SCANS ] | | 11.50 |
| | SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 46 | | | | |
| 05/07/2014 | | SCANS | [ SCANS ] | | 8.75 |
| | SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 35 | | | | |
| 05/08/2014 | | SCANS | [ SCANS ] | | 3.75 |
| | SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 15 | | | | |
| 05/08/2014 | | PHO | [ PHOTOCOPIES ] | | 0.75 |
| | PHOTOCOPIES- Qty. : 3 | | | | |
| 05/13/2014 | | PHO | [ PHOTOCOPIES ] | | 0.50 |
| | PHOTOCOPIES- Qty. : 2 | | | | |
| 05/15/2014 | | SCANS | [ SCANS ] | | 27.50 |
| | SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 110 | | | | |
| 05/15/2014 | | PHO | [ PHOTOCOPIES ] | | 21.75 |
| | PHOTOCOPIES- Qty. : 87 | | | | |
| 05/15/2014 | | SCANS | [ SCANS ] | | 11.25 |
| | SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 45 | | | | |
| 05/23/2014 | | PHO | [ PHOTOCOPIES ] | | 10.25 |
| | PHOTOCOPIES- Qty. : 41 | | | | |
| 05/30/2014 | | PHO | [ PHOTOCOPIES ] | | 5.75 |
| | PHOTOCOPIES- Qty. : 23 | | | | |
| 06/02/2014 | | SCANS | [ SCANS ] | | 0.25 |
| | SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 1 | | | | |
| 06/02/2014 | | SCANS | [ SCANS ] | | 1.25 |
| | SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 5 | | | | |
| 06/05/2014 | | SCANS | [ SCANS ] | | 0.25 |
| | SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 1 | | | | |
| 06/06/2014 | | SCANS | [ SCANS ] | | 51.00 |
| | SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 204 | | | | |
| 06/10/2014 | | PHO | [ PHOTOCOPIES ] | | 1.50 |
| | PHOTOCOPIES- Qty. : 6 | | | | |
| 06/11/2014 | | PHO | [ PHOTOCOPIES ] | | 23.50 |
| | PHOTOCOPIES- Qty. : 94 | | | | |
| 06/11/2014 | | SCANS | [ SCANS ] | | 1.50 |
| | SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 6 | | | | |

## Shrager, Spivey & Sachs

### Case Expense Report

7/31/2015          (12-1048-01-LA) STRIMBER, ABRAHAM ~ LA Client Cost Tracking

4:37:15PM          Page 5 of 7

| Date | Check No. | Code | Payee [Description] | Deposit | Amount |
|---|---|---|---|---|---|
| 06/16/2014 | | SCANS | [ SCANS ] | | 1.75 |
| | | SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 7 | | | |
| 06/18/2014 | | PHO | [ PHOTOCOPIES ] | | 0.75 |
| | | PHOTOCOPIES- Qty. : 3 | | | |
| 06/18/2014 | | SCANS | [ SCANS ] | | 1.75 |
| | | SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 7 | | | |
| 06/19/2014 | | SCANS | [ SCANS ] | | 2.75 |
| | | SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 11 | | | |
| 06/20/2014 | | SCANS | [ SCANS ] | | 17.75 |
| | | SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 71 | | | |
| 06/24/2014 | | PHO | [ PHOTOCOPIES ] | | 0.25 |
| | | PHOTOCOPIES- Qty. : 1 | | | |
| 07/01/2014 | | SCANS | [ SCANS ] | | 0.50 |
| | | SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 2 | | | |
| 07/07/2014 | | SCANS | [ SCANS ] | | 2.25 |
| | | SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 9 | | | |
| 07/07/2014 | | PHO | [ PHOTOCOPIES ] | | 2.50 |
| | | PHOTOCOPIES- Qty. : 10 | | | |
| 07/09/2014 | | SCANS | [ SCANS ] | | 0.75 |
| | | SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 3 | | | |
| 07/09/2014 | | SCANS | [ SCANS ] | | 0.25 |
| | | SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 1 | | | |
| 07/10/2014 | | PHO | [ PHOTOCOPIES ] | | 3.75 |
| | | PHOTOCOPIES- Qty. : 15 | | | |
| 07/14/2014 | | SCANS | [ SCANS ] | | 6.25 |
| | | SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 25 | | | |
| 07/14/2014 | | PHO | [ PHOTOCOPIES ] | | 3.25 |
| | | PHOTOCOPIES- Qty. : 13 | | | |
| 07/14/2014 | | SCANS | [ SCANS ] | | 3.25 |
| | | SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 13 | | | |
| 07/15/2014 | | PHO | [ PHOTOCOPIES ] | | 61.50 |
| | | PHOTOCOPIES- Qty. : 246 | | | |
| 07/28/2014 | | SCANS | [ SCANS ] | | 5.50 |
| | | SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 22 | | | |
| 07/28/2014 | | PHO | [ PHOTOCOPIES ] | | 8.50 |
| | | PHOTOCOPIES- Qty. : 34 | | | |
| 07/30/2014 | | PHO | [ PHOTOCOPIES ] | | 0.25 |
| | | PHOTOCOPIES- Qty. : 1 | | | |
| 07/30/2014 | | SCANS | [ SCANS ] | | 56.00 |
| | | SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 224 | | | |
| 08/01/2014 | | PHO | [ PHOTOCOPIES ] | | 0.25 |
| | | PHOTOCOPIES- Qty. : 1 | | | |
| 08/06/2014 | | SCANS | [ SCANS ] | | 7.50 |
| | | SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 30 | | | |
| 08/20/2014 | | PHO | [ PHOTOCOPIES ] | | 4.00 |
| | | PHOTOCOPIES- Qty. : 4 | | | |
| 08/21/2014 | | SCANS | [ SCANS ] | | 2.75 |
| | | SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 11 | | | |
| 08/29/2014 | | PHO | [ PHOTOCOPIES ] | | 0.75 |
| | | PHOTOCOPIES- Qty. : 3 | | | |
| 09/03/2014 | | PHO | [ PHOTOCOPIES ] | | 40.00 |
| | | PHOTOCOPIES- Qty. : 160 | | | |
| 09/04/2014 | | PHO | [ PHOTOCOPIES ] | | 147.50 |
| | | PHOTOCOPIES- Qty. : 590 | | | |
| 09/05/2014 | | PHO | [ PHOTOCOPIES ] | | 17.00 |
| | | PHOTOCOPIES- Qty. : 68 | | | |

## Shrager, Spivey & Sachs

Case Expense Report

7/31/2015  
4:37:15PM

(12-1048-01-LA) STRIMBER, ABRAHAM ~ LA Client Cost Tracking

Page 6 of 7

| Date | Check No. | Code | Payee [Description] | Deposit | Amount |
|---|---|---|---|---|---|
| 09/05/2014 | | SCANS | [ SCANS ] <br> SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 6 | | 1.50 |
| 09/06/2014 | | PHO | [ PHOTOCOPIES ] <br> PHOTOCOPIES- Qty. : 301 | | 75.25 |
| 09/06/2014 | | SCANS | [ SCANS ] <br> SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 74 | | 18.50 |
| 09/08/2014 | | SCANS | [ SCANS ] <br> SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 24 | | 6.00 |
| 09/08/2014 | | PHO | [ PHOTOCOPIES ] <br> PHOTOCOPIES- Qty. : 161 | | 40.25 |
| 09/10/2014 | | SCANS | [ SCANS ] <br> SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 3 | | 0.75 |
| 09/10/2014 | | PHO | [ PHOTOCOPIES ] <br> PHOTOCOPIES- Qty. : 28 | | 7.00 |
| 09/11/2014 | | PHO | [ PHOTOCOPIES ] <br> PHOTOCOPIES- Qty. : 23 | | 8.00 |
| 09/11/2014 | | SCANS | [ SCANS ] <br> SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 10 | | 2.50 |
| 09/11/2014 | | SCANS | [ SCANS ] <br> SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 2 | | 0.50 |
| 09/11/2014 | | PHO | [ PHOTOCOPIES ] <br> PHOTOCOPIES- Qty. : 715 | | 178.75 |
| 09/15/2014 | | SCANS | [ SCANS ] <br> SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 215 | | 53.75 |
| 09/15/2014 | | PHO | [ PHOTOCOPIES ] <br> PHOTOCOPIES- Qty. : 1718 | | 429.50 |
| 10/06/2014 | | SCANS | [ SCANS ] <br> SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 1 | | 0.25 |
| 10/08/2014 | | PHO | [ PHOTOCOPIES ] <br> PHOTOCOPIES- Qty. : 10 | | 2.50 |
| 10/29/2014 | | SCANS | [ SCANS ] <br> SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 4 | | 1.00 |
| 12/09/2014 | | SCANS | [ SCANS ] <br> SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 4 | | 1.00 |
| 01/06/2015 | | SCANS | [ SCANS ] <br> SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 57 | | 14.25 |
| 01/30/2015 | | SCANS | [ SCANS ] <br> SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 63 | | 15.75 |
| 03/27/2015 | | SCANS | [ SCANS ] <br> SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 105 | | 26.25 |
| 05/19/2015 | | PHO | [ PHOTOCOPIES ] <br> PHOTOCOPIES- Qty. : 24 | | 6.00 |
| 05/19/2015 | | SCANS | [ SCANS ] <br> SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 4 | | 1.00 |
| 05/20/2015 | | PHO | [ PHOTOCOPIES ] <br> PHOTOCOPIES- Qty. : 3 | | 0.75 |
| 05/20/2015 | | SCANS | [ SCANS ] <br> SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 8 | | 2.00 |
| 05/21/2015 | | SCANS | [ SCANS ] <br> SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 1 | | 0.25 |
| 05/26/2015 | | SCANS | [ SCANS ] <br> SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 2 | | 0.50 |
| 05/27/2015 | | SCANS | [ SCANS ] <br> SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 4 | | 1.00 |

**Shrager, Spivey & Sachs**

Case Expense Report

7/31/2015  (12-1048-01-LA) STRIMBER, ABRAHAM ~ LA Client Cost Tracking
4:37:15PM

Page 7 of 7

| Date | Check No. | Code | Payee [Description] | Deposit | Amount |
|---|---|---|---|---|---|
| 06/18/2015 | | SCANS | [ SCANS ] | | 0.50 |
| | SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 2 | | | | |
| 06/18/2015 | | SCANS | [ SCANS ] | | 0.50 |
| | SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 2 | | | | |
| 06/23/2015 | | SCANS | [ SCANS ] | | 0.25 |
| | SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 1 | | | | |
| 06/26/2015 | | PHO | [ PHOTOCOPIES ] | | 48.00 |
| | PHOTOCOPIES- Qty. : 192 | | | | |
| 07/05/2015 | | PHO | [ PHOTOCOPIES ] | | 35.50 |
| | PHOTOCOPIES- Qty. : 142 | | | | |
| 07/05/2015 | | SCANS | [ SCANS ] | | 205.25 |
| | SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 821 | | | | |
| 07/06/2015 | | PHO | [ PHOTOCOPIES ] | | 21.00 |
| | PHOTOCOPIES- Qty. : 84 | | | | |
| 07/06/2015 | | PHO | [ PHOTOCOPIES ] | | 0.25 |
| | PHOTOCOPIES- Qty. : 1 | | | | |
| 07/08/2015 | | PHO | [ PHOTOCOPIES ] | | 7.00 |
| | PHOTOCOPIES- Qty. : 28 | | | | |
| 07/09/2015 | | PHO | [ PHOTOCOPIES ] | | 27.50 |
| | PHOTOCOPIES- Qty. : 110 | | | | |
| 07/23/2015 | | SCANS | [ SCANS ] | | 0.25 |
| | SCANS (17032.01) RICOH LITIGATION SERVICES- Qty. : 1 | | | | |
| 07/23/2015 | | PHO | [ PHOTOCOPIES ] | | 0.25 |
| | PHOTOCOPIES- Qty. : 1 | | | | |

Total:   0.00   4,102.98

Balance:  4,102.98