# EXHIBIT "I"

# LAST WILL & TESTAMENT

## OF

# ABRAHAM STRIMBER

I, ABRAHAM STRIMBER, of Philadelphia County, Pennsylvania, being of sound and disposing mind and memory, declare this document to be my Last Will & Testament, and hereby revoke all prior wills and codicils.

## ARTICLE I.

I direct that all my legally enforceable debts, funeral expenses, and administration expenses be paid in the order and in the manner prescribed by law.

## ARTICLE II.

I direct that my executor pay out of my residuary estate, without apportionment, all estate, inheritance, succession and other taxes, except any generation skipping tax, imposed on any property of which I am considered to be or deemed transferor (together with any penalty thereon), assessed by reason of my death, imposed by the government of the United States or any state or territory thereof, or by any foreign government or political subdivision thereof, in respect to all property required to be included in my gross estate for estate or like death tax purposes by any such governments, whether the property passes under this will or otherwise, without contribution by any recipient of any such property.

## ARTICLE III.

I devise the rest, residue, and remainder of my estate, of every kind, nature, and description, which I now own, or hereafter acquire, or have the right to dispose of at the time of my death, to my spouse, BRACHA BERTHA STRIMBER, if surviving me.

If my spouse, BRACHA BERTHA STRIMBER, does not survive me, then I devise the rest, residue, and remainder of my estate, of every kind, nature, and description, which I now own, or hereafter acquire, or have the right to dispose of at the time of my death, to my children, in the following manner: forty percent (40%) to SHAYNA ELYSE STRIMBER and sixty percent (60%) to JOSHUA DAVID STRIMBER, per stirpes.

However, in the event that any of the above named children predeceases me, then that child's share shall pass to that child's then living descendants, per stirpes, if any, and if none, then that share shall pass to those of the above named children who do survive me, in equal shares, share and share alike, per stirpes.

## ARTICLE IV.

If any gift, bequest, devise, or legacy made herein, would, except for this article, be made to any person who, at that time, is less than thirty years old, then in that event, the gift, bequest, devise, or legacy shall be made instead to SHAYNA ELYSE STRIMBER and GARY B. FREEDMAN, ESQUIRE, as co-trustees in trust, for the benefit of the said person. If either of the said specified trustees predecease me, or are unable to serve as trustee, I hereby grant the same rights, powers, and privileges, and impose the same duties upon, and make the said gift, bequest, devise, or legacy to JOSHUA DAVID STRIMBER, as successor co-trustee in trust provided he is over the age of eighteen years, instead, for the benefit of the said person. If he is not yet age eighteen, then the

Last Will & Testament Of ABRAHAM STRIMBER
Page 2

surviving co-trustee will serve as sole trustee, until JOSHUA obtains that age and can then serve as co-trustee.

The purpose of the said trust is to ensure an adequate level of income, support, maintenance, and education for the said beneficiary. It is my express intention and direction that the income or principal of the said trust shall not supplant or replace the legal obligation for support, maintenance, or education which any other person might have with respect to the said beneficiary, but rather that it shall only supplement any other existing sources of income. To meet this purpose, I empower the trustee to distribute, or to not distribute, all or part of the income, and to invade all or part of the principal, as the trustee, in the trustee's sole discretion, decides.

The trustee shall have the power to manage, invest, and reinvest the assets of the trust estate, to collect the income therefrom, and to apply so much or all of the net income and principal thereof as set forth above. Any net income not so applied shall be added to the corpus of the trust and held, administered, and disposed of as a part thereof.

The corpus of the trust shall be paid over to such beneficiary, in the following manner:

> ten (10) per cent of the beneficiary's share of this trust shall be paid at age twenty one;
> twenty-five (25) per cent of the beneficiary's share of this trust shall be paid at age twenty five;
> the remainder shall be paid to the beneficiary upon reaching the age of thirty years.

If such beneficiary shall die before reaching that age, upon the beneficiary's death, the corpus of the trust shall be paid over to any surviving residuary beneficiaries named in this will, or, if none, then to my living heirs at law, by right of representation.

The trustees may take an annual fee equal to .7 of one percent of the principal of the estate and three percent of the yearly income.

Last Will & Testament Of ABRAHAM STRIMBER
Page 3

## ARTICLE V.

If my spouse and I shall die under such circumstances that there is not sufficient evidence to determine the order of our deaths or if my spouse fails to survive me for at least thirty days, then it shall be presumed that I survived my spouse, and my estate shall be administered and distributed in all respects and in accordance with such presumption.

## ARTICLE VI.

I appoint my spouse, BRACHA BERTHA STRIMBER, as the executor of my estate. If my spouse predeceases me, or is unable to serve as my executor, I appoint SHAYNA ELYSE STRIMBER and GARY B. FREEDMAN, ESQUIRE as joint executors of my estate. If either of my designated joint executors predecease me, or is unable to serve as one of my executors, I appoint JOSHUA DAVID STRIMBER to serve as one of the joint executors of my estate. I direct that no bond be required of the executors designated herein.

## ARTICLE VII.

My Executor and the trustees appointed under this will shall have absolute power to act in my place in any way in which they believe I would act if I were alive. My Executor and any trustee appointed by this will shall have, in addition to, and not in limitation of the powers given by law or by other provisions of this Will, the following powers, to be exercised in each case from time to time in the discretion of my Executor without further order or license of the Register of Wills or of any court:

1.      Power to retain, buy, or sell any real or personal property, subject to the limitations set forth elsewhere in this Will, pending distribution hereunder, to invest in or purchase any real or

personal property without restriction to legal investments or fiduciaries, to distribute property in kind, to compromise claims, and to sell any property at public or private sales;

2.      To sell for cash or on deferred payments at public or private sale to exchange, and to convey any portion of my estate, real, personal, mixed, at the time or price and on the terms and conditions which my Executor or trustee may determine;

3.      To lease any real or personal property of my estate for any purpose for terms within or extending beyond the terms of the settlement of my estate or any trust created hereunder in accordance with law.;

4.      To manage, control, and repair any real or personal property belonging to my estate or any trust created thereunder;

5.      To procure and carry, at the expense of my estate or trust,  insurance of the kinds, forms and amounts deemed advisable by my executor;

6.      To enforce any deed of trust, mortgage or pledge held by my estate and to purchase, at any sale thereunder, any property subject to any such hypothecation;

7.      To commence or defend at the expense of my estate, any litigation affecting my estate deemed advisable by my Executor or trustee.

## ARTICLE  VIII.

I direct that all legacies, shares, or interests in my estate and any trust created thereunder, whether principal or income, while in the hands of my Executor, shall be free from anticipation, assignment, pledge, or obligation of the beneficiaries and any of them, and shall not be subject to any execution, attachment, levy, or sequestration or other claims of the creditors of said beneficiaries or any of them.

Last Will & Testament Of ABRAHAM STRIMBER

## ARTICLE IX.

If any beneficiary or remainderman under this Will in any manner, directly or indirectly, contests or attacks this Will or any of its provisions, any share or interest in my estate given to that contesting beneficiary or remainderman under this Will is revoked and shall be disposed of in the same manner provided herein as if that contesting beneficiary or remainderman had predeceased me without issue.

## ARTICLE X.

If any provision of this Will or any Codicil thereto is held to be inoperative, invalid, or illegal, it is my intention that all of the remaining provisions thereof shall continue to be fully operative and effected so far as is possible and reasonable.

IN TESTIMONY WHEREOF, I, ABRAHAM STRIMBER, hereby set my hand to this my Last Will, consisting of 6 pages, on this 15th day of November , 2005, at Philadelphia, Pennsylvania.

ABRAHAM STRIMBER

Witness

Kimberly Bullard
Witness
7909 Bustleton Ave.
Address
Phila PA 19152

7909 Bustleton Ave.
Address
Phila. PA 19152

COMMONWEALTH OF PENNSYLVANIA :

COUNTY OF PHILADELPHIA :                          SS:

  We, ABRAHAM STRIMBER, *Kimberly Bullard* , and *Ronald Holt* the Testator and

the witnesses, respectively, whose names are signed to the forgoing Will, being first duly sworn

according to law, do depose and say that the Testator signed and executed the foregoing instrument

as his last Will, that he signed willingly, that he executed it as his free and voluntary act for the

purposes therein expressed, that each of the witnesses, in the presence and hearing of the Testator,

signed the Will as witnesses and that to the best of the knowledge of each the Testator was at that

time eighteen years of age or older, of sound mind and under no constraint or undue influence.

_____ (Testator)
ABRAHAM STRIMBER
_____ (Witness)
_____ (Witness)

  SUBSCRIBED, sworn to and acknowledged before me by ABRAHAM STRIMBER, the
Testator, and subscribed and sworn to before me by

*Kimberly Bullard* , and *Ronald Holt* , witnesses, this
15th day of November, 2005.

_____
Notary Public

My Commission expires:

NOTARIAL SEAL
MICHAEL PENNOCK, Notary Public
City of Philadelphia, Phila. County
My Commission Expires March 7, 2007

Last Will & Testament Of ABRAHAM STRIMBER
Page 7