# EXHIBIT "J"

**VERIFICATION OF COUNSEL FOR PLAINTIFF ATTESTING TO THE REASONABLENESS OF AWARD/SETTLEMENT, ALLOCATION, AND DISTRIBUTION OF FUNDS**

I, James E. Hockenberry, Esquire, counsel for Plaintiff Bracha Strimber, hereby verify the following:

1. I have personally served as Plaintiff's counsel in this case from its inception and am fully familiar with all the facts of the case and circumstances recited in this Motion.

2. Following an agreement proceed with a binding high-low arbitration before a well-respected international arbitrator and mediator, Jerry Roscoe, Esquire, an arbitration award was entered against defendant Manoj R. Muttreja, M.D. only, and the other defendants in the case were found to be non-negligent and defendant Abington Memorial Hospital was found not to have violated the Emergency Medical Treatment and Active Labor Act. The total damages awarded were reduced to $500,000 in accordance with the parties' agreement.

3. I believe that the proposed arbitration award is reasonable, fair, and equitable and that the proposed allocation and distribution of settlement proceeds is proper and just under the particular facts and circumstances of this case, as described in detail in the Motion.

4. The net sum available will compensate the Plaintiff and Decedent's two (2) adult children as fully as possible for their loss.

5. The terms of the settlement and manner of distribution have been explained to Plaintiff, who approves of the settlement, including attorney's fees and costs and by separate Verification requests Court approval of the settlement, allocation and distribution.

6. I hereby verify that the facts stated in the foregoing Motion are true and correct to the best of my knowledge, information and belief. I understand that this statement is made subject to the penalties of 18 Pa.C.S. §4904, relating to unsworn falsification to authorities.

DATE: 8/10/15

JAMES E. HOCKENBERRY
Attorney for Plaintiff/Movant