# EXHIBIT "K"

**VERIFICATION AND CONSENT OF BRACH STRIMBER, ADMINISTRATRIX D.B.N. OF THE ESTATE OF ABRAHAM STRIMBER, DECEASED, IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO COMPROMISE AND SETTLE CLAIM PURSUANT TO 20 Pa.C.S.A. §3323(a) AND (b), Pa.R.C.P. 2206(b)(1) AND LOCAL RULE 41.2**

1. I, Bracha Strimber, am the Administratrix of the Estate of Abraham Strimber, deceased, and a Plaintiff, in my own right.

2. As the Administratrix of the Estate of Abraham Strimber and in my own right, I consent to the settlement of this action in accordance with the parties arbitration agreement.

3. I have reviewed the Motion for Leave to Compromise and Settle Claim Pursuant to 20 Pa.C.S.A. §3323(a) and (b), Pa.R.C.P. 2206(b)(1) and Local Rule 41.2.

4. I approve the proposed allocation and distribution of settlement proceeds as described in the foregoing Motion without reservation.

5. I am the Plaintiff in the within action and hereby verify that the statements made in the foregoing Motion are true and correct to the best of my knowledge, information and belief.

6. I have been represented by James E. Hockenberry, Esquire and Leon Aussprung, MD, Esquire of the Law Office of Leon Aussprung, M.D., LLC.

7. I am completely and totally satisfied with my legal representation in this litigation.

8. I understand that the statements made in the Motion are subject to the penalties of 18 Pa.C.S. § 4904 relating to unsworn falsification to authorities.

DATE: 8/6/15

*Bracha Strimber*
BRACHA STRIMBER, in my own right
and as the Administratrix of the Estate of
ABRAHAM STRIMBER